UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ex rel.
BENJAMIN POEHLING,



        Plaintiff,

-v-

UNITEDHEALTH GROUP, INC.,
WELLMED MEDICAL MANAGEMENT, INC.,
HEALTH NET, INC., ARCADIAN MANAGEMENT
SERVICES, INC., AND TUFTS ASSOCIATED HEALTH
PLANS, INC., AETNA INC., BLUE CROSS AND
BLUE SHIELD OF FLORIDA, INC., BLUE CROSS AND
BLUE SHIELD OF MICHIGAN, BRAVO HEALTH, INC.,
EMBLEMHEALTH, INC., MANAGED HEALTH, INC., d/b/a
HEALTHFIRST NEW YORK, HUMANA, INC., MEDICA
HOLDING COMPANY, WELLCARE HEALTH PLANS, INC.,
and MEDASSURANT, INC.,

        11-CV-0258(A)

        Defendants.

---

## SEALED ORDER

Upon consideration of the United States' Unopposed Motion to Transfer Venue,

**IT IS HEREBY ORDERED** that this case be transferred to the United States District Court for the Central District of California;

**IT IS FURTHER ORDERED** that in all other respects, this matter shall remain under seal, except insofar as the seal has been partially lifted by this Court's March 8, 2012, February 19, 2016 and September 27, 2016 Orders, until further order by the United States District Court for the Central District of California; and

**IT IS FURTHER ORDERED** that the United States District Court for the Central District of California should consider whether this action should be deemed related to the *qui tam* action captioned *United States ex rel. Swoben v. United Healthcare Ins. Co. et al.*, CV 09-5013 (C.D. Cal.), either at the present time or when the remand of that action to it by the Court of Appeals from the Ninth Circuit is effectuated; and

**IT IS FURTHER ORDERED** that the complaint, any amended complaints, and all other filings in this matter shall remain under seal during and after the transfer, except insofar as that seal has been partially lifted by this Court.

**IT IS SO ORDERED** this _8_ day of _Nov._ 2016.

_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE