1  CHAD A. READLER
   Acting Assistant Attorney General, Civil Division
2  EILEEN M. DECKER
   United States Attorney
3  DOROTHY A. SCHOUTEN
   DAVID K. BARRETT
4  LINDA A. KONTOS
   JOHN E. LEE (CBN 128696)
5  Assistant United States Attorneys
        300 N. Los Angeles Street, Room 7516
6       Los Angeles, California 90012
        Tel: (213) 894-3995; Fax: (213) 894-2380
7       Email: john.lee2@usdoj.gov
   MICHAEL D. GRANSTON
8  DANIEL R. ANDERSON
   JUSTIN DRAYCOTT
9  CAROL L. WALLACK
   JESSICA KRIEG
10 Attorneys, Civil Division
   United States Department of Justice
11      P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
12      Tel: (202) 307-0486; Fax: (202) 307-3852
        E-mail: carol.wallack@usdoj.gov
13 JAMES P. KENNEDY, JR.
   Acting United States Attorney
14 KATHLEEN ANN LYNCH
   Assistant United States Attorney
15 (Admitted Pro Hac Vice)
        138 Delaware Avenue
16      Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
17      E-mail: kathleen.lynch@usdoj.gov
   Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>Plaintiff[s],<br><br>v.<br><br>[UNDER SEAL],<br><br>Defendant[s]. | No. CV 16-08697 MWF (SSx)<br><br>NOTICE OF [UNDER SEAL]<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
LINDA A. KONTOS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-2380
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    E-mail: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney
(Admitted Pro Hac Vice)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    E-mail: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 16-08697 MWF (SSx)<br><br><u>NOTICE OF [UNDER SEAL]</u><br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

Lodged Proposed order

FILED 2017 FEB 14 AM 11:01 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY:

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
LINDA A. KONTOS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-2380
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    E-mail: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney
(Admitted Pro Hac Vice)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    E-mail: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC, *et al*.,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY HEREWITH: [PROPOSED] ORDER] |

Pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(4), the United States of America ("United States") hereby notifies the Court of its decision to intervene in part and decline to intervene in part in this *qui tam* action brought by Relator Benjamin Poehling ("Relator"). The United States hereby intervenes in the Relator's action against UnitedHealth Group, Inc. ("United") and WellMed Medical Management, Inc., ("WellMed") based on their submission or causing the submission of false or fraudulent claims for and false statements relating to Risk Adjustment payments under Parts C and D of the Medicare Program and with respect to their retention of overpayments arising from those false or fraudulent claims and false statements. The United States intervenes against United with respect to Relator's claims and allegations in his First Amended Complaint (FAC) relating to United's Chart Review Program (e.g., FAC at ¶¶ 127-135), Claims Verification Program (e.g., FAC at ¶¶ 181-183), and Chart Validation/Risk Adjustment Coding Compliance Review (RACCR) Program (e.g., FAC at ¶¶ 173-179), and its submission of false Risk Adjustment Attestations (e.g., FAC at ¶ 79). The United States intervenes against WellMed with respect to Relator's claims and allegations relating to the Chart Validation/RACCR Program and WellMed's improper diagnosis coding practices which caused the submission of false or fraudulent claims for Risk Adjustment payments. The United States declines to intervene as to all remaining allegations against United and WellMed. The United States will file its Complaint against United and WellMed within the ninety-day time period following the filing of this Notice and serve its Complaint on defendants contemporaneously with its filing.

In addition, the United States hereby declines to intervene against the other defendants named by Relator in his First Amended Complaint. Although the United States declines to intervene as to those defendants and as to a portion of Relator's claims and allegations against United, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows Relator to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should Relator or the defendants propose that the portion of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, Relator and the defendants will provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before the Court rules or grants its approval.

The United States also reserves the right to seek the dismissal of the Relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Furthermore, pursuant to the Stipulation re Unsealing set forth below, the United States and the Relator request that the Relator's First Amended Complaint, this Notice, and the attached proposed Order be unsealed. All papers on file relating to the United States' motions for extensions of the intervention deadline and seal in this action, however, should remain under seal because, in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Pursuant to 31 U.S.C. § 3730(c)(3), the United States also requests that, as to the part of the action in which the United States has declined to intervene, all pleadings filed in this action be served upon the United States and that all orders issued by the Court in this action be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts. The United States also requests that it be served with all notices of appeal in this action.

A proposed order accompanies this notice.

Dated: February 13, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
LINDA A. KONTOS
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice

JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney

_____
JOHN E. LEE
Assistant United States Attorney

Attorneys for the United States of America

## STIPULATION RE UNSEALING

The United States and the Relator hereby stipulate as follows:

1.  The Relator's First Amended Complaint, the United States' Notice of Election of Intervention, and this Order may be unsealed.

2.  All other papers or orders on file in this matter should remain under seal.

3.  The seal may be lifted on all matters occurring in this action after the date of this Order.

Respectfully submitted,

Dated: February 13, 2017

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Chief, Civil Division
DAVID K. BARRETT
Chief, Civil Fraud Section
LINDA A. KONTOS
Deputy Chief, Civil Fraud Section
Assistant United States Attorneys

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice

JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney

_____
JOHN E. LEE
Assistant United States Attorney

Attorneys for the United States of America

Dated: February 13, 2017

ERIC HAVIAN  
MARY INMAN  
JESSICA MOORE  
HARRY LITMAN  
Constantine Cannon LLP

TIM McCORMACK  
Constantine Cannon LLP

STEVE HASEGAWA  
Phillips & Cohen

_/s/ Jessica Moore_  
JESSICA MOORE

Attorneys for Plaintiff-Relator  
Benjamin Poehling

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 14, 2017, I served the NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: February 14, 2017. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Jessica T. Moore
Constantine Cannon
150 California St., Suite 1600
San Francisco, CA 94111
jmoore@constantinecannon.com

Timothy McCormack
Constantine Cannon
1001 Pennsylvania Avenue, N.W., Suite 1300N
Washington, DC 20004
tmccormack@constantinecannon.com

Steve Hasegawa
Phillips & Cohen
100 the Embarcadero, Suite 300
San Francisco, California 94111
shasegawa@pcsf.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2017, at Los Angeles, California.

ROSALIN DAVIS