ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

FEB 1    2017

CENTRAL DISTRICT OF CALIFORNIA
BY            CW            DEPUTY

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
LINDA A. KONTOS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-2380
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    E-mail: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney
(Admitted Pro Hac Vice)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    E-mail: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 16-08697 MWF (SSx)<br><br>[~~PROPOSED~~] ORDER ON [UNDER SEAL]<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONNCURRENTLY HEREWITH: STIPULATION] |

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
LINDA A. KONTOS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-2380
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    E-mail: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney
(Admitted Pro Hac Vice)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    E-mail: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. CV 16-08697 MWF (SSx)<br><br>[~~PROPOSED~~] ORDER ON [UNDER SEAL]<br><br>**[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONNCURRENTLY HEREWITH: STIPULATION] |

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
LINDA A. KONTOS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-2380
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
JUSTIN DRAYCOTT
CAROL L. WALLACK
JESSICA KRIEG
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    E-mail: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney
(Admitted Pro Hac Vice)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    E-mail: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC, *et al.*,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>[PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING<br><br>[LODGED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONNCURRENTLY HEREWITH: STIPULATION] |

The United States having intervened in part and declined to intervene in part in the above-captioned action ("this action") pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and the United States and *qui tam* plaintiff Benjamin Poehling ("Relator") having stipulated to the unsealing of certain documents, the Court now orders as follows:

IT IS ORDERED that:

1. The Relator's First Amended Complaint, the United States' Notice of Election of Intervention, and this Order shall be unsealed.

2. All other papers filed or lodged in this matter shall remain under seal.

3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

4. The United States shall file and serve its Complaint in Intervention upon Defendants UnitedHealth Group, Inc. and WellMed Medical Management, Inc., together with this Order, within 90 days of the filing of this Order.

5. The Relator shall file and serve a Second Amended Complaint upon Defendants within 90 days of the filing of this Order.

6. As to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed in that part of the action, including any supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time.

7. Should the Relator or the Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Relator and the Defendants shall provide the United States with notice of the same and the Court will provide the United States with an opportunity to be heard before the Court rules or grants its approval.

IT IS SO ORDERED.

Dated: February 15, 2017

_____
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 14, 2017, I served the [PROPOSED] ORDER ON NOTICE OF ELECTION OF THE UNITED STATES TO INTERVENE IN PART AND DECLINE TO INTERVENE IN PART AND STIPULATION RE UNSEALING on each person or entity named below by e-mail, pursuant to written consent under Federal Rule of Civil Procedure 5(b)(2)(E).

Date of e-mailing: February 14, 2017. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Jessica T. Moore
Constantine Cannon
150 California St., Suite 1600
San Francisco, CA 94111
jmoore@constantinecannon.com

Timothy McCormack
Constantine Cannon
1001 Pennsylvania Avenue, N.W., Suite 1300N
Washington, DC 20004
tmccormack@constantinecannon.com

Steve Hasegawa
Phillips & Cohen
100 the Embarcadero, Suite 300
San Francisco, California 94111
shasegawa@pcsf.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2017, at Los Angeles, California.

ROSALIN DAVIS

4