# EXHIBIT 8

Case 2:16-cv-08697-MWF-SS Document 171-8 Filed 11/17/17 Page 2 of 8 Page ID #:2421
Case 1:05-2208 cons.

Sh0151

## Medicare+Choice Organization

## Electronic Data Interchange Enrollment Form

MANAGED CARE ELECTRONIC DATA INTERCHANGE (EDI) ENROLLMENT FORM

**ONLY** for the Collection of Risk Adjustment Data and/or

With Medicare+Choice Eligible Organizations

The eligible organization agrees to the following provisions for submitting Medicare risk adjustment data electronically to The Centers for Medicare & Medicaid Services (CMS) or to CMS's contractors.

### A. The Eligible Organization Agrees:

1. That it will be responsible for all Medicare risk adjustment data submitted to CMS by itself, its employees, or its agents.

2. That it will not disclose any information concerning a Medicare beneficiary to any other person or organization, except CMS and/or its contractors, without the express written permission of the Medicare beneficiary or his/her parent or legal guardian, or where required for the care and treatment of a beneficiary who is unable to provide written consent, or to bill insurance primary or supplementary to Medicare, or as required by State or Federal law.

3. That it will ensure that every electronic entry can be readily associated and identified with an original source document. Each source document must reflect the following information:

    - Beneficiary's name,
    - Beneficiary's health insurance claim number,
    - Date(s) of service,
    - Diagnosis/nature of illness

4. That the Secretary of Health and Human Services or his/her designee and/or the contractor has the right to audit and confirm information submitted by the eligible organization and shall have access to all original source documents and medical records related to the eligible organization's submissions, including the beneficiary's authorization and signature.

5. Based on best knowledge, information, and belief, that it will submit risk adjustment data that are accurate, complete, and truthful.

6. That it will retain all original source documentation and medical records pertaining to any such particular Medicare risk adjustment data for a period of at least 6 years, 3 months after the risk adjustment data is received and processed.

7. That it will affix the CMS-assigned unique identifier number of the eligible organization on each risk adjustment data electronically transmitted to the contractor.

8. That the CMS-assigned unique identifier number constitutes the eligible organization's legal electronic signature.

9. That it will use sufficient security procedures to ensure that all transmissions of documents are authorized and protect all beneficiary-specific data from improper access.

10. That it will establish and maintain procedures and controls so that information concerning Medicare beneficiaries, or any information obtained from CMS or its contractor, shall not be used by agents, officers, or employees of the billing service except as provided by the contractor (in accordance with §1106(a) of the Act).

11. That it will research and correct risk adjustment data discrepancies.

12. That it will notify the contractor or CMS within 2 business days if any transmitted data are received in an unintelligible or garbled form.

B. **The Centers for Medicare & Medicaid Services Agrees To:**

1. Transmit to the eligible organization an acknowledgment of risk adjustment data receipt.

2. Affix the intermediary/carrier number, as its electronic signature, on each response/report sent to the eligible organization.

3. Ensure that no contractor may require the eligible organization to purchase any or all electronic services from the contractor or from any subsidiary of the contractor or from any company for which the contractor has an interest.

4. The contractor will make alternative means available to any electronic biller to obtain such services.

5. Ensure that all Medicare electronic transmitters have equal access to any services that CMS requires Medicare contractors to make available to eligible organizations or their billing services, regardless of the electronic billing technique or service they choose. Equal access will be granted to any services the contractor sells directly, indirectly, or by arrangement.

6. Notify the provider within 2 business days if any transmitted data are received in an unintelligible or garbled form.

**NOTICE:**

Federal law shall govern both the interpretation of this document and the appropriate jurisdiction and venue for appealing any final decision made by CMS under this document.

This document shall become effective when signed by the eligible organization. The responsibilities and obligations contained in this document will remain in effect as long as Medicare risk adjustment data are submitted to CMS or the contractor. Either party may terminate this arrangement by giving the other party (30) days written notice of its intent to terminate. In the event that the notice is mailed, the written notice of termination shall be deemed to have been given upon the date of mailing, as established by the postmark or other appropriate evidence of transmittal.

C. **Signature:**

I am authorized to sign this document on behalf of the indicated party and I have read and agree to the foregoing provisions and acknowledge same by signing below.

Eligible Organization's
Name: United Health Group - Ovations

Sho151

Title: Chief Financial Officer
Address: 9900 Bren Road East
MN008-T440
City/State/ZIP: Minnetonka, MN 55343
By: [signature]
Title: Joseph A. Heffernann        Date: 1/25/05

cc: Regional Offices

Please retain a copy of all forms submitted for your records.

Complete and mail this form with original signature to:

**M+CO EDI Enrollment**

**P.O. Box 100275, AG-570**

**Columbia, SC 29202-3275**

file://C:\Documents%20and%20Settings\lgendre\Local%20Settings\Temp\notes49546A\c...    1/23/2005





Lynn Gendreau, Director
Ovations Medicare Operations
MN008-W140  9900 Bren Road East  Minnetonka MN  55343
Tel 952-936-3241  Fax 952-936-3080

# MEMORANDUM

To:         Jocelyn Williams
            CSSC Operations AG-570

Cc:         William DeYoung

From:       Lynn Gendreau

Date:       April 18, 2005

Subject:    Additional H# contracts for Submitter ID SH0151


Dear Ms. Williams,

We have one additional H# that needs to be added to United Health submitter ID – SH0151. Attached is also the required EDI Enrollment Form request signed by our Chief Financial Officer, Joseph Haferman.

They are as follows:

| H# | Company |
|---|---|
| H0401 | UnitedHealthcare of Arkansas, Inc. |
| H0624 | Evercare Premier – Colorado |
| H1111 | UnitedHealthcare of Georgia, Inc. |
| H1303 | United HealthCare Insurance Company – Idaho |
| H1509 | United HealthCare Insurance Company - Indiana |
| H1717 | United HealthCare Insurance Company – Kansas |
| H2001 | United HealthCare Insurance Company – Maine |
| H2003 | United HealthCare Insurance Company – Evercare Maine |
| H3113 | Oxford Health Plans of New Jersey, Inc. – Evercare New Jersey |
| H3209 | Evercare New Mexico |
| H3812 | United HealthCare Insurance Company – Oregon |
| H3921 | United HealthCare Insurance Company – Pennsylvania |
| H4106 | Evercare Premier – Rhode Island |
| H4522 | United HealthCare Insurance Company – New Mexico/Texas |
| H5008 | Evercare Washington |
| H5424 | United HealthCare Insurance Company – Hawaii |
| H5440 | Evercare Premier - Florida |

Attachment: EDI Enrollment Form

322
EXHIBIT 8



A UnitedHealth Group Company

Lynn Gendreau, Director
Ovations Medicare Operations
MN008-W140  9900 Bren Road East  Minnetonka MN  55343
Tel 952-936-3241   Fax 952-936-1080

# MEMORANDUM

To: Jocelyn Williams
CSSC Operations AG-570

Cc: William DeYoung

From: Lynn Gendreau

Date: February 3, 2005

Subject: Additional H# contracts for Submitter ID SH051

Dear Ms. Williams,

Per your conversation with William DeYoung, we need to add additional H# contracts to the United Health submitter ID – SH051. Attached is also the required EDI Enrollment Form request signed by our Chief Financial Officer, Joseph Hafermann.

They are as follows:

| | |
|---|---|
| H4406 | United Healthcare of Tennessee, Inc. |
| H0319 | Evercare Arizona |
| H0315 | Evercare Arizona PPO |
| H0620 | Evercare Colorado |
| H5417 | Evercare Florida |
| H1108 | Evercare Georgia |
| H2111 | Evercare Maryland |
| H2228 | Evercare Massachusetts  RI |
| H2228 | Evercare Rhode Island |
| H2408 | United Health Care Insurance Co of Illinois - Private-Fee-For-Service |
| H4604 | Salt Lake City |
| H3326 | United Health Care Insurance Co of New York – PPO   loaded on 5/15/03 |

Please let me know if you need any additional information or clarification.

Thank you in advance.

Attachment:  EDI Enrollment Form

RECEIVED

FEB 0 4 2005

MEDICARE PART A
DOCUMENT CONTROL



Lynn Gendreau, Director
Ovations Medicare Operations
MN008-W140  9900 Bren Road East  Minnetonka MN  55343
Tel 952-936-3241  Fax 952-936-3080

# MEMORANDUM

To:       Jocelyn Williams
          CSSC Operations AG-570

Cc:       Susan Gruwell

From:     Lynn Gendreau

Date:     October 25, 2005

Subject:  Additional H# contracts for Submitter ID SH1051

Dear Ms. Williams,

We have additional H#'s that need to be added to United Health submitter ID – SH1051. Attached is also the required EDI Enrollment Form request signed by our Chief Financial Officer, Jeff Putnam.

|       |                                                              | Effective Date |
|-------|--------------------------------------------------------------|----------------|
| H5500 | United HealthCare Insurance Company – Alabama                | 1/1/06 |
| H5507 | United HealthCare Insurance Company – Missouri               | 1/1/06 |
| H5515 | United HealthCare Insurance Company - New York               | 1/1/06 |
| H5516 | United HealthCare Insurance Company - North Carolina         | 1/1/06 |
| H5518 | United HealthCare Insurance Company – Ohio                   | 1/1/06 |
| H5527 | United HealthCare Insurance Company - Rhode Island           | 1/1/06 |
| H5532 | United HealthCare Insurance Company - Tampa, FL              | 1/1/06 |
| R3175 | United HealthCare Insurance Company - Regional PPO Hawaii    | 1/1/06 |
| R5287 | United HealthCare Insurance Company - Regional PPO Florida   | 1/1/06 |
| R5342 | United HealthCare Insurance Company - Regional PPO New York  | 1/1/09 |
| H5652 | United HealthCare Insurance Company - Erickson Advantage     | 10/1/05 |
| H5678 | United HealthCare Insurance Company - Erickson Advantage     | 1/1/06 |
| H5697 | United HealthCare Insurance Company - Erickson Advantage     | 1/1/06 |
| H5754 | United HealthCare Insurance Company - Erickson Advantage     | 1/1/06 |
| H5918 | United HealthCare Insurance Company - Erickson Advantage     | 1/1/06 |

Thank you in advance.

Attachment: EDI Enrollment Form

324
EXHIBIT 8

SH0151



Lynn Gendreau, Director
Ovations Medicare Operations
MN008-W140  9900 Bren Road East  Minnetonka MN  55343
Tel 952-936-3241  Fax 952-936-3080
Email Lynn_Gendreau@uhc.com

# MEMORANDUM

To:   Jocelyn Williams
      CSSC Operations AG-570

Cc:   William DeYoung

From: Lynn Gendreau

Date: April 21, 2005

Subject: EDI Enrollment Form for SH0151

Dear Ms. Williams,

Per our discussion on 4/20/05, attached is an original EDI enrollment form for our newly submitted H#s (see below) signed by our Chief Financial Officer, Joseph Hafermann. Please send confirmation of H# linkage to our Submitter ID to me either via email or fax as noted above.  Thank you again for your assistance and prompt response.

*(Original list submitted 4/18/05)*

| | |
|---|---|
| H0401 | UnitedHealthcare of Arkansas, Inc. |
| H0624 | Evercare Premier – Colorado |
| H1111 | UnitedHealthcare of Georgia, Inc. |
| H1303 | United HealthCare Insurance Company – Idaho |
| H1509 | United HealthCare Insurance Company - Indiana |
| H1717 | United HealthCare Insurance Company – Kansas |
| H2001 | United HealthCare Insurance Company – Maine |
| H2003 | United HealthCare Insurance Company – Evercare Maine |
| H3113 | Oxford Health Plans of New Jersey, Inc. – Evercare New Jersey |
| H3209 | Evercare New Mexico |
| H3812 | United HealthCare Insurance Company – Oregon |
| H3921 | United HealthCare Insurance Company – Pennsylvania |
| H4106 | Evercare Premier – Rhode Island |
| H4522 | United HealthCare Insurance Company – New Mexico/Texas |
| H5008 | Evercare Washington |
| H5424 | United HealthCare Insurance Company – Hawaii |
| H5440 | Evercare Premier - Florida |

Attachment: EDI Enrollment Form

RECEIVED
APR 2 2 2005
MEDICARE PART A
DOCUMENT CONTROL