# EXHIBIT 11



12125 Technology Drive
Eden Prairie, MN 55344
T 888-445-8745
F 952-833-7201
www.optum.com

Palmetto GBA
CSSC Operations
P.O. Box 100275, AG-570
Columbia, SC 29202-3275

To Whom It May Concern:

Please be advised that Ingenix is now OptumInsight, a part of Optum – a leading health service business.

Your records should be updated to include the following for RAPS and EDPS submissions.

<u>Technical Contact:</u>
Mike Smed
mike.smed@optum.com

<u>Operations Contact:</u>
Pat Rasmussen
patricia.r.rasmussen@optum.com

<u>Impacted Submitter IDs:</u>
SH9533, SH9542, SH9543, SH9561, SH9575, SH9580, ENC0022

<u>Impacted Contracts:</u>
H0151, H0251, H0303, H0316, H0319, H0321, H0351, H0401, H0408, H0410, H0543, H0562
H0609, H0620, H0624, H0710, H0752, H0755, H1080, H1108, H1111, H1286, H1303, H1364
H1509, H1717, H1944, H2001, H2111, H2182, H2226, H2228, H2229, H2256, H2406, H2409
H2410, H2450, H2458, H2654, H2802, H2803, H2905, H2931, H2961, H3057, H3107, H3113
H3164, H3209, H3307, H3379, H3387, H3435, H3456, H3659, H3749, H3805, H3812, H3887
H3912, H3920, H3921, H4102, H4106, H4406, H4449, H4456, H4514, H4522, H4590, H4604
H4720, H4779, H4837, H4971, H5005, H5008, H5253, H5417, H5424, H5435, H5439, H5440
H5507, H5516, H5520, H5532, H5652, H5678, H5697, H5698, H5749, H5754, H5918, H5998
H6228, H6793, H6815, H7187, H7226, H7526, H7949, H8748, H9011, H9149, R3175, R5287
R5342, R5674, R7444

Sincerely,

Pat Rasmussen
Manager, Encounter Operations
OptumInsight
PO Box 9472
Minneapolis, MN  55440-9472

Ph:   469-633-8720
Fax:  877-247-5010

RECEIVED
JUN 2 9 2011

RECEIVED
JUN 2 7 2011
MED B DOC. CONTROL
CAMDEN GM-220

ENC0017 - ENC0022

335
EXHIBIT 11