# EXHIBIT 12



UnitedHealthcare Medicare & Retirement
9701 Data Park
Minnetonka MN 55343

April 27, 2011

Medicare Advantage EDI Enrollment
CSSC Operations AG-570
2300 Springdale Drive, Bldg. One
Camden, SC 29020-1728



RE: Letter of Authorization
    Encounter Data Front-End System

Effective May 1, 2011, Ingenix is authorized to begin transmitting encounter data for the following Medicare Advantage Health Plans and contract numbers:

| Contract Number | Legal Entity Name |
|---|---|
| H0151 | UNITEDHEALTHCARE OF ALABAMA, INC. |
| H0251 | UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. |
| H0303 | PACIFICARE OF ARIZONA, INC |
| H0316 | UNITEDHEALTHCARE OF ARIZONA, INC. |
| H0319 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0321 | ARIZONA PHYSICIANS IPA, INC. |
| H0401 | UNITEDHEALTHCARE OF ARKANSAS, INC. |
| H0408 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0543 | PACIFICARE OF CALIFORNIA |
| H0609 | PACIFICARE OF COLORADO, INC |
| H0620 | UNITEDHEALTHCARE INSURANCE COMPANY |



1

337
EXHIBIT 12

| | |
|---|---|
| H0624 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0710 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0752 | OXFORD HEALTH PLANS (CT), INC. |
| H0755 | HEALTH NET OF CONNECTICUT. |
| H1080 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| H1108 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1111 | UNITEDHEALTHCARE OF GEORGIA, INC. |
| H1286 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1303 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1509 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1717 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1944 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2001 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2111 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2182 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2226 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2228 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2406 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2654 | UNITEDHEALTHCARE OF THE MIDWEST, INC. |
| H2802 | UNITEDHEALTHCARE OF THE MIDLANDS, INC. |
| H2803 | UNITEDHEALTHCARE INSURANCE COMPANY |



RECEIVED MAY - 3 2011

2

| | |
|---|---|
| H2905 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC, |
| H2931 | HEALTH PLAN OF NEVADA, INC. |
| H3107 | OXFORD HEALTH PLANS (NJ), INC. |
| H3113 | OXFORD HEALTH PLANS (NJ), INC. |
| H3164 | AMERICHOICE OF NEW JERSEY, INC |
| H3209 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3307 | OXFORD HEALTH PLANS (NY), INC. |
| H3379 | UNITEDHEALTHCARE OF NEW YORK, INC. |
| H3387 | UNITEDHEALTHCARE OF NEW YORK, INC. |
| H3456 | UNITEDHEALTHCARE OF NORTH CAROLINA, INC. |
| H3659 | UNITEDHEALTHCARE OF OHIO, INC. |
| H3749 | PACIFICARE OF OKLAHOMA, INC. |
| H3805 | PACIFICARE OF OREGON, INC. |
| H3812 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3887 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3912 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3920 | UNITEDHEALTHCARE OF PENNSYLVANIA, INC. |
| H3921 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4102. | UNITEDHEALTHCARE OF NEW ENGLAND, INC. |
| H4406 | UNITEDHEALTHCARE OF TENNESSEE, INC. |
| H4456 | UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. |



RECEIVED MAY - 3 2011 BY:

| | |
|---|---|
| H4514 | EVERCARE OF TEXAS, LLC |
| H4522 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4590 | PACIFICARE OF TEXAS, INC. |
| H4604 | UNITEDHEALTHCARE OF UTAH, INC. |
| H4837 | UNITEDHEALTHCARE OF WISCONSIN |
| H4971 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5005 | PACIFICARE OF WASHINGTON, INC. |
| H5008 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5253 | UNITEDHEALTHCARE OF WISCONSIN, INC |
| H5417 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5424 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5435 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5440 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5507 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5516 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5532 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5652 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5749 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5998 | UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. |
| H6952 | UNITEDHEALTHCARE OF THE GREAT LAKES HLTH PLAN, INC |



| | |
|---|---|
| H7187 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H7949 | PACIFICARE OF NEVADA, INC. |
| H8748 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H9011 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| R3175 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5287 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5342 | UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK |
| R5674 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC, |
| R7444 | UNITEDHEALTHCARE INSURANCE COMPANY |

Sincerely,

*[signature]*

Scott Theisen
Chief Financial Officer

RECEIVED
MAY - 3 2011
BY:

5




# Medicare Advantage Organization

## Electronic Data Interchange Agreement Form

MANAGED CARE ELECTRONIC DATA INTERCHANGE (EDI) AGREEMENT FORM

**ONLY** for the Collection of Encounter Data and/or

With Medicare Advantage Eligible Organizations

The eligible organization agrees to the following provisions for submitting Medicare encounter data electronically to The Centers for Medicare & Medicaid Services (CMS) or to CMS contractors.

A. **The Eligible Organization Agrees:**

1. That it will be responsible for all Medicare encounter data submitted to CMS by itself, its employees, or its agents.

2. That it will not disclose any information concerning a Medicare beneficiary to any other person or organization, except CMS and/or its contractors, without the express written permission of the Medicare beneficiary or his/her parent or legal guardian, or where required for the care and treatment of a beneficiary who is unable to provide written consent, or to bill insurance primary or supplementary to Medicare, or as required by State or Federal law.

3. That it will ensure that every electronic entry can be readily associated and identified with an original source document.

4. That the Secretary of Health and Human Services or his/her designee and/or the contractor has the right to audit and confirm information submitted by the eligible organization and shall have access to all original source documents and medical records related to the eligible organization's submissions, including the beneficiary's authorization and signature.

5. Based on best knowledge, information, and belief, that it will submit encounter data that are accurate, complete, and truthful.

6. That it will retain all original source documentation and medical records pertaining to any such particular Medicare encounter data for a period of at least 6 years, 3 months after the encounter data is received and processed.

7. That it will affix the CMS-assigned unique identifier number of the eligible organization on each encounter data electronically transmitted to the contractor.

8. That the CMS-assigned unique identifier number constitutes the eligible organization's legal electronic signature.

9. That it will use sufficient security procedures to ensure that all transmissions of documents are authorized and protect all beneficiary-specific data from improper access.

10. That it will establish and maintain procedures and controls so that information concerning Medicare beneficiaries, or any information obtained from CMS or its contractor, shall not be used by agents, officers, or employees of the billing service except as provided by the contractor (in accordance with §1106(a) of the Act).

11. That it will research and correct encounter data discrepancies.

12. That it will notify CMS or its contractor within 2 business days if any transmitted data are received in an unintelligible or garbled form.

- 1 -



B. **The Centers for Medicare & Medicaid Services Agrees To:**

1. Transmit to the eligible organization an acknowledgment of encounter data receipt.

2. Affix the intermediary/carrier number, as its electronic signature, on each response/report sent to the eligible organization.

3. Ensure that no CMS contractor may require the eligible organization to purchase any or all electronic services from the CMS contractor or from any subsidiary of the CMS contractor or from any company for which the CMS contractor has an interest.

4. The contractor will make alternative means available to any electronic biller to obtain such services.

5. Ensure that all Medicare electronic transmitters have equal access to any services that CMS requires Medicare contractors to make available to eligible organizations or their billing services, regardless of the electronic billing technique or service they choose. Equal access will be granted to any services the contractor sells directly, indirectly, or by arrangement.

6. Notify the provider within 2 business days if any transmitted data are received in an unintelligible or garbled form.

**NOTICE:**
Federal law shall govern both the interpretation of this document and the appropriate jurisdiction and venue for appealing any final decision made by CMS under this document.

This document shall become effective when signed by the eligible organization. The responsibilities and obligations contained in this document will remain in effect as long as Medicare encounter data are submitted to CMS or the contractor. Either party may terminate this arrangement by giving the other party (30) days written notice of its intent to terminate. In the event that the notice is mailed, the written notice of termination shall be deemed to have been given upon the date of mailing, as established by the postmark or other appropriate evidence of transmittal.



C. **Signature:**

I am authorized to sign this document on behalf of the indicated party and I have read and agree to the foregoing provisions and acknowledge same by signing below.

| Contract Number: | n/a - Third Party Submitter |
|---|---|
| Eligible Organization's Name: | OPTUMInsight (Formerly Ingenix) |
| Address: | 12125 Technology Drive |
| City/State/ZIP: | Eden Prairie, MN 55344 |
| Phone: | (952) 833-7223 |
| Email: | jeff.dumcum@ingenix.com |
| Signature: | *Jeff Dumcum* |
| Printed Name: | Jeff Dumcum |
| Title: | Sr. Vice President |
| Date: | May 10, 2011 |

cc: Regional Offices

Please retain a copy of all forms submitted for your records.

Complete and mail this form with original signature to:

**Medicare Advantage EDI Agreement**
**CSSC Operations AG-570**
**2300 Springdale Drive Bldg. One**
**Camden, SC 29020-1728**

Phone (877) 534-2772
www.csscoperations.com




- 3 -