# EXHIBIT 14

**Outlier Providers Included in the RACCR Program and**

**Located in the Central District of California**

A large percentage of the outlier providers reviewed in United's Risk Adjustment Coding and Compliance Reviews ("RACCR") program are located and are serving Medicare beneficiaries in the Central District of California, including:

- Access Medical Group Inc.
- Alliance Physicians Medical Group
- Applecare Medical Group
- Axminster Medical Group
- Beaver Medical Group
- Beaver/Redlands-Yucaipa Medical Group
- Bristol Park MG
- Choice Medical Group
- Choice Physicians Network
- Desert Oasis Healthcare
- Edinger Medical Group
- Facey Medical Foundation
- Family Practice Medical Group
- Greater Newport Physicians
- HCP/MAGAN/PA/Talbert
- Hemet Community Medical Group
- Heritage Physicians Network/High Desert
- Heritage Victor Valley MG
- High Desert Medical Group
- High Desert Primary Care MG
- Lakeside Medical Group

| | |
|---|---|
| 1 | Menifee Valley Community Medical Group |
| 2 | Monarch Healthcare |
| 3 | Pacific IPA |
| 4 | Physicians Associates |
| 5 | Primecare |
| 6 | Prospect/Gateway/Genesis/ProMed |
| 7 | Redlands – Yuca IPA MG |
| 8 | Regal Medical Group |
| 9 | Riverside Medical Center |
| 10 | San Bernardino Medical Group |
| 11 | Santa Barbara Select IPA |
| 12 | St. Vincent Medical Group IPA |
| 13 | Talbert MG |
| 14 | UCLA Medical Group/IPA |
| 15 | United Family Care |
| 16 | Valley Care IPA |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |