# EXHIBIT 15

**Outlier Provider Groups That Failed RACCR Sample Reviews and Never Conducted 100% Reviews**

| 2008 Date of Service (2009 Payment Year)[1] | | | |
|---|---|---|---|
| **Provider Group** | **HCC** | **Sample Size** | **Sample Validation %** |
| Edinger Medical Group | 069 | 47 | 0.00% |
| Edinger Medical Group | 071 | 70 | 60.00% |
| Edinger Medical Group | 101 | 49 | 32.65% |
| Edinger Medical Group | 164 | 57 | 10.53% |
| Las Vegas Summit Network | 021 | 15 | 73.33% |
| New West Physicians | 015 | 67 | 17.91% |
| St. Anthony's Health Services | 131 | 30 | 80.00% |

| 2009 Date of Service (2010 Payment Year) | | | | |
|---|---|---|---|---|
| **Provider Group** | **HCC** | **Sample Size** | **Sample Validation %** | **# of Beneficiaries Not Reviewed** |
| Beaver Redlands-Yucaipa Medical Group | 052 | 28 | 67.86% | 142 |
| Cedar Hill Family Medicine | 105 | 68 | 79.41% | 129 |
| Edinger Medical Group | 069 | 49 | 4.08% | 5 |
| Edinger Medical Group | 071 | 70 | 64.29% | 128 |
| Edinger Medical Group | 111 | 29 | 10.34% | 4 |

---

[1] The exact number of beneficiaries not included in the 100% reviews for these HCCs for 2008 DOS is unknown at this time.

| Provider Group | HCC | Sample Size | Sample Validation % | # of Beneficiaries Not Reviewed |
|---|---|---|---|---|
| HealthCarePartners | 112 | 40 | 12.50% | 224 |
| Heritage Physicians Network/ High Desert | 132 | 30 | 80.00% | 46 |
| Patients First Health Care LLC | 015 | 16 | 62.50% | 846 |
| Primecare | 015 | 20 | 10.00% | 788 |
| Primecare | 071 | 33 | 51.52% | 876 |

| 2010 Date of Service (2011 Payment Year) | | | | |
|---|---|---|---|---|
| Provider Group | HCC | Sample Size | Sample Validation % | # of Beneficiaries Not Reviewed |
| Beaver Redlands-Yucaipa Medical Group | 052 | 30 | 73.33% | 7 |
| Beaver Redlands-Yucaipa Medical Group | 055 | 30 | 70.00% | 129 |
| Beaver Redlands-Yucaipa Medical Group | 112 | 30 | 16.67% | 18 |
| Chinese American Independent Practice | 027 | 29 | 58.62% | 283 |
| Edinger Medical Group | 007 | 27 | 37.04% | 5 |
| Edinger Medical Group | 069 | 28 | 0.00% | 23 |
| Edinger Medical Group | 100 | 29 | 55.17% | 2 |
| Edinger Medical Group | 164 | 26 | 15.38% | 21 |
| HealthCarePartners | 051 | 30 | 6.67% | 91 |
| HealthCarePartners | 101 | 12 | 50.00% | 215 |
| HealthCarePartners | 112 | 7 | 57.14% | 83 |

| | | | | |
|---|---|---|---|---|
| HealthCarePartners | 157 | 15 | 66.67% | 1,208 |
| Monarch Healthcare | 101 | 30 | 40.00% | 4 |
| Monarch Healthcare | 157 | 29 | 24.14% | 62 |
| Primecare | 071 | 28 | 50.00% | 15 |
| Sharp-Rees Stealy Medical | 052 | 30 | 80.00% | 1,664 |
| Sharp-Rees Stealy Medical | 157 | 30 | 46.67 | 476 |
| UCLA Medical Group IPA | 132 | 30 | 76.67% | 33 |
| WellMed//PIPA | 045 | 30 | 33.33% | 140 |
| WellMed//PIPA | 080 | 30 | 56.67% | 250 |
| WellMed//PIPA | 119 | 28 | 60.71% | 157 |
| WellMed//PIPA | 164 | 30 | 10.00% | 7 |

| 2011 Date of Service (2012 Payment Year) | | | | |
|---|---|---|---|---|
| **Provider Group** | **HCC** | **Sample Size** | **Sample Validation %** | **# of Beneficiaries Not Reviewed** |
| Chinese American Independent Practice | 027 | 49 | 30.61% | 236 |
| Chinese American Independent Practice | 045 | 50 | 0.00% | 63 |
| Edinger Medical Group | 069 | 2 | 0.00% | 4 |
| Edinger Medical Group | 111 | 3 | 33.33% | 3 |
| Edinger Medical Group | 164 | 14 | 14.29% | 18 |
| Erickson | 010 | 39 | 61.54% | 449 |
| Erickson | 096 | 33 | 24.24% | 193 |

3

| Provider Group | HCC | Sample Size | Sample Validation % | # of Beneficiaries Not Reviewed |
|---|---|---|---|---|
| Erickson | 158 | 42 | 59.52% | 88 |
| St. Anthony's Health Services | 079 | 50 | 72.00% | 295 |
| West Pasco Risk | 037 | 31 | 16.13% | 18 |

| 2012 Date of Service (2013 Payment Year) | | | | |
|---|---|---|---|---|
| Provider Group | HCC | Sample Size | Sample Validation % | # of Beneficiaries Not Reviewed |
| Beaver Medical Group | 112 | 10 | 30.00% | 41 |
| BIDPO | 018 | 40 | 55.00% | 23 |
| Chinese American Independent Practice | 027 | 13 | 76.92% | 302 |
| Coastal Community Physicians Network | 079 | 44 | 75.00% | 63 |
| Coastal Community Physicians Network | 157 | 39 | 30.77% | 68 |
| Erickson | 010 | 46 | 50.00% | 405 |
| HealthCarePartners | 045 | 47 | 70.21% | 341 |
| HealthCarePartners | 051 | 35 | 57.14% | 302 |
| HealthCarePartners | 074 | 43 | 74.42% | 693 |
| HealthCarePartners | 112 | 36 | 50.00% | 229 |
| HealthCarePartners | 119 | 45 | 77.78% | 414 |
| HealthCarePartners | 157 | 44 | 43.18% | 1,995 |
| Health Texas Medical Group | 021 | 49 | 77.55% | 741 |
| Health Texas Medical Group | 161 | 8 | 0.00% | 3 |

| | | | | |
|---|---|---|---|---|
| Hemet Community Medical Group | 069 | 12 | 50.00% | 2 |
| Highline MSO (CMG) | 018 | 41 | 34.15% | 78 |
| Imperial City County Physicians Medical Group | 018 | 10 | 80.00% | 49 |
| Independent Physicians Network | 015 | 49 | 14.29% | 53 |
| Monarch Healthcare | 157 | 35 | 28.57% | 193 |
| Pacific IPA | 027 | 28 | 75.00% | 10 |
| Primecare | 104 | 30 | 46.67% | 163 |
| Santa Barbara Select IPA | 104 | 33 | 6.06% | 14 |
| Santa Barbara Select IPA | 131 | 47 | 59.57% | 678 |
| Santa Clara County IPA | 018 | 24 | 33.33% | 35 |
| Sharp-Rees Stealy Medical | 157 | 49 | 46.94% | 521 |
| SLO Select IPA SO County | 069 | 12 | 16.67% | 4 |
| St. Vincent Medical Group IPA | 021 | 28 | 67.86% | 20 |
| Texas Health Medical Group (FKA Medical Edge) | 069 | 35 | 37.14% | 83 |
| WellMed//PIPA | 045 | 43 | 51.16% | 746 |
| WellMed//PIPA | 111 | 44 | 15.91% | 201 |
| WellMed//PIPA | 157 | 46 | 56.52% | 539 |