# EXHIBIT 17

# ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION

Pursuant to the contracts between the Centers for Medicare & Medicaid Services (CMS) and the UnitedHealth Group affiliate listed in Attachment 1, hereafter referred to as the MA Organization, governing the operation of the Medicare Advantage and Medicare Advantage-Prescription Drug plans listed in Attachment 1, the MA Organization hereby requests payment under the contract and, in doing so, makes the following attestation concerning CMS payments to the MA Organization.* The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentations to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2009 to December 31, 2009 all risk adjustment data for 2009 dates of service available to the MA Organization as of December 31, 2009, with respect to the MA and MA-PD plans listed in Attachment 1. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in such report and not subsequently deleted prior to the date hereof is accurate, complete, and truthful.

NAME: John Larsen
TITLE: Chief Financial Officer,
Public & Senior Markets Group
On behalf of the UnitedHealth Group
entities listed in Attachment 1

3/26/10
DATE

---

* This Certification is based on facts reasonably available or made available to the MA Organization as of the date of this Certification and is not to be construed as a representation by the entities listed in Attachment 1, their affiliates, officers, representatives, or agents that the data to which the Certification relate may not require subsequent modification should additional information become available. Best knowledge, information, and belief means based on normal business practices. In addition, the scope of this Certification does not include risk adjustment data related to "long-term institutionalized" or "community," which the MA Organization is not required to report to or otherwise verify for CMS. Such designations are made by CMS based on a CMS data source and are subject to reconciliation by CMS in accordance with Section 91.4.2 of Chapter 7 of the Medicare Managed Care Manual. As previously communicated to CMS, we believe these designations are materially inaccurate. However, we acknowledge CMS' position that such designations are generally accurate.

U-07155

Annual Risk Adjustment Attestation/United Medicare

373
EXHIBIT 17

CONFIDENTIAL AND PROPRIETARY                                                   MARA064758

Attachment 1
Page 1 of 2

| Contract | Contracting Party |
|---|---|
| H0151 | United HealthCare of Alabama, Inc. |
| H0251 | United HealthCare Plan of the River Valley, Inc. |
| H0303 | PacifiCare of Arizona, Inc |
| H0316 | United HealthCare of Arizona Inc |
| H0321 | Arizona Physicians IPA, Inc. |
| H0401 | United HealthCare of Arkansas, Inc. |
| H0408 | United HealthCare Insurance Company |
| H0410 | United HealthCare Insurance Company |
| H0543 | PacifiCare of California |
| H0609 | PacifiCare of Colorado, Inc. |
| H0620 | United HealthCare Insurance Company |
| H0624 | United HealthCare Insurance Company |
| H0710 | United HealthCare Insurance Company |
| H0752 | Oxford Health Plans (CT), Inc. |
| H1080 | United HealthCare of Florida, Inc. |
| H1108 | United HealthCare Insurance Company |
| H1111 | United Healthcare of Georgia, Inc. |
| H1286 | United HealthCare Insurance Company |
| H1303 | United HealthCare Insurance Company |
| H1509 | United HealthCare Insurance Company |
| H1717 | United HealthCare Insurance Company |
| H1944 | United HealthCare Insurance Company |
| H2001 | United HealthCare Insurance Company |
| H2003 | United HealthCare Insurance Company |
| H2011 | United HealthCare Insurance Company |
| H2182 | United HealthCare Insurance Company |
| H2226 | United HealthCare Insurance Company |
| H2228 | United HealthCare Insurance Company |
| H2406 | United HealthCare Insurance Company |
| H2654 | United HealthCare of the Midwest, Inc. |
| H2802 | United HealthCare of the Midlands, Inc. |
| H2803 | United HealthCare Insurance Company |
| H2905 | -Sierra Health and Life Insurance Company, Inc. |
| H2931 | Health Plan Of Nevada, Inc |
| H2961 | Health Plan of Nevada, Inc. |
| H3107 | Oxford Health Plans (NJ), Inc. |
| H3113 | Oxford Health Plans (NJ), Inc. |
| H3164 | AmeriChoice Of New Jersey, Inc. |
| H3209 | United HealthCare Insurance Company |
| H3307 | Oxford Health Plans (NY) Inc. |
| H3379 | United HealthCare of New York, Inc. |
| H3387 | United HealthCare of New York, Inc. |
| H3456 | United HealthCare of North Carolina, Inc. |

U-07156

Annual Risk Adjustment Attestation/United Medicare

374
EXHIBIT 17

CONFIDENTIAL AND PROPRIETARY

MARA064759

Attachment 1
Page 2 of 2

| Contract | Contracting Party |
|---|---|
| H3659 | United HealthCare of Ohio, Inc. |
| H3749 | PacifiCare of Oklahoma, Inc. |
| H3805 | PacifiCare of Oregon, Inc. |
| H3812 | United HealthCare Insurance Company |
| H3887 | United HealthCare Insurance Company |
| H3912 | United HealthCare Insurance Company |
| H3921 | United HealthCare Insurance Company |
| H4102 | United HealthCare of New England, Inc. |
| H4106 | United HealthCare Insurance Company |
| H4406 | United HealthCare of Tennessee, Inc. |
| H4449 | Sierra Health and Life Insurance Company, Inc. |
| H4514 | Evercare of Texas, LLC |
| H4456 | United HealthCare Plan of the River Valley, Inc. |
| H4522 | United HealthCare Insurance Company |
| H4590 | PacifiCare of Texas, Inc. |
| H4604 | United HealthCare of Utah |
| H4720 | United HealthCare Insurance Company of New York |
| H4837 | United HealthCare of Wisconsin |
| H4971 | United HealthCare Insurance Company |
| H5005 | PacifiCare of Washington, Inc. |
| H5008 | United HealthCare Insurance Company |
| H5253 | United HealthCare of Wisconsin, Inc |
| H5417 | United HealthCare Insurance Company |
| H5424 | United HealthCare Insurance Company |
| H5435 | PacifiCare Life & Health Insurance Company |
| H5440 | United HealthCare Insurance Company |
| H5507 | United HealthCare Insurance Company |
| H5516 | United HealthCare Insurance Company |
| H5532 | United HealthCare Insurance Company |
| H5678 | United HealthCare Insurance Company |
| H5697 | United HealthCare Insurance Company |
| H5749 | United HealthCare Insurance Company |
| H5754 | United HealthCare Insurance Company |
| H5918 | United HealthCare Insurance Company |
| H6228 | United HealthCare Insurance Company |
| H6793 | United HealthCare Insurance Company |
| H6952 | Great Lakes Health Plan, Inc. |
| H7187 | United HealthCare Insurance Company |
| H7949 | PacifiCare Of Nevada, Inc. |
| H8748 | United HealthCare Insurance Company |
| H9011 | United HealthCare of Florida Inc. |
| H9149 | United HealthCare Insurance Company |
| R3175 | United HealthCare Insurance Company |

U-07157

CONFIDENTIAL AND PROPRIETARY

MARA064760

Attachment 1
Page 3 of 2

| Contract | Contracting Party |
| --- | --- |
| R5287 | United HealthCare Insurance Company |
| R5342 | United HealthCare Insurance Company of New York |
| R5674 | Sierra Health and Life Insurance Company, Inc. |
| R7444 | United HealthCare Insurance Company |

U-07158

CONFIDENTIAL AND PROPRIETARY

MARA064761