# EXHIBIT 18

## ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION

Pursuant to the contracts between the Centers for Medicare & Medicaid Services (CMS) and the UnitedHealth Group affiliate listed in Attachment 1, hereafter referred to as the MA Organization, governing the operation of the Medicare Advantage and Medicare Advantage-Prescription Drug plans listed in Attachment 1, the MA Organization hereby requests payment under the contract and, in doing so, makes the following attestation concerning CMS payments to the MA Organization.* The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentations to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2010 to December 31, 2010 all risk adjustment data for 2010 dates of service available to the MA Organization as of December 31, 2010, with respect to the MA and MA-PD plans listed in Attachment 1. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in such report and not subsequently deleted prior to the date hereof is accurate, complete, and truthful.**

_[signature]_
NAME: Scott Theisen
TITLE: Chief Financial Officer,
UnitedHealthcare Medicare & Retirement
On behalf of the UnitedHealth Group
entities listed in Attachment 1

3-25-11
DATE

---

\* This Certification is based on facts reasonably available or made available to the MA Organization as of the date of this Certification and is not to be construed as a representation by the entities listed in Attachment 1, their affiliates, officers, representatives, or agents that the data to which the Certification relate may not require subsequent modification should additional information become available. Best knowledge, information, and belief means based on normal business practices. In addition, the scope of this Certification does not include risk adjustment data related to "long-term institutionalized" or "community," which the MA Organization is not required to report to or otherwise verify for CMS. Such designations are made by CMS based on a CMS data source and are subject to reconciliation by CMS in accordance with Section 91.4.2 of Chapter 7 of the Medicare Managed Care Manual. As previously communicated to CMS, we believe these designations are materially inaccurate. However, we acknowledge CMS' position that such designations are generally accurate.

\** The MA Organization is engaged in a review of its risk adjustment processes and submission system. This review has identified areas for improvement and we will likely need to delete certain risk adjustment data for 2010 dates of service. The MA organization will delete any risk adjustment data for 2010 dates of service determined through this review to have been inappropriately submitted.

U-09710

CONFIDENTIAL AND PROPRIETARY                                                MARA067023

Attachment 1
Page 1

| Contract Number | Legal Entity Name |
|---|---|
| H0151 | UNITEDHEALTHCARE OF ALABAMA, INC. |
| H0303 | PACIFICARE OF ARIZONA, INC |
| H0316 | UNITEDHEALTHCARE OF ARIZONA, INC. |
| H0319 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0401 | UNITEDHEALTHCARE OF ARKANSAS, INC. |
| H0408 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0410 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0543 | PACIFICARE OF CALIFORNIA |
| H0609 | PACIFICARE OF COLORADO, INC |
| H0620 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0624 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0710 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0752 | OXFORD HEALTH PLANS (CT), INC. |
| H0755 | OXFORD HEALTH PLANS (CT), INC. |
| H1080 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| H1108 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1111 | UNITEDHEALTHCARE OF GEORGIA, INC. |
| H1286 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1303 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1509 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1717 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1944 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2001 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2111 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2182 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2226 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2228 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2406 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2654 | UNITEDHEALTHCARE OF THE MIDWEST, INC. |

U-09711

CONFIDENTIAL AND PROPRIETARY
MARA067024

Attachment 1
Page 2

| | |
|---|---|
| H2802 | UNITEDHEALTHCARE OF THE MIDLANDS, INC. |
| H2803 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2905 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. |
| H2931 | HEALTH PLAN OF NEVADA, INC. |
| H2961 | HEALTH PLAN OF NEVADA, INC. |
| H3107 | OXFORD HEALTH PLANS (NJ), INC. |
| H3113 | OXFORD HEALTH PLANS (NJ), INC. |
| H3307 | OXFORD HEALTH PLANS (NY), INC. |
| H3379 | UNITEDHEALTHCARE OF NEW YORK, INC. |
| H3435 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3456 | UNITEDHEALTHCARE OF NORTH CAROLINA, INC. |
| H3659 | UNITEDHEALTHCARE OF OHIO, INC. |
| H3749 | PACIFICARE OF OKLAHOMA, INC. |
| H3805 | PACIFICARE OF OREGON, INC. |
| H3812 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3887 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3912 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3921 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4102 | UNITEDHEALTHCARE OF NEW ENGLAND, INC. |
| H4106 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4406 | UNITEDHEALTHCARE OF TENNESSEE, INC. |
| H4449 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. |
| H4456 | UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. |
| H4514 | EVERCARE OF TEXAS, LLC |
| H4522 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4590 | PACIFICARE OF TEXAS, INC. |
| H4604 | UNITEDHEALTHCARE OF UTAH, INC. |
| H4720 | UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK |
| H4779 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4971 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5005 | PACIFICARE OF WASHINGTON, INC. |
| H5008 | UNITEDHEALTHCARE INSURANCE COMPANY |

U-09712

380
EXHIBIT 18

CONFIDENTIAL AND PROPRIETARY

MARA067025

Attachment 1
Page 3

| | |
|---|---|
| H5253 | UNITEDHEALTHCARE OF WISCONSIN, INC |
| H5417 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5424 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5435 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5440 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5507 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5516 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5532 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5652 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5678 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5697 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5749 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5754 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5918 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H6228 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H6793 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H7187 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H7949 | PACIFICARE OF NEVADA, INC. |
| H8748 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H9011 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| H9149 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R3175 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5287 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5342 | UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK |
| R5674 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. |
| R7444 | UNITEDHEALTHCARE INSURANCE COMPANY |

U-09713

381
EXHIBIT 18

CONFIDENTIAL AND PROPRIETARY                                                                                                    MARA067026