# EXHIBIT 20

## ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION

Pursuant to the contracts between the Centers for Medicare & Medicaid Services (CMS) and the UnitedHealth Group affiliates listed in Attachment 1, hereafter referred to as the MA Organization, governing the operation of the Medicare Advantage and Medicare Advantage-Prescription Drug plans listed in Attachment 1, the MA Organization hereby requests payment under the contract and, in doing so, makes the following attestation concerning CMS payments to the MA Organization.* The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentations to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2011 to December 31, 2011, all risk adjustment data for 2011 dates of service available to the MA Organization as of January 31, 2013, with respect to the MA and MA-PD plans listed in Attachment 1. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in such report and not subsequently deleted prior to the date hereof is accurate, complete, and truthful.**

NAME: Scott Theisen
TITLE: Chief Financial Officer,
UnitedHealthcare Medicare & Retirement
On behalf of the UnitedHealth Group
entities listed in Attachment A

4-9-13
DATE

---

\* This Certification is based on facts reasonably available or made available to the MA Organization as of the date of this Certification and is not to be construed as a representation by the entities listed in Attachment 1, their affiliates, officers, representatives, or agents that the data to which the Certification relate may not require subsequent modification should additional information become available. Best knowledge, information, and belief means based on normal business practices.

\** The MA Organization is engaged in a review of its risk adjustment processes and submission system. This review has identified areas for improvement and, as a result, we will be deleting all risk adjustment data for 2011 dates of service that, to our knowledge, were inappropriately submitted.

Protected From Disclosure Under Federal Law.
Exempt from the Freedom of Information Act. See 5 U.S.C. §552(b).
Contains Confidential Commercial/Financial and Other Protected Information.

CONFIDENTIAL AND PROPRIETARY
FOIA EXEMPT

MARA2100775

| Contract Number | Legal Entity Name |
|---|---|
| | **Medicare & Retirement** |
| H0151 | UNITEDHEALTHCARE OF ALABAMA, INC. |
| H0303 | PACIFICARE OF ARIZONA, INC |
| H0316 | UNITEDHEALTHCARE OF ARIZONA, INC. |
| H0319 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0401 | UNITEDHEALTHCARE OF ARKANSAS, INC. |
| H0408 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0543 | PACIFICARE OF CALIFORNIA |
| H0609 | PACIFICARE OF COLORADO, INC |
| H0620 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0624 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0755 | OXFORD HEALTH PLANS (CT), INC. |
| H0710 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H0752 | OXFORD HEALTH PLANS (CT), INC. |
| H1080 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| H1108 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1111 | UNITEDHEALTHCARE OF GEORGIA, INC. |
| H1286 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1303 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1509 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1717 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H1944 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2001 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2111 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2182 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2226 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2228 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2406 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H2654 | UNITEDHEALTHCARE OF THE MIDWEST, INC. |
| H2802 | UNITEDHEALTHCARE OF THE MIDLANDS, INC. |
| H2803 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3107 | OXFORD HEALTH PLANS (NJ), INC. |
| H3113 | OXFORD HEALTH PLANS (NJ), INC. |
| H3209 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3307 | OXFORD HEALTH PLANS (NY), INC. |
| H3379 | UNITEDHEALTHCARE OF NEW YORK, INC. |
| H3456 | UNITEDHEALTHCARE OF NORTH CAROLINA, INC. |
| H3659 | UNITEDHEALTHCARE OF OHIO, INC. |
| H3749 | PACIFICARE OF OKLAHOMA, INC. |
| H3805 | PACIFICARE OF OREGON, INC. |
| H3812 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3887 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3912 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H3921 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4102 | UNITEDHEALTHCARE OF NEW ENGLAND, INC. |
| H4406 | UNITEDHEALTHCARE OF TENNESSEE, INC. |
| H4456 | UNITEDHEALTHCARE PLAN OF THE RIVER VALLEY, INC. |
| H4514 | EVERCARE OF TEXAS, LLC |
| H4522 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H4590 | PACIFICARE OF TEXAS, INC. |

CONFIDENTIAL AND PROPRIETARY
FOIA EXEMPT

MARA2100776

| | |
|---|---|
| H4604 | UNITEDHEALTHCARE OF UTAH, INC. |
| H4971 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5005 | PACIFICARE OF WASHINGTON, INC. |
| H5008 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5253 | UNITEDHEALTHCARE OF WISCONSIN, INC |
| H5417 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5424 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5435 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5440 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5507 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5516 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5532 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5652 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H5749 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H7187 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H7949 | PACIFICARE OF NEVADA, INC. |
| H8748 | UNITEDHEALTHCARE INSURANCE COMPANY |
| H9011 | UNITEDHEALTHCARE OF FLORIDA, INC. |
| R3175 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5287 | UNITEDHEALTHCARE INSURANCE COMPANY |
| R5342 | UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK |
| R7444 | UNITEDHEALTHCARE INSURANCE COMPANY |
| S5805 | UNITEDHEALTHCARE INSURANCE COMPANY OF NEW YORK |
| S5820 | UNITEDHEALTHCARE INSURANCE COMPANY |
| S5921 | UNITEDHEALTHCARE INSURANCE COMPANY |
| **Sierra** | |
| H2905 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. |
| H2931 | HEALTH PLAN OF NEVADA, INC. |
| R5674 | SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. |
| **PHC/Citrus** | |
| H5407 | CITRUS HEALTH CARE, INC. |
| H4527 | PHYSICIANS HEALTH CHOICE OF TEXAS LLC |
| **XL Health** | |
| H0084 | CARE IMPROVEMENT PLUS OF TEXAS INSURANCE COMPANY |
| H6528 | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. |
| H0294 | CARE IMPROVEMENT PLUS WISCONSIN INSURANCE COMPANY |
| R3444 | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO. |
| R9896 | CARE IMPROVEMENT PLUS SOUTH CENTRAL INSURANCE CO |
| H5665 | CARE IMPROVEMENT PLUS OF MARYLAND, INC |
| R6801 | CARE IMPROVEMENT PLUS OF TEXAS INSURANCE COMPANY |
| **Preferred Care** | |
| H1045 | PREFERRED CARE PARTNERS INC. |

CONFIDENTIAL AND PROPRIETARY
FOIA EXEMPT

MARA2100777



April 9, 2013

Ms. Marilyn Hunter
Centers for Medicare &Medicaid Services
7500 Security Blvd.
Mailstop C4-21-26
Baltimore, MD 21244

**Reference: 2011 Risk Adjustment Attestation**

Dear Ms. Hunter,

Please find the enclosed the signed 2011 Risk Adjustment Attestation for UnitedHealth Group Medicare business.

If you have any questions, I may be reached by telephone at 952-931-4654 or via email at sandra_k_rick@uhc.com.

Sincerely,

Sandy Rick
Senior Regulatory Affairs Analyst
PSMG Regulatory Affairs