# EXHIBIT 21

# Review and Certify Risk Adjustment Data Confirmation - Payment Year 2013 (Dates of Service 2012)

**Confirmation #:** 454

**ATTACHMENT B**

**ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION**

Pursuant to the contract(s) between the Centers for Medicare & Medicaid Services (CMS) and SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. (H2905), hereafter referred to as the MA Organization, governing the operation of the following Medicare Advantage and Medicare Advantage-Prescription Drug plans 001, the MA Organization hereby requests payment under the contract, and in doing so, makes the following attestation concerning CMS payments to the MA Organization. The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentation to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2012, to December 31, 2012, all risk adjustment data (INPATIENT HOSPITAL, OUTPATIENT HOSPITAL, AND PHYSICIAN) available to the MA Organization as of January 31, 2014, with respect to the above-stated MA and MA-PD plans. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in this report is accurate, complete, and truthful.

BRIAN THOMPSON on behalf of

SIERRA HEALTH AND LIFE INSURANCE COMPANY, INC. (H2905)

4/30/2014

CONFIDENTIAL AND PROPRIETARY
FOIA EXEMPT

392
EXHIBIT 21

MARA2157346