# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 16-08697-MWF (SSx)                    Date: December 28, 2017
                                                    Page 1 of 1

Title:   United States of America v. United Health Group, Inc., et al.

DOCKET ENTRY: **ORDER VACATING HEARING ON MOTION FOR EARLY DEPOSITION DISCOVERY (DKT. NO. 167)**

PRESENT:

**HONORABLE SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE**

| Mel Zavala | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS: (IN CHAMBERS)**

Defendants' Motion for Early Deposition Discovery was set for hearing on January 22, 2018. On December 27, 2017, Defendants filed a Notice of Withdrawal of the motion. Accordingly, the January 22, 2018 hearing date is VACATED and no appearance is necessary.

IT IS SO ORDERED.

MINUTES FORM                                                         00:00
CIVIL-GEN                                              Initials of Deputy Clerk  mz