CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-3995; Fax: (213) 894-7819
Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
PAUL PERKINS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0486; Fax: (202) 307-3852
Email: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney (Admitted PHV)
138 Delaware Avenue
Buffalo, New York 14201
Tel: (716) 843-5830; Fax: (716) 551-3052
Email: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,

Plaintiffs,

v.

UNITEDHEALTH GROUP, INC., *et al*.,

Defendants.

No. CV 16-08697 MWF (SSx)

UNITED STATES' NOTICE OF DECISION REGARDING AMENDMENT OF COMPLAINT AND REQUEST FOR A SCHEDULING CONFERENCE

On February 12, 2018, the Court filed an Order (Docket No. 212) granting in part with leave to amend and denying in part the motion of the Defendants UnitedHealth Group, Inc., *et al*., to dismiss the United States' Amended Complaint-in-Partial Intervention. The Order stated that the Government may file a Second Amended Complaint-in-Intervention on or before February 26, 2018. Order at 22.

The United States of America, by its attorneys, hereby notifies the Court and the parties that, after careful consideration, it has elected not to file a Second Amended Complaint-in-Intervention in this action.

Pursuant to Rules 16(b) and 26(f), Fed. R. Civ. P., the United States respectfully requests that the Court promptly set a Scheduling Conference and issue a Scheduling Order in this action. On December 22, 2017, the parties filed their Joint Rule 26(f) Report (Docket No. 191), setting forth their respective positions regarding the timing and sequence of discovery and other issues affecting this action.

Dated: February 26, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
DAVID K. BARRETT
DAVID M. HARRIS
Assistant United States Attorneys

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
PAUL PERKINS
Civil Division, Department of Justice

JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney

/S/ John E. Lee

JOHN E. LEE
Assistant United States Attorney
Attornevs for the United States of America