CHAD A. READLER
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
   300 N. Los Angeles Street, Room 7516
   Los Angeles, California 90012
   Tel: (213) 894-3995; Fax: (213) 894-7819
   Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
PAUL PERKINS
Attorneys, Civil Division
United States Department of Justice
   P.O. Box 261, Ben Franklin Station
   Washington, D.C. 20044
   Tel: (202) 307-0486; Fax: (202) 307-3852
   Email: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney (Admitted PHV)
   138 Delaware Avenue
   Buffalo, New York 14201
   Tel: (716) 843-5830; Fax: (716) 551-3052
   Email: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>UNITED STATES' AND RELATOR POEHLING'S JOINT NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: July 30, 2018<br>Time: 10:00 a.m.<br>Court: 5A. Hon. Michael W. Fitzgerald |

Additional Attorneys (continued from previous page):

ERIC R. HAVIAN (CBN 102295)
    ehavian@constantinecannon.com
HARRY LITMAN (CBN 127202)
    hlitman@constantinecannon.com
JESSICA T. MOORE (CBN 183431)
    jmoore@constantinecannon.com
HENRY C. SU (CBN 211202)
    hsu@constantinecannon.com
Constantine Cannon LLP
150 California Street, Suite 1600
San Francisco, CA 94111
Tel: (415) 639-4001
Facsimile: (415) 639-4002

STEPHEN HASEGAWA (CBN 198472)
    shasegawa@phillipsandcohen.com
Phillips & Cohen LLP
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Tel: (415) 836-9000
Facsimile: (415) 836-9001

WILLIAM CHRISTOPHER CARMODY (*pro hac vice*)
    wcarmody@susmangodfrey.com
ARUN SUBRAMANIAN (*pro hac vice*)
    asubramanian@susmangodfrey.com
GENG CHEN (*pro hac vice*)
    gchen@susmangodfrey.com
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019-6023
Tel: (212) 336-8330
Facsimile: (212) 336-8340

MENG XI (CBN 280099)
    mxi@susmangodfrey.com
CATRIONA LAVERY (CBN 310546)
    clavery@susmangodfrey.com
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (310) 789-3100
Facsimile: (310) 789-3100

Attorneys for Relator Benjamin Poehling

PLEASE TAKE NOTICE that, on July 30, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Michael W. Fitzgerald, United States District Judge, Courtroom 5A, United States Courthouse, 350 West First Street, Los Angeles, California 90012, the United States of America and relator Benjamin Poehling will and hereby do move for an order granting partial summary judgment in favor of the United States and relator Poehling on the legal issue of whether the United Defendants were required to delete diagnosis codes that they knew (as that term is used in the False Claims Act) were unsupported by their beneficiaries' medical records.

This motion is and will be made pursuant to Rule 56(a), Fed. R. Civ. P., and L.R. 56-1 on the grounds that there is no genuine dispute as to any fact material to this issue and that the United States and relator Poehling are therefore entitled to partial judgment as a matter of law.

This motion is based upon the accompanying Memorandum of Points and Authorities, Declaration of Cheri Rice, Request for Judicial Notice, Exhibits, [proposed] Statement of Uncontroverted Facts and Conclusions of Law, [proposed] Order, the pleadings and other papers on file herein, and such evidence and argument as may be presented in connection with the hearing of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 14, 2017 and May 9, 2018.

Respectfully submitted,

Dated: May 22, 2018

CHAD A. READLER
Acting Assistant Attorney General
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
Assistant United States Attorneys

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
PAUL PERKINS
Civil Division, Department of Justice

JAMES P. KENNEDY, JR.
Acting United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney

/S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorney
Attorneys for the United States of America

Dated: May 22, 2018

ERIC R. HAVIAN
HARRY LITMAN
JESSICA MOORE
Constantine Cannon LLP

STEVE HASEGAWA
Phillips & Cohen LLP

WILLIAM CHRISTOPHER CARMODY
ARUN SUBRAMANIAN
MATTHEW R. BERRY
JOHN P. LAHAD
MENG XI
Susman Godfrey LLP

/S/ Henry C. Su
_____
HENRY C. SU
Attorneys for Relator Benjamin Poehling

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Attestation</u>

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: May 22, 2018

/S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorney