JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
ADAM R. TAROSKY
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney (Admitted PHV)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>NOTICE OF AMENDED OPINION BY THE NINTH CIRCUIT; EXHIBIT<br><br>Date: September 17, 2018<br>Time: 10:00 a.m.<br>Court: 5A, Hon. Michael W. Fitzgerald |

PLEASE TAKE NOTICE that, on September 11, 2018, the Ninth Circuit filed its Amended Opinion in *United States ex rel. Silingo v. Wellpoint, Inc.*, ___ F.3d ___, 2018 WL 4403407 (9th Cir. Sept. 11, 2018), a true and correct copy of which is attached hereto as an Exhibit. In *Silingo,* the Ninth Circuit considered a Medicare Advantage Organization's legal obligations with respect to accurate diagnosis coding and the materiality of codes with respect to risk-adjusted payments under Medicare Part C. Plaintiffs cited the Ninth Circuit's initial July 9, 2018 *Silingo* opinion, 895 F.3d 619, in the following briefs:

- United States and Relator Poehling's Reply Mem. of P.&A. in Supp. of Joint Mot. for Partial Summ. J. (Dkt. 272), at 2, 4-7, 11, 43;
- Plaintiffs' Mem. P.&A. in Supp. of Joint Mot. Pursuant to Rule 16(b)(3) for Issuance of a Scheduling Order (Dkt. 261), at 7, 8, 9, 10; and
- Plaintiffs' Reply Mem. in Supp. of Mot. Pursuant to Rule 16(b)(3) for Scheduling Order Modifying Discovery (Dkt. 278), at 1, 9, 14.

Plaintiffs note that the Ninth Circuit's Amended Opinion does not materially modify the original decision and the portions of the opinion that Plaintiffs quoted remain unchanged.

| | |
|---|---|
| Dated:  September 18, 2018 | Respectfully submitted, |
| | JOSEPH H. HUNT<br>Assistant Attorney General, Civil Division<br>NICOLA T. HANNA<br>United States Attorney<br>DAVID M. HARRIS<br>DAVID K. BARRETT<br>ABRAHAM C. MELTZER<br>Assistant United States Attorneys |
| | MICHAEL D. GRANSTON<br>DANIEL R. ANDERSON<br>EDWARD C. CROOKE<br>CAROL L. WALLACK<br>JUSTIN DRAYCOTT<br>PAUL G. FREEBORNE<br>JESSICA KRIEG<br>ZOILA E. HINSON<br>AMY L. LIKOFF<br>ADAM R. TAROSKY<br>Civil Division, Department of Justice |
| | JAMES P. KENNEDY, JR.<br>United States Attorney<br>KATHLEEN ANN LYNCH<br>Assistant United States Attorney |
| | /S/ John E. Lee |
| | _____<br>JOHN E. LEE, Assistant U.S. Attorney<br>Attorneys for the United States of America |