# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF(S)<br><br>v.<br><br>UnitedHealth Group Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 16-8697 MWF (SSx)<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 09/28/2018 | 290 | Application to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by  October 12, 2018.  .
☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated:  October 2, 2018          By:  Rita Sanchez/sjm
                                        Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge