JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
ADAM R. TAROSKY
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email:  carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney (Admitted PHV)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>UNITED STATES' *EX PARTE* APPLICATION FOR A TEMPORARY STAY OF MOTION TO COMPEL DISCOVERY PENDING ISSUANCE OF RULINGS |

Pursuant to Local Rule 7-19, the United States of America hereby respectfully applies *ex parte* for an order temporarily staying the briefing and consideration of the United Defendants'[1] Motion to Compel the United States to Produce Documents pending this Court's issuance of rulings on the United States' and relator Poehling's motions heard on September 17, 2018. (*See* Dkt. Nos. 234, 235, 236, and 261.)

A memorandum of points and authorities and a declaration in support of this application and a proposed order are submitted herewith.

Pursuant to Local Rule 7-19, counsel for United were advised of this application. Counsel for United stated that United opposed this application and would file an opposition. *See* Declaration of John E. Lee ("Lee Decl."), ¶¶ 6-7.

Dated: October 3, 2018          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
Assistant United States Attorneys

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
ADAM R. TAROSKY
Civil Division, Department of Justice

JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney

/S/ John E. Lee

———————————————
JOHN E. LEE, Assistant U.S. Attorney
Attorneys for the United States of America

---

[1] "United" or "United Defendants" is used to refer to all defendants in this action.