LATHAM & WATKINS LLP
   David J. Schindler (Bar No. 130490)
     *david.schindler@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
   Daniel Meron (appearing *pro hac vice*)
     *daniel.meron@lw.com*
   Kathryn H. Ruemmler (appearing *pro hac vice*)
     *kathryn.ruemmler@lw.com*
   Abid R. Qureshi (appearing *pro hac vice*)
     *abid.qureshi@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for United Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-08697-MWF(SSx)<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]<br><br>**DECLARATION OF DAVID J. SCHINDLER IN SUPPORT OF UNITED'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE DOCUMENTS**<br><br>[*Notice of Motion, Joint Stipulation and [Proposed] Order filed concurrently herewith*]<br><br>Date: December 11, 2018<br>Time: 10:00 a.m.<br>Courtroom: 590<br>Judge: Hon. Suzanne H. Segal<br><br>Discovery Cutoff: TDB<br>Pre-Trial Conference: TDB<br>Trial: TDB |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF DAVID J. SCHINDLER
ISO UNITED'S MOTION TO COMPEL THE UNITED
STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)

## DECLARATION OF DAVID J. SCHINDLER

I, David J. Schindler, hereby declare as follows:

1. I am a partner at Latham & Watkins LLP, the law firm which represents Defendant UnitedHealth Group Incorporated and its affiliated entities named as Defendants in this action (collectively, "United"). I submit this Declaration in support of United's Motion to Compel the United States to Produce Documents. I have personal knowledge, information, or belief of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the United States' first privilege log, dated March 30, 2018, which was produced during the course of this litigation.

3. Attached as **Exhibit 2** is a true and correct copy of the United States' second privilege log, dated May 4, 2018, which was produced during the course of this litigation.

4. Attached as **Exhibit 3** is a true and correct copy of the United States' third privilege log, dated June 1, 2018 and revised August 27, 2018, which was produced during the course of this litigation.

5. Attached as **Exhibit 4** is a true and correct copy of the United States' fourth privilege log, dated June 29, 2018 and revised August 27, 2018, which was produced during the course of this litigation.

6. Attached as **Exhibit 5** is a true and correct copy of the United States' fifth privilege log, dated August 20, 2018 and revised August 27, 2018, which was produced during the course of this litigation.

7. Attached as **Exhibit 6** is a true and correct copy of the United States' sixth privilege log, dated August 24, 2018 and revised August 27, 2018, which was produced during the course of this litigation.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF DAVID J. SCHINDLER
ISO UNITED'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)

Case 2:16-cv-08697-FMO-SS   Document 310-1   Filed 11/09/18   Page 3 of 6   Page ID #:7872

8. Attached as **Exhibit 7** is a true and correct copy of the United States' seventh privilege log, dated September 26, 2018, which was produced during the course of this litigation.

9. Attached as **Exhibit 8** is a true and correct copy of a June 15, 2018 letter from David W. Rowe of Latham & Watkins LLP to Paul Perkins of the Department of Justice.

10. Attached as **Exhibit 9** is a true and correct copy of a June 29, 2018 letter from Justin Draycott of the Department of Justice to David W. Rowe of Latham & Watkins LLP.

11. Attached as **Exhibit 10** is a true and correct copy of a transcript excerpt from an August 16, 2018 telephonic discovery conference before the Honorable Suzanne H. Segal in this litigation.

12. Attached as **Exhibit 11** is a true and correct copy of an August 2, 2018 letter from David W. Rowe of Latham & Watkins LLP to Paul G. Freeborne of the Department of Justice.

13. Attached as **Exhibit 12** is a true and correct copy of an August 9, 2018 letter from David W. Rowe of Latham & Watkins LLP to Paul G. Freeborne of the Department of Justice.

14. Attached as **Exhibit 13** is a true and correct copy of an August 20, 2018 letter from Paul G. Freeborne of the Department of Justice to David J. Schindler of Latham & Watkins LLP.

15. Attached as **Exhibit 14** is a true and correct copy of email correspondence between David J. Schindler of Latham & Watkins LLP and Paul G. Freeborne and Amy L. Likoff of the Department of Justice dated August 21 to September 28, 2018.

ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF DAVID J. SCHINDLER
ISO UNITED'S MOTION TO COMPEL THE UNITED
STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)

16. Attached as **Exhibit 15** is a true and correct copy of a transcript excerpt from a September 17, 2018 hearing before the Honorable Michael Fitzgerald in this litigation.

17. Attached as **Exhibit 16** is a true and correct copy of a transcript excerpt from a December 18, 2017 telephonic discovery conference before the Honorable Suzanne H. Segal in this litigation.

18. Attached as **Exhibit 17** is a true and correct copy of United's Opposition to Plaintiffs' Joint Motion Pursuant to Rule 16(b)(3) for Issuance of Scheduling Order Modifying Extent of Discovery filed August 27, 2018 (Dkt. 274), during the course of this litigation.

19. Attached as **Exhibit 18** is a true and correct copy of a memorandum opinion in *UnitedHealthcare Insurance Co. v. Azar*, No. 1:16-cv-00157-RMC (D.D.C. Sept. 7, 2018) (Dkt. 74) (granting United's Motion for Summary Judgment and denying United States' Cross-Motion for Summary Judgment).

20. Attached as **Exhibit 19** is a true and correct copy of United's Opposition to Plaintiffs' Motion for Partial Summary Judgment, filed July 23, 2018 (Dkt. 250) in this litigation.

21. Attached as **Exhibit 20** is a true and correct copy of a transcript excerpt from a July 12, 2018 telephonic discovery conference before the Honorable Suzanne H. Segal in this litigation.

22. Attached as **Exhibit 21** is a true and correct copy of a slideshow entitled Model Calibration Factor, authored by Jennifer Harlow, Lateefah Hughes and Jonathan Smith, which I understand was first produced by CMS pursuant to Freedom of Information Act ("FOIA") request 05240137007 and is Bates labeled CMS0005881-CMS0005891. This document was marked as Exhibit 1004 at the February 28, 2018 deposition of Marilyn Tavenner in this litigation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4   DECLARATION OF DAVID J. SCHINDLER ISO UNITED'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)

23. Attached as **Exhibit 22** is a true and correct copy of a document entitled "Agenda," which I understand was first produced by CMS pursuant to FOIA request 05240137007 and is Bates labeled CMS0006198-CMS0006203. This document was marked as Exhibit 1019 at the May 16, 2018 deposition of Jeffrey Grant in this litigation.

24. Attached as **Exhibit 23** is a true and correct copy of transcript excerpts from the deposition of Marilyn B. Tavenner, taken on February 28, 2018, during the course of this litigation.

25. Attached as **Exhibit 24** is a true and correct copy of transcript excerpts from the deposition of Jeffrey Grant, taken on May 16, 2018, during the course of this litigation.

26. Attached as **Exhibit 25** is a true and correct copy of a memorandum opinion in *UnitedHealthcare Insurance Co. v. Azar*, No. 1:16-cv-00157-RMC (D.D.C. Aug. 1, 2018) (Dkt. 68) (granting United's Motion to Supplement the Administrative Record).

27. Attached as **Exhibit 26** is a true and correct copy of United's Opposition to Plaintiffs' Motion to Strike Affirmative Defenses, filed July 23, 2018 (Dkt. 248) in this litigation.

28. Attached as **Exhibit 27** is a true and correct copy of the Stipulated Protective Order Governing the Treatment of Protected Information so ordered by the Honorable Suzanne H. Segal on January 16, 2018 (Dkt. 197), during the course of this litigation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DECLARATION OF DAVID J. SCHINDLER
ISO UNITED'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: November 9, 2018, at Los Angeles, California.

By: /s/ David J. Schindler
David J. Schindler

Attorneys for Defendant
United Defendants

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

DECLARATION OF DAVID J. SCHINDLER
ISO UNITED'S MOTION TO COMPEL THE UNITED STATES TO PRODUCE DOCUMENTS
Case No. 2:16-cv-08697-MWF(SSx)