JOSEPH H. HUNT
Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
EDWARD C. CROOKE
CAROL L. WALLACK
JUSTIN DRAYCOTT
PAUL G. FREEBORNE
JESSICA KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
ADAM R. TAROSKY
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: carol.wallack@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
KATHLEEN ANN LYNCH
Assistant United States Attorney (Admitted PHV)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: kathleen.lynch@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 MWF (SSx)<br><br>DECLARATION OF JOHN E. LEE IN SUPPORT OF UNITED STATES' PORTION OF JOINT DISCOVERY STIPULATION; EXHIBITS |

## DECLARATION OF JOHN E. LEE

I, John E. Lee, declare:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Central District of California. Along with Department of Justice Trial Attorneys who are assigned to this matter, I have been assigned to represent the United States in the above-captioned action. I have personal knowledge of the matters set forth herein or such matters have been provided to me by persons with personal knowledge. If called to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the United States' consolidated Privilege Logs One through Seven, served in this action on November 6, 2018, which reflect certain updates to the privilege logs made as a result of the reviews described in the United States' portion of the joint discovery stipulation.

3. Attached hereto as Exhibit B is a true and correct copy of the United States' list of documents that, upon review, have been removed from the United States' Privilege Logs One through Seven. These documents were removed because they had been inadvertently marked as being responsive during the initial, broad scale document review, when in fact they were not responsive to the document requests in this case. These documents are not being produced because they are subject to a privilege or protection, including the Deliberative Process Privilege, the Attorney-Client Privilege, the Work Product Protection, and the Law Enforcement Privilege. If requested, the United States will provide copies of these documents to the Court for *in camera* review.

4. Attached hereto as Exhibit C for the Court's convenience, is a true and correct copy of an Order filed on June 29, 2007 in *United States ex rel. Wright v. Agip*, No. 03-CV-00264 (E.D. Tex.), as available on PACER, Dkt. No. 1149.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 6, 2018, at Los Angeles, California.

_____
JOHN E. LEE