1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA *ex rel.*
BENJAMIN POEHLING,

Plaintiff,

v.

UNITEDHEALTH GROUP, INC. *et al.*,

Defendants.

CASE NO. 2:16-cv-08697-MWF(SSx)

[Discovery Document: Referred to
Magistrate Judge Suzanne H. Segal]

**[PROPOSED] ORDER
REGARDING UNITED'S MOTION
TO COMPEL THE UNITED
STATES TO PRODUCE
DOCUMENTS**

1    Pursuant to the motion to compel filed by United on November 9, 2018, and

2  upon good cause appearing therefrom, it is **HEREBY ORDERED** that the United

3  States shall:

4         (1)    produce all documents being withheld solely on the basis of the

5                deliberative process privilege no later than _____.

6

7

8  Date:   _____          _____

9                                             Hon. Suzanne H. Segal
                                              United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28