FILED
CLERK, U.S. DISTRICT COURT

November 26, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CSI___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-08697-MWF(SSx)<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF PAGE AND TIME LIMITATIONS REGARDING SUPPLEMENTAL MEMORANDA TO UNITED'S MOTION TO COMPEL |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING EXTENSION
OF PAGE AND TIME LIMITATIONS
Case No. 2:16-cv-08697-MWF(SSx)

1   Upon stipulation of the parties, IT IS HEREBY ORDERED as follows:

2   The parties may each file Supplemental Memoranda of Law concerning the
3   parties' Joint Stipulation Regarding United's Motion to Compel the United States
4   to Produce Documents not exceeding fifteen (15) pages on or before November 30,
5   2018.

6   IT IS SO ORDERED.

9   Dated: November 26, 2018                        / S /
10                                              Honorable Suzanne H. Segal
11                                              United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING EXTENSION
OF PAGE AND TIME LIMITATIONS
Case No. 2:16-cv-08697-MWF(SSx)