# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 16-8697 MWF (SSx) |
| v. UNITED HEALTH GROUP, INC., et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*: 28 U.S.C. § 455(b)(4).

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- ☐ within 120 days of the Court being assigned said case.
- ☑ after 120 days of the Court being assigned said case.

May 31, 2019
Date

*[signature]*
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Fernando M. Olguin___. On all documents subsequently filed in this case, please substitute the initials ___FMO___ after the case number in place of the initials of the prior judge so that the case number will read: ___2:16-cv-08697 FMO(SSx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge  ☐ Statistics Clerk

CV-52 (03/19)     ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03