# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BENJAMIN POEHLING,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED HEALTH GROUP, INC., et al.,<br><br>　　　　　Defendants. | Case No. CV 16-8697 FMO (SSx)<br><br>**ORDER RE: PENDING MOTIONS** |

Having reviewed and considered all the briefing filed with respect to plaintiff United States' Motion for Review of Discovery Order ("Motion"), IT IS ORDERED that the Motion **(Document No. 334)** is **denied**. The Magistrate Judge's Memorandum Decision and Order of December 14, 2018, (Dkt. 324, "Court's Order of December 14, 2018"), is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72. The United States shall provide responsive documents to all the discovery requests encompassed by the Court's Order of December 14, 2018, no later than **June 20, 2019**, or at such other date as may be set by the Magistrate Judge. Failure to comply with this Order or any order issued by the Magistrate Judge shall result in the imposition of sanctions.

IT IS FURTHER ORDERED that the Joint Motion for Issuance of Scheduling Order **(Document No. 261)** is **denied as moot** pursuant to the Case Management and Scheduling Order issued on June 5, 2019.

Dated this 6th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge