JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
JOHN E. LEE (CBN 128696)
JACK D. ROSS (CBN 265883)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>    Defendants. | No. CV 16-08697 FMO<br><br>STATUS REPORT REGARDING SETTLEMENT PROCEEDING |

1  In accordance with the Scheduling and Case Management Order Re: Jury Trial
2  (Dkt. 364), the parties hereby submit the following status update regarding settlement.
3  On September 24, 2020, the parties met for mediation with retired U.S. District
4  Court Judge Gary A. Feess of Phillips ADR Enterprises.  The parties did not reach a
5  settlement in this matter.

Dated:  September 25, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
DAVID K. BARRETT
ABRAHAM C. MELTZER
JACK D. ROSS
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
Civil Division, Department of Justice

JAMES P. KENNEDY, JR.
United States Attorney

/S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorney
Attorneys for the United States of America

| | |
|---|---|
| Dated:  September 25, 2020 | ERIC R. HAVIAN<br>HARRY LITMAN<br>JESSICA MOORE<br>Constantine Cannon LLP<br><br>STEVE HASEGAWA<br>Phillips & Cohen LLP<br><br>WILLIAM CHRISTOPHER CARMODY<br>ARUN SUBRAMANIAN<br>WILLIAM R.H. MERRILL<br>CHANLER A. LANGHAM<br>GENG CHEN<br>CATRIONA LAVERY<br>Susman Godfrey LLP<br><br>/S/ Henry C. Su<br>_____<br>HENRY C. SU<br>Attorneys for Relator Benjamin Poehling |
| Dated:  September 25, 2020 | DAVID J. SCHINDLER<br>DANIEL MERON<br>ABID R. QURESHI<br>Latham & Watkins LLP<br><br>/S/ David J. Schindler<br>_____<br>DAVID J. SCHINDLER<br>Attorneys for United Defendants |

<u>Attestation</u>

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 25, 2020

/S/ John E. Lee
_____
JOHN E. LEE
Assistant United States Attorney