DocuSign Envelope ID: DA39130B-0CE8-47EB-963C-78DEA2E246D0

```
FILED
CLERK, U.S. DISTRICT COURT

OCT 26 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: vdr          DEPUTY
```

1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General, Civil Division
2  NICOLA T. HANNA
   United States Attorney
3  DAVID M. HARRIS
   DAVID K. BARRETT
4  ABRAHAM C. MELTZER
   JOHN E. LEE (CBN 128696)
5  JACK D. ROSS (CBN 265883)
   Assistant United States Attorneys
6       300 N. Los Angeles Street, Room 7516
        Los Angeles, California 90012
7       Tel: (213) 894-3995; Fax: (213) 894-7819
        Email: john.lee2@usdoj.gov
8  JAMIE YAVELBERG
   ROBERT McAULIFFE
9  EDWARD CROOKE
   LINDA McMAHON
10 JESSICA E. KRIEG
   ZOILA E. HINSON
11 AMY L. LIKOFF
   GREGORY A. MASON
12 MARTHA N. GLOVER
   Attorneys, Civil Division
13 U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
14      Washington, D.C. 20044
        Tel: (202) 307-0486; Fax: (202) 307-3852
15      E-mail: robert.mcauliffe@usdoj.gov
   JAMES P. KENNEDY, JR.
16 United States Attorney
        138 Delaware Avenue
17      Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
18 Attorneys for the United States of America

19                 UNITED STATES DISTRICT COURT

20           FOR THE CENTRAL DISTRICT OF CALIFORNIA

21                      WESTERN DIVISION

22 UNITED STATES OF AMERICA *ex*          No. CV 16-08697 FMO
   *rel.* BENJAMIN POEHLING,
23                                        REVISED ORDER REGARDING
              Plaintiffs,                 PRODUCTION OF MATERIALS
24                                        PURSUANT TO TRADE SECRETS ACT
              v.
25
   UNITEDHEALTH GROUP, INC, *et al.*,     [Discovery Document: Referred to
26                                        Special Master Suzanne H. Segal]
              Defendants.
27

28

Upon agreement of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The United States is authorized to produce, in response to appropriate discovery requests, responsive materials that include information related to particular Medicare Advantage Plans that the United States believes may contain confidential business or other protected information whose disclosure may be governed by the Trade Secrets Act, 18 U.S.C. § 1905. Such materials shall be designated either as Attorneys' Eyes Only or Outside Counsel Only, as appropriate, in accordance with the Revised Stipulated Protective Order Governing the Treatment of Protected Information (ECF No. 402) and the production and treatment of those materials shall be governed by the Protective Order.

2. This Order shall be deemed sufficient "authoriz[ation] by law" in accordance with 18 U.S.C. § 1905.

DocuSign Envelope ID: DA39130B-0CE8-47EB-963C-78DEA2E246D0

DocuSign Envelope ID: DA39130B-0CE8-47EB-963C-78DEA2E246D0

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 22, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General, Civil Division
NICOLA T. HANNA
United States Attorney
DAVID K. BARRETT
DAVID M. HARRIS
ABRAHAM C. MELTZER
JACK D. ROSS
Assistant United States Attorneys

JAMIE YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
ZOILA E. HINSON
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
Attorneys, Civil Division
United States Department of Justice

JAMES P. KENNEDY, JR.
United States Attorney

/S/ John E. Lee

---

JOHN E. LEE
Assistant United States Attorney
Attorneys for the United States of America

Dated: October 22, 2020

ERIC HAVIAN
HARRY LITMAN
ANNE HARTMAN
JESSICA T. MOORE
HENRY C. SU
Constantine Cannon LLP

STEVE HASEGAWA
Phillips & Cohen, LLP

WILLIAM CHRISTOPHER CARMODY
ARUN SUBRAMANIAN
MATTHEW R. BERRY
JOHN P. LAHAD
Susman Godfrey LLP

/S/ Henry C. Su

---

HENRY C. SU
Attorneys for Relator Benjamin Poehling

Dated: October 22, 2020

DAVID J. SCHINDLER
DANIEL MERON
ABID R. QURESHI
Latham & Watkins LLP

/S/ David J. Schindler

---

DAVID J. SCHINDLER
Attorneys for Defendants UnitedHealth Group, Inc.; United Healthcare Services, Inc.; United Healthcare, Inc.; UnitedHealthcare Insurance Company; UHIC Holdings, Inc.; Ovations, Inc.; Optum, Inc.; and OptumInsight, Inc.

Attestation

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 22, 2020        /S/ John E. Lee

---

JOHN E. LEE
Assistant United States Attorney

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 10/23/2020

*Hon. Suzanne Segal (Ret.)*

---

SUZANNE H. SEGAL
Special Master

# **PROOF OF SERVICE**

RE: United States ex rel. Poehling v. United Health Group, Inc., et al.
Case ID: KEERX

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 633 West 5th Street, Suite 1000 Los Angeles, CA 90071

On October 23, 2020 I served the **REVISED ORDER REGARDING PRODUCTION OF MATERIALS PURSUANT TO TRADE SECRETS ACT** on the following parties. Placing a true copy to all parties as follows:

Jack D. Ross, Esq.
John E. Lee, Esq.
AUSA - OFFICE OF US ATTORNEY
300 North Los Angeles Street
Los Angeles, CA 90012
jack.ross@usdoj.gov
john.lee2@usdoj.gov

Amy L. Likoff, Esq.
Edward Crooke, Esq.
Gregory A. Mason, Esq.
Jessica Krieg, Esq.
Linda McMahon, Esq.
Martha Glover, Esq.
Robert McAuliffe, Esq.
Zoila E. Hinson, Esq.
US DEPARTMENT OF JUSTICE, LEGAL DIVISION
175 N Street NE
Washington, DC 20002
amy.l.likoff@usdoj.gov
edward.crooke@usdoj.gov
gregory.a.mason@usdoj.gov
jessica.e.krieg@usdoj.gov
linda.mcmahon2@usdoj.gov
martha.n.glover@usdoj.gov
robert.mcauliffe@usdoj.gov
zoila.e.hinson@usdoj.gov

Henry C. Su, Esq.
CONSTANTINE CANNON
1001 Pennsylvania Avenue NW
Suite 1300N
Washington, DC 20004
hsu@constantinecannon.com

William R. H. Merrill, Esq.
SUSMAN GODFREY
1000 Louisiana Street
Suite 5100
Houston, TX 77002
bmerrill@susmangodfrey.com

Stephen S. Hasegawa, Esq.
PHILLIPS & COHEN
100 The Embarcadero
Suite 300
San Francisco, CA 94105
ssh@pcsf.com

David Rowe, Esq.
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
david.rowe@lw.com

Kirstin Scheffler Do, Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
kirstin.schefflerdo@lw.com

Abid Qureshi, Esq.
Anne Robinson, Esq.
Daniel Meron, Esq.
Morgan Maddoux, Esq.
LATHAM & WATKINS LLP
555 Eleventh Street NW
Suite 1000
Washington, DC 20004
abid.qureshi@lw.com
anne.robinson@lw.com
daniel.meron@lw.com
morgan.maddoux@lw.com

DocuSign Envelope ID: DA39130B-0CE8-47EB-963C-78DEA2E246D0

David Schindler, Esq.
LATHAM & WATKINS LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
david.schindler@lw.com

| | | |
|---|---|---|
| ( ) | BY U.S. MAIL: | I caused such envelope(s), with postage fully prepaid, to be placed in the U.S. Mail at Los Angeles, California. |
| ( ) | BY FACSIMILE: | I caused such document to be sent via facsimile to each person. |
| (X) | BY ELECTRONIC MAIL: | I caused such document to be sent via electronic mail to each person. |
| ( ) | BY PERSONAL SERVICE: | I caused such envelope to be delivered by hand to the office of the addressee. |
| (X) | STATE: | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ( ) | FEDERAL: | I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |

Executed on October 23, 2020 at Los Angeles, California.

*Alisa Martinez*
Alisa Martinez
Signature Resolution