**FILED**
CLERK, U.S. DISTRICT COURT

MARCH 22 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: __vdr__ DEPUTY

1  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General, Civil Division
2  TRACY L. WILKISON
   Acting United States Attorney
3  DAVID M. HARRIS
   ABRAHAM C. MELTZER
4  JOHN E. LEE (CBN 128696)
   JACK D. ROSS (CBN 265883)
5  Assistant United States Attorneys
        300 N. Los Angeles Street, Room 7516
6       Los Angeles, California 90012
        Tel: (213) 894-3995; Fax: (213) 894-7819
7       Email: john.lee2@usdoj.gov
   JAMIE A. YAVELBERG
8  ROBERT McAULIFFE
   EDWARD CROOKE
9  LINDA M. McMAHON
   JESSICA E. KRIEG
10 AMY L. LIKOFF
   GREGORY A. MASON
11 MARTHA N. GLOVER
   WENDY ZUPAC
12 Attorneys, Civil Division, U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
13      Washington, D.C. 20044
        Tel: (202) 307-0486; Fax: (202) 307-3852
14      Email: robert.mcauliffe@usdoj.gov
   JAMES P. KENNEDY, JR.
15 United States Attorney
   DAVID CORIELL
16 Assistant United States Attorney (Admitted PHV)
        138 Delaware Avenue
17      Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
18      Email: david.coriell@usdoj.gov

19 Attorneys for the United States of America

20              UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
21                      WESTERN DIVISION

22 | UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, | No. CV 16-08697 FMO |
|---|---|
23 | | RECOMMENDATION REGARDING THE PARTIES' JOINT REQUEST FOR A CONTINUANCE OF DISCOVERY CUT-OFF, PRETRIAL, AND TRIAL DATES |
24 | Plaintiffs, | |
25 | v. | |
26 | UNITEDHEALTH GROUP, INC., *et al.*, | |
27 | Defendants. | |
28

On February 25, 2021, Judge Suzanne Segal, serving as a Special Master, held a telephonic conference to discuss pending discovery issues with the parties. At the conclusion of the conference, the parties informed the Special Master that they were discussing the possibility of submitting a joint report seeking an extension of all pending dates. Upon conferring with the parties and reviewing their joint report, and good cause appearing, I HEREBY RECOMMEND that the scheduled dates in this case be modified as follows:

1. All fact discovery shall be completed no later than December 6, 2021.

2. All expert discovery shall be completed by September 12, 2022. The parties must serve their Initial Expert Witness Disclosure no later than April 25, 2022. Rebuttal Expert Witness Disclosure shall be served no later than July 25, 2022.

4. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than November 4, 2022. The hearing date on any such motion shall be December 8, 2022 at 10:00 a.m. Further deadlines with respect to such motions shall be as follows:

| | |
|---|---|
| A. Meet and confer deadline: | September 23, 2022 |
| B. Moving party's portion of joint brief due: | September 30, 2022 |
| C. Opposing party's portion of joint brief due: | October 31, 2022 |
| D. Moving party to finalize joint brief: | November 2, 2022 |
| E. Opposing party to sign and return brief: | November 3, 2022 |
| F. Supplemental brief due: | November 23, 2022 |

5. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than January 12, 2023.

6. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply

memoranda to motions in limine no later than January 23, 2023.

7. The final pretrial conference and hearing on motions in limine is scheduled for February 3, 2023, at 10:00 a.m.

8. The trial is scheduled to begin on Tuesday, February 21, 2023, at 9:00 a.m.

9. All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

IT IS SO RECOMMENDED.

Dated: 3/22/2021

Hon. Suzanne Segal (Ret.)
HON. SUZANNE H. SEGAL
Special Master