1   LATHAM & WATKINS LLP
        David J. Schindler (Bar No. 130490)
2       *david.schindler@lw.com*
    355 South Grand Avenue, Suite 100
3   Los Angeles, California 90071-1560
    Telephone: +1.213.485.1234
4   Facsimile: +1.213.891.8763

5   LATHAM & WATKINS LLP
        Daniel Meron (appearing *pro hac vice*)
6       *daniel.meron@lw.com*
        Abid R. Qureshi (appearing *pro hac vice*)
7       *abid.qureshi@lw.com*
    555 Eleventh Street, NW, Suite 1000
8   Telephone: +1.202.637.2200
    Facsimile: +1.202.637.2201

9
    Attorneys for United Defendants
10

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

15   UNITED STATES OF AMERICA *ex rel.*        CASE NO. 2:16-cv-08697-FMO(SSx)
     BENJAMIN POEHLING,
16                                             **NOTICE OF LODGING SPECIAL**
17                  Plaintiff,                 **MASTER'S AMENDED**
                                               **RECOMMENDATION**
18          v.
                                               *[Amended Recommendation and*
19   UNITEDHEALTH GROUP, INC. *et al.*,        *Proposed Orders filed concurrently*
                                               *herewith]*
20
                    Defendants.
21

22

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on October 12, 2021, Honorable Suzanne Segal (Ret.), Special Master in this Action, issued the attached Amended Recommendation Regarding the Parties' Proposed Resolution to UnitedHealth's Motion to Compel and Joint Request for a Continuance of Discovery Cut-Off, Pretrial, and Trial Dates (the "Amended Recommendation").  Special Master Segal instructed the Parties to file the Amended Recommendation with the Court.  A true and correct copy of the Amended Recommendation and referenced Proposed Orders are attached hereto.

Dated: October 13, 2021            Respectfully submitted,


By: **/s/** David J. Schindler
    David J. Schindler
    Daniel Meron
    Abid R. Qureshi
    LATHAM & WATKINS LLP
    Attorneys for United Defendants

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

NOTICE OF LODGING SPECIAL MASTER'S
AMENDED RECOMMENDATION
CASE NO. 2-16-CV-08697-FMO(SSx)