MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
TRACY L. WILKISON
Acting United States Attorney
ROSS M. CUFF
JOHN E. LEE (CBN 128696)
JACK D. ROSS (CBN 265883)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE A. YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA M. McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
JAMES P. KENNEDY, JR.
United States Attorney
DAVID CORIELL
Assistant United States Attorney (Admitted PHV)
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>    Defendants. | No. CV 16-08697 FMO<br><br>[PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A CONTINUANCE OF DISCOVERY CUT-OFF, PRETRIAL, AND TRIAL DATES |

Upon stipulation of the parties and the recommendation of the Special Master, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All fact discovery shall be completed no later than July 5, 2022.

2. All expert discovery shall be completed by April 12, 2023. The parties must serve their Initial Expert Witness Disclosure no later than November 22, 2022. Rebuttal Expert Witness Disclosure shall be served no later than February 24, 2023.

3. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than June 8, 2023. Further deadlines with respect to such motions shall be as follows:

    A. Meet and confer deadline:    April 21, 2023
    B. Moving party's portion of joint brief due:    April 28, 2023
    C. Opposing party's portion of joint brief due:    May 31, 2023
    D. Moving party to finalize joint brief:    June 2, 2023
    E. Opposing party to sign and return brief:    June 5, 2023
    F. Supplemental brief due:    June 22, 2023

4. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions *in limine* no later than August 11, 2023.

5. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional *voir dire* questions, if desired; and reply memoranda to motions *in limine* no later than August 25, 2023.

6. The final pretrial conference and hearing on motions *in limine* is scheduled for September 8, 2023, at 10:00 a.m.

7. The trial is scheduled to begin on Tuesday, September 26, 2023, at 9:00 a.m.

8.  All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

IT IS SO ORDERED.

Dated: _____          _____
                                   FERNANDO M. OLGUIN
                                   United States District Judge