MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JOHN E. LEE (CBN 128696)
JACK D. ROSS (CBN 265883)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al*.,<br><br>Defendants. | No. CV 16-08697 FMO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REVIEW OF SPECIAL MASTER'S ORDER DENYING MOTION TO COMPEL**<br><br>Hearing Date: July 28, 2022<br>Time: 10:00 a.m.<br>Courtroom: Hon. Fernando M. Olguin |

**NOTICE OF MOTION AND MOTION FOR REVIEW**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on July 28, 2022, at 10:00 a.m. or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Fernando M. Olguin, United States Courthouse, 350 W. First Street, Courtroom 6D, Los Angeles, California, , Plaintiff United States of America and *qui tam* Plaintiff/Relator Benjamin Poehling (collectively, "Plaintiffs") will and hereby do respectfully move this Court for review of the Special Master' Order Denying Plaintiffs' Motion to Compel Finding of Waiver of Attorney Client Privilege (Dkt. 499-1).

Plaintiffs' motion is made pursuant to Rule 53(f), Fed. R. Civ. P., and is based on this Notice of Motion and Motion for Review, the accompanying Memorandum of Points and Authorities; the Declaration of Gregory Mason; the motion, opposition, and reply papers and supporting exhibits presented to the Special Master (which are attached as an Appendix to the Declaration of Gregory Mason); all papers and pleadings on file in this action; and such evidence and argument as may be presented at or before the hearing on this matter.

Dated: June 3, 2022

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JOHN E. LEE
JACK D. ROSS
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Civil Division, Department of Justice

1

|  |  |
|---|---|
|  | TRINI E. ROSS<br>United States Attorney<br>DAVID CORIELL<br>Assistant United States Attorney |
|  | /S/ Gregory A. Mason |
|  | GREGORY A. MASON<br>Trial Attorney, Department of Justice |
|  | Attorneys for the United States of America |
| Dated: June 3, 2022 | ERIC R. HAVIAN<br>HARRY LITMAN<br>Constantine Cannon LLP |
|  | STEPHEN HASEGAWA<br>Phillips & Cohen LLP |
|  | WILLIAM CHRISTOPHER CARMODY<br>ARUN SUBRAMANIAN<br>WILLIAM R.H. MERRILL<br>CHANLER A. LANGHAM<br>GENG CHEN<br>Susman Godfrey LLP |
|  | /S/ Stephen Hasegawa |
|  | Attorneys for Relator Benjamin Poehling |

Attestation

I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated:  June 3, 2022

/S/ Gregory A. Mason

GREGORY A. MASON
Trial Attorney, Department of Justice