LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
david.schindler@lw.com
Manuel A. Abascal (Bar No. 171301)
manny.abascal@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
Daniel Meron (appearing *pro hac vice*)
daniel.meron@lw.com
Abid R. Qureshi (appearing *pro hac vice*)
abid.qureshi@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for UnitedHealth Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | CASE NO. CV 16-08697 FMO (SSx)<br><br>JOINT STIPULATION TO AMEND BRIEFING DATES ON PLAINTIFFS' MOTION FOR REVIEW OF SPECIAL MASTER'S ORDER DENYING MOTION TO COMPEL FINDING OF WAIVER OF PRIVILEGE<br><br>DATE: July 28, 2022<br>TIME: 10:00 a.m. PT<br>COURT: Hon. Fernando M. Olguin |

1  WHEREAS, on May 13, 2022, the Special Master in this case issued an Order Denying Plaintiffs' Motion to Compel Finding of Waiver of Attorney-Client Privilege;

WHEREAS, on May 20, 2022, the parties filed a Joint Stipulation Regarding Briefing and Hearing Dates on Plaintiffs' Motion for Review of Order Denying Motion to Compel (Dkt. 498) ("Stipulation") seeking to enlarge the standard briefing period, pursuant to which Plaintiffs would file their Motion for Review by June 3, 2022, Defendants would file their opposition to the Motion for Review by June 24, 2022, Plaintiffs would file their reply in support of the Motion for Review by July 8, 2022, and the hearing would be set for July 28, 2022 at 10:00 am;

WHEREAS, on May 23, 2022, the Court issued an Order Regarding Briefing and Hearing Dates on Plaintiffs' Motion for Review (Dkt. 500) ("Filing Deadline Order"), finding good cause and adopting the stipulated filing and hearing dates;

WHEREAS, on June 2, 2022, the parties filed a Joint Application for Sealing Order for Plaintiffs' Motion for Review (Dkt. 502, 503) ("Sealing Application"), seeking an order to file under seal documents that Defendants contended were highly confidential and commercially sensitive excerpts of the parties' briefing and exhibits on the Motion to Compel and of the parties' briefing and exhibits on the Motion for Review;

WHEREAS, on June 3, 2022, Plaintiffs filed with this Court a redacted version of their Memorandum of Points and Authorities in support of their Motion for Review and associated exhibits (Dkt. 505) ("Motion for Review");

WHEREAS, because the parties' Sealing Application was pending, Plaintiffs did not file with this Court or serve on Defendants an unredacted version of their Motion for Review on June 3, 2022, the date of the redacted filing;

WHEREAS, at Defendants' request, on June 6, 2022, Plaintiffs provided Defendants with an unredacted version of their Motion for Review;

WHEREAS, on June 9, 2022, the Court granted the Joint Application for Sealing Order (Dkt. 506);

WHEREAS, the parties respectfully submit that good cause exists to amend the dates set forth in the Filing Deadline Order for Defendants to file their opposition to the Motion for Review and for Plaintiffs to file their reply in support of the Motion for Review, in the interest of fairness and in recognition of the need for sufficient time to brief the issues and respond to the pleadings;

WHEREAS, the parties worked cooperatively to reach this stipulation and submit that the extension is warranted in light of the three days that passed between Plaintiffs filing their redacted Motion for Review and providing Defendants with an unredacted version;

WHEREAS, this stipulation shall not impact the July 28, 2022 hearing date ordered by the Court.

IT IS HEREBY STIPULATED by the parties as follows:

1. Defendants shall file their opposition by June 28, 2022.
2. Plaintiffs shall file their reply by July 14, 2022.
3. Hearing date shall remain July 28, 2022 at 10:00 a.m., unless otherwise ordered by the Court.

Dated:  June 14, 2022

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
MANUEL A. ABASCAL
DANIEL MERON
ABID R. QURESHI

| | |
|---|---|
| | By s/ David J. Schindler |
| | DAVID J. SCHINDLER |
| | |
| | Attorneys for Defendants |
| | |
| Dated: June 14, 2022 | JAMIE A. YAVELBERG |
| | ROBERT McAULIFFE |
| | EDWARD CROOKE |
| | LINDA M. McMAHON |
| | JESSICA E. KRIEG |
| | AMY L. LIKOFF |
| | GREGORY A. MASON |
| | MARTHA N. GLOVER |
| | WENDY ZUPAC |
| | Civil Division, Department of Justice |
| | |
| | MICHAEL D. GRANSTON |
| | Deputy Assistant Attorney General, Civil Division |
| | |
| | TRACY L. WILKISON |
| | Acting United States Attorney |
| | ROSS M. CUFF |
| | JACK D. ROSS |
| | Assistant United States Attorneys |
| | |
| | JAMES P. KENNEDY, JR. |
| | United States Attorney |
| | DAVID CORIELL |
| | Assistant United States Attorney |
| | |
| | s/ John E. Lee |
| | JOHN E. LEE |
| | Assistant United States Attorney |
| | |
| | Attorneys for the United States of America |
| | |
| Dated: June 14, 2022 | ERIC R. HAVIAN |
| | HARRY LITMAN |
| | Constantine Cannon LLP |

STEPHEN HASEGAWA
Phillips & Cohen LLP

WILLIAM CHRISTOPHER CARMODY
ARUN SUBRAMANIAN
WILLIAM R.H. MERRILL
CHANLER A. LANGHAM
GENG CHEN
Susman Godfrey LLP

s/ Anne Hayes Hartman
ANNE HAYES HARTMAN

Attorneys for Relator Benjamin Poehling

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 14, 2022

By s/ David J. Schindler
David J. Schindler
Attorneys for Defendants