MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 FMO<br><br>ORDER SETTING BRIEFING AND HEARING DATES ON UNITED STATES' AND RELATOR'S MOTION FOR REVIEW<br><br>[FILED CONCURRENTLY HEREWITH: (1) STIPULATION, (2) DECLARATION] |

Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The United States and the Relator shall file their Motion for Review of the Special Master's Order by October 28, 2022;
2. UnitedHealth shall file their opposition to the Motion for Review by November 10, 2022;
3. The United States and the Relator shall file their reply to UnitedHealth's opposition by November 17, 2022;
4. The hearing date on the Motion for Review shall be December 1, 2022 at 10:00 a.m., and
5. The parties shall comply with any sealing requirements set forth by Local Rule 79-5.

IT IS SO ORDERED.

Dated: October 17, 2022

/s/
FERNANDO M. OLGUIN
United States District Judge