MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS
JOHN E. LEE (CBN 128696)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-3995; Fax: (213) 894-7819
    Email: john.lee2@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 FMO (SSx)<br><br>ORDER REGARDING DISCOVERY ISSUES<br><br>[FILED OR LODGED CONCURRENTLY HEREWITH: (1) STIPULATION REGARDING DISCOVERY ISSUES, (2) RECOMMENDATION] |

Upon stipulation of the parties and the recommendation of the Special Master, and good cause appearing, IT IS HEREBY ORDERED as follows:

The proposal of the parties contained in the Stipulation Regarding Discovery Issues, as adopted and recommended by the Special Master, is approved by the Court. Following briefing and hearing and submission of further proposal(s) by the parties, the Special Master shall submit a further recommendation regarding the dates set forth in the Court's Order Granting the Parties' Joint Request for a Continuance of Discovery Cut-Off, Pretrial, and Trial Dates ("Order") (Dkt. 448). All other dates and terms set forth in the Order shall remain in effect unless and until otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: October 21, 2022

/s/
_____
FERNANDO M. OLGUIN
United States District Judge