MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 FMO<br><br>DECLARATION OF JESSICA E. KRIEG IN SUPPORT OF UNITED STATES' OPPOSITION TO MOTION TO COMPEL<br><br>DISCOVERY MATTER BEFORE SPECIAL MASTER SUZANNE H. SEGAL |

I, JESSICA E. KRIEG, hereby declare and state as follows:

1. I am a trial attorney at the Department of Justice, Civil Division, Commercial Litigation Branch, Fraud Section. I represent the United States in the above-captioned matter. I submit this declaration in support of the United States' Opposition to United's Motion to Compel. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Anne Hornsby dated May 25, 2023;

3. Attached as **Exhibit 2** is a true and correct copy of a document Bates-stamped USBP65879950 (previously marked as Deposition Exhibit 1206), which is a June 4, 2013 email from Anne Hornsby to Cheri Rice;

4. Attached as **Exhibit 3** is a true and correct copy of an email from Benjamin Montague dated May 31, 2023;

5. Attached as **Exhibit 4** is a true and correct copy of an email from Jessica Krieg dated June 2, 2023;

6. Attached as **Exhibit 5** is a true and correct copy of a document Bates-stamped USBP078048852, which is a June 4, 2013 memo authored by Anne Hornsby;

7. Attached as **Exhibit 6** is a true and correct copy of an email from Benjamin Montague dated June 13, 2023;

8. Attached as **Exhibit 7a** is a true and correct copy of an email and from Martha Glover dated April 11, 2022. Attached as **Exhibit 7b** is a true and correct copy of an excerpt of the excel attachment to the email from Martha Glover dated April 11, 2022;

9. Attached as **Exhibit 8** is a true and correct copy of an email from Martha Glover dated July 25, 2022, which reattaches Exhibit 7a;

10. Attached as **Exhibit 9** is an email from Christopher Rydberg dated June 23, 2023;

11. Attached as **Exhibit 10** is a true and correct copy of an excerpt from the deposition of Jon Bird dated June 23, 2023;

12. Attached as **Exhibit 11** is a true and correct copy of an email from Martha Glover dated June 26, 2023;

13. Attached as **Exhibit 12** is a true and correct copy of an email from Morgan Maddoux dated July 21, 2022;

14. Attached as **Exhibit 13** is a true and correct copy of an email from Christine Jordan dated December 3, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 7, 2023 at Bethesda, MD.

By:

/s/ Jessica E. Krieg

Jessica E. Krieg
Attorney for the United States