# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) | No. 16-08697 FMO |
| BENJAMIN POEHLING, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITEDHEALTH GROUP, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |


Videotaped Deposition of

United States' 30(b)(6) Designee 1

CONTAINS ATTORNEYS' EYES ONLY PORTIONS

At the Law Offices of Latham & Watkins

Thursday, May 25, 2023

10:24 a.m. Eastern



Page 199





Page 200





Page 201





Page 202





Page 203

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22



