# EXHIBIT 4

| | |
|---|---|
| **From:** | Krieg, Jessica E. (CIV) |
| **To:** | Benjamin Montague; Likoff, Amy L. (CIV) |
| **Cc:** | uhgpoehling.lwteam@lw.com; Mailing List - Poehling; Glover, Martha N. (CIV); uhg-relatorscounsel@lists.susmangodfrey.com; Sweeney, Jessica L. (CIV); Crooke, Edward (CIV); Mason, Gregory A. (CIV); McAuliffe, Robert (CIV); McMahon, Linda M (CIV); Zupac, Wendy Z. (CIV); Ross, Jack (USACAC) 4; Thomson, Hunter (USACAC) |
| **Subject:** | RE: U.S. ex rel. Poehling v. UHG - US Designee 1 |
| **Date:** | Friday, June 2, 2023 5:17:25 PM |

Ben:

We have reviewed the redacted portion of Exhibit 1206-1 (USBP076134076) and confirmed that it clearly reflects legal advice from the Office of General Counsel, as set forth in our privilege log.  This assertion of privilege is consistent with Dr. Hornsby's testimony.  *See* Hornsby 5/25/23 Rough Transcript 156: 8-11 ("Yes, I'm not going to answer because of concern speaking as Anne Hornsby that this somehow is linked to conversations with OGC and I cannot remember exactly but I do remember OGC"); 157:18-158:7 *(*"I'm just going to talk about what happens.  The way it works there is that it's very collaborative viral, people write drafts and share them, *there's counsel feedback* and editing so it is no accidents that I can't recall who provided me what edits and what and how much of it was the framework Jennifer provided.  I don't remember and as I said, you can read the bottom of page 2 and see how different that tex[t] is from what actually went into the proposal in the rule.  So that out to be an indication of how preliminary this little memo is that was just the beginnings of talking about it.") (emphasis added).

While we continue to assert privilege over this document, please note that we will be producing a less redacted copy of the exhibit next week.  We trust that this addresses your concerns.

Best,
Jessica

**From:** Benjamin Montague <benjamin.montague@bartlitbeck.com>
**Sent:** Wednesday, May 31, 2023 2:45 PM
**To:** Likoff, Amy L. (CIV) <Amy.L.Likoff@usdoj.gov>
**Cc:** uhgpoehling.lwteam@lw.com; Mailing List - Poehling <poehling@bartlitbeck.com>; Glover, Martha N. (CIV) <Martha.N.Glover@usdoj.gov>; uhg-relatorscounsel@lists.susmangodfrey.com; Sweeney, Jessica L. (CIV) <Jessica.L.Sweeney2@usdoj.gov>; Crooke, Edward (CIV) <Edward.Crooke@usdoj.gov>; Krieg, Jessica E. (CIV) <Jessica.E.Krieg@usdoj.gov>; Mason, Gregory A. (CIV) <Gregory.A.Mason@usdoj.gov>; McAuliffe, Robert (CIV) <Robert.McAuliffe@usdoj.gov>; McMahon, Linda M (CIV) <Linda.McMahon2@usdoj.gov>; Zupac, Wendy Z. (CIV) <Wendy.Z.Zupac@usdoj.gov>; Ross, Jack (USACAC) 4 <jross4@usa.doj.gov>; Thomson, Hunter (USACAC) <HThomson@usa.doj.gov>; Lee, John (USACAC) <John.Lee2@usdoj.gov>
**Subject:** [EXTERNAL] U.S. ex rel. Poehling v. UHG - US Designee 1

Amy,

At Anne Hornsby's May 25, 2023, deposition, United's counsel asked several

questions about Exhibit 1206, which includes two emails written by Ms. Hornsby, and Exhibit 1206-1, a memorandum attached to one of those emails. A significant portion of Exhibit 1206-1 is redacted. But when Ms. Hornsby was asked whether she had "gotten advice of counsel" regarding the opinions expressed in these exhibits, she stated: "Of course not. This is just my memo done with Jennifer [Harlow] that just reflects t[w]o people of the many people within MPPG to present[ ] some approaches to Cheri the group director." 5/25/23 Hornsby Dep. Tr. (Rough) at 151:18–152:5. *See also* 147:21–148:2 ("This is a memo that a staffer wrote in collaboration with a division director and presents the opinions of those two people."). This testimony is consistent with the language Ms. Hornsby used in her cover email. *See* Ex. 1206 at 2 ("*I've* tried to write the authority for requiring this using the contractual requirement to certify that their risk adjustment data is complete, accurate, truthful.") (emphasis added).

Given Ms. Hornsby's testimony that the contents of Exhibit 1206-1 do not reflect the advice of counsel, but instead reflect only the opinions of Jennifer Harlow and herself, we request that you produce an unredacted version of the document by the end of next week. If you're not willing to produce an unredacted version, please let us know when you are available to meet and confer this week.

Thank you,
Ben

BartlitBeck LLP

Benjamin Montague | p: 312.494.4463 | c: 616.745.7518 | Benjamin.Montague@bartlitbeck.com | 54 West Hubbard Street, Chicago, IL 60654

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.