| | |
|---|---|
| 1 | MICHAEL D. GRANSTON |
|   | Deputy Assistant Attorney General, Civil Division |
| 2 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 3 | DAVID M. HARRIS |
|   | ROSS M. CUFF |
| 4 | JACK D. ROSS (CBN 265883) |
|   | HUNTER B. THOMSON (CBN 330533) |
| 5 | Assistant United States Attorneys |
|   | 300 N. Los Angeles Street, Room 7516 |
| 6 | Los Angeles, California 90012 |
|   | Tel: (213) 894-6739; Fax: (213) 894-7819 |
| 7 | Email: hunter.thomson@usdoj.gov |
|   | JAMIE ANN YAVELBERG |
| 8 | ROBERT McAULIFFE |
|   | EDWARD CROOKE |
| 9 | LINDA McMAHON |
|   | JESSICA E. KRIEG |
| 10 | AMY L. LIKOFF |
|    | GREGORY A. MASON |
| 11 | MARTHA N. GLOVER |
|    | WENDY ZUPAC |
| 12 | Attorneys, Civil Division, U.S. Department of Justice |
|    | P.O. Box 261, Ben Franklin Station |
| 13 | Washington, D.C. 20044 |
|    | Tel: (202) 307-0486; Fax: (202) 307-3852 |
| 14 | Email: robert.mcauliffe@usdoj.gov |
|    | TRINI E. ROSS |
| 15 | United States Attorney |
|    | DAVID CORIELL |
| 16 | Assistant United States Attorney |
|    | 138 Delaware Avenue |
| 17 | Buffalo, New York 14201 |
|    | Tel: (716) 843-5830; Fax: (716) 551-3052 |
| 18 | Email: david.coriell@usdoj.gov |

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 FMO<br><br>ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A CONTINUANCE OF DISCOVERY CUT-OFF, PRETRIAL, AND TRIAL DATES |

FILED
CLERK, U.S. DISTRICT COURT
12/20/23
CENTRAL DISTRICT OF CALIFORNIA
BY: V. Figueroa  DEPUTY

Upon stipulation of the parties and the recommendation of the Special Master, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All expert discovery shall be completed by March 14, 2024. Rebuttal Expert Witness Disclosures shall be served no later than January 8, 2024.

2. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than June 5, 2024. Further deadlines with respect to such motions shall be as follows:

| | | |
|---|---|---|
| A. | Meet and confer deadline: | April 17, 2024 |
| B. | Moving party's portion of joint brief due: | April 24, 2024 |
| C. | Opposing party's portion of joint brief due: | May 31, 2024 |
| D. | Moving party to finalize joint brief: | June 3, 2024 |
| E. | Opposing party to sign and return brief: | June 4, 2024 |
| F. | Supplemental brief due: | June 21, 2024 |

3. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions *in limine* no later than October 7, 2024.

4. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions *in limine* no later than October 15, 2024.

5. The final pretrial conference and hearing on motions in limine will be set at a date and time to be determined by the District Judge.

6. The trial will be set at a date and time to be determined by the District Judge.

7. All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

IT IS SO ORDERED.

Dated: December 20, 2023

/s/ Fernando M. Olguin
U.S. DISTRICT JUDGE