MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendants. | No. CV 16-08697 FMO<br><br>ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A CONTINUANCE OF DISCOVERY CUT-OFF, PRETRIAL, AND TRIAL DATES |

Upon stipulation of the parties and the recommendation of the Special Master, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. All expert discovery shall be completed by April 5, 2024. The parties must serve their Rebuttal Expert Witness Disclosures no later than January 29, 2024.

2. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than July 17, 2024. Further deadlines with respect to such motions shall be as follows:

| | |
|---|---|
| A. Meet and confer deadline: | May 23, 2024 |
| B. Moving party's portion of joint brief due: | May 30, 2024 |
| C. Opposing party's portion of joint brief due: | July 12, 2024 |
| D. Moving party to finalize joint brief: | July 15, 2024 |
| E. Opposing party to sign and return brief: | July 16, 2024 |
| F. Supplemental brief due: | August 8, 2024 |

3. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions *in limine* no later than January 23, 2025.

4. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions *in limine* no later than January 30, 2025.

5. The final pretrial conference and hearing on motions in limine will be set at a date and time to be determined by the District Judge.

6. The trial will be set at a date and time to be determined by the District Judge.

7. All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

IT IS SO ORDERED.

Dated: January 29, 2024

/s/ Fernando M. Olguin
U.S. DISTRICT JUDGE