1  LATHAM & WATKINS LLP
2     David J. Schindler (Bar No. 130490)
   *david.schindler@lw.com*
3     Manuel A. Abascal (Bar No. 171301)
   *manny.abascal@lw.com*
4  355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  LATHAM & WATKINS LLP
   Daniel Meron (appearing *pro hac vice*)
7     *daniel.meron@lw.com*
   Abid R. Qureshi (appearing *pro hac vice*)
8     *abid.qureshi@lw.com*
555 Eleventh Street, NW, Suite 1000
9  Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
10
  BARTLIT BECK LLP
11    Sean W. Gallagher (appearing *pro hac vice*)
   sean.gallagher@bartlitbeck.com
12    Cindy L. Sobel (appearing *pro hac vice*)
   cindy.sobel@bartlitbeck.com
13 54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
14 Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440
15
  BARTLIT BECK LLP
16    Andrew C. Baak (appearing *pro hac vice*)
   andrew.baak@bartlitbeck.com
17 1801 Wewatta Street, Suite 1200
Denver, Colorado 80202-6318
18 Telephone: +1.303.592.3100
Facsimile: +1.303.592.3140
19
  Attorneys for United Defendants
20

21 MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
22
E. MARTIN ESTRADA
23 United States Attorney
DAVID M. HARRIS
24 ROSS M. CUFF
JACK D. ROSS (CBN 265883)
25 HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
26    300 N. Los Angeles Street, Room 7516
   Los Angeles, California 90012
27    Tel: (213) 894-6739; Fax: (213) 894-7819
   Email: hunter.thomson@usdoj.gov
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND PAGE LIMITATION
CASE NO. 2-16-CV-08697-FMO-PVCx

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br>    Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br>    Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PAGE LIMITATION AND TIME FOR FILING JOINT BRIEF OF SUMMARY JUDGMENT MOTIONS** |

Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The page limitation for the joint brief of summary judgment motions shall be extended to sixty (60) pages for each side, with the total brief not to exceed one-hundred-and-twenty (120) pages.

2. The page limitation for the supplemental briefs shall not exceed twenty (20) pages for each side.

3. The joint brief of summary judgment motions shall be filed no later than July 23, 2024.  The moving party shall finalize the joint brief no later than July 19, 2024. The opposing party shall sign and return the brief no later than July 22, 2024.

4. All other deadlines set forth in the Order Granting the Parties' Joint Request for a Continuance of Discovery Cut-Off, Pretrial and Trial Dates, filed January 29, 2024 (Dkt. 586) that are not inconsistent herewith shall remain in effect.

Dated: _____

                                                _____
                                                Honorable Fernando M. Olguin
                                                UNITED STATES DISTRICT JUDGE