1  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General, Civil Division
2
   E. MARTIN ESTRADA
3  United States Attorney
   DAVID M. HARRIS
4  ROSS M. CUFF
   JACK D. ROSS (CBN 265883)
5  HUNTER B. THOMSON (CBN 330533)
   PAUL LA SCALA (CBN 186939)
6  Assistant United States Attorneys
        300 N. Los Angeles Street, Room 7516
7       Los Angeles, California 90012
        Tel: (213) 894-6739; Fax: (213) 894-7819
8       Email: hunter.thomson@usdoj.gov
   JAMIE ANN YAVELBERG
9  ROBERT McAULIFFE
   EDWARD CROOKE
10 LINDA McMAHON
   JESSICA E. KRIEG
11 AMY L. LIKOFF
   GREGORY A. MASON
12 MARTHA N. GLOVER
   WENDY ZUPAC
13 Attorneys, Civil Division, U.S. Department of Justice
14      P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
15      Tel: (202) 307-0486; Fax: (202) 307-3852
        Email: robert.mcauliffe@usdoj.gov
16 TRINI E. ROSS
   United States Attorney
17 DAVID CORIELL
   Assistant United States Attorney
18      138 Delaware Avenue
        Buffalo, New York 14201
19      Tel: (716) 843-5830; Fax: (716) 551-3052
        Email: david.coriell@usdoj.gov
20 Attorneys for the United States of America

21 LATHAM & WATKINS LLP
        David J. Schindler (Bar No. 130490)
22      *david.schindler@lw.com*
        Manuel A. Abascal (Bar No. 171301)
23      *manny.abascal@lw.com*
   355 South Grand Avenue, Suite 100
24 Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
25 Facsimile: +1.213.891.8763

26 LATHAM & WATKINS LLP
        Daniel Meron (appearing *pro hac vice*)
27      *daniel.meron@lw.com*
        Abid R. Qureshi (appearing *pro hac vice*)
28      *abid.qureshi@lw.com*

555 Eleventh Street, NW, Suite 1000
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

BARTLIT BECK LLP
   Sean W. Gallagher (appearing *pro hac vice*)
   sean.gallagher@bartlitbeck.com
   Cindy L. Sobel (appearing *pro hac vice*)
   cindy.sobel@bartlitbeck.com
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440

BARTLIT BECK LLP
   Andrew C. Baak (appearing *pro hac vice*)
   andrew.baak@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202-6318
Telephone: +1.303.592.3100
Facsimile: +1.303.592.3140

Attorneys for United Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br>          Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br>          Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**JOINT STIPULATION TO EXTEND TIME FOR FILING SUMMARY JUDGMENT BRIEFING** |

      WHEREAS, Plaintiffs the United States of America and Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Inc., United Healthcare Insurance Company, UHIC Holdings, Inc., Ovations, Inc., Optum, Inc., and OptumInsight, Inc. (collectively "United Defendants") are required to file any motion for summary judgment or other potentially dispositive motion no later than July 23, 2024, having served their respective portions by May

1

30, 2024, with oppositions to be exchanged July 12, 2024 (Dkt. 586), and supplemental briefing to be filed on August 8, 2024 (Dkt. 605);

WHEREAS, on May 30, 2024, the parties exchanged motions as required by the Court's Order (Dkt. 586);

WHEREAS, on May 16, 2017, the United States filed a complaint-in partial-intervention in this case (Dkt. 114) and amended the complaint on November 17, 2017 (Dkt. 171);

WHEREAS, this is an extraordinarily large False Claims Act action spanning more than a decade of conduct;

WHEREAS, United is submitting a comprehensive motion for summary judgment, addressing a significant number of legal and factual issues, to which the United States will be responding;

WHEREAS, the United States is submitting a motion for summary judgment, to which United will be responding;

WHEREAS, the parties' previous requests for continuances were granted by the Court;

WHEREAS, the parties have met and conferred and agreed that given the scope of the oppositions that an additional two weeks to exchange oppositions is necessary, and by and through their attorneys, respectfully apply jointly to this Court for an Order extending by fourteen (14) days the deadline to file the joint brief of summary judgment motions to August 6, 2024 and also extending by fourteen (14) days the deadline to file supplemental briefs to August 22, 2024.

Accordingly, the parties respectfully request that the Court modify its Order regarding Summary Judgment Motions in this case as follows:

1. The joint brief of summary judgment motions shall be filed no later than August 6, 2024.
2. The parties shall exchange opposition portions of the joint brief on July 26, 2024.

3. The moving party shall finalize the joint brief no later than August 2, 2024.
4. The opposing party shall sign and return the brief no later than August 5, 2024.
5. The parties shall file supplemental briefs on August 22, 2024.
6. All other deadlines set forth in the Order Granting the Parties' Joint Request for a Continuance of Discovery Cut-Off, Pretrial and Trial Dates, filed January 29, 2024 (Dkt. 586) that are not inconsistent herewith shall remain in effect.

Dated: June 28, 2024                    Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS
HUNTER B. THOMSON
PAUL LA SCALA
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Civil Division, Department of Justice

TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney

*/s/ Martha Glover*
_____

| | |
|---|---|
| 1 | Martha N. Glover |
| 2 | Trial Attorney, Department of Justice |
| | Attorneys for the United States of America |
| 3 | |
| 4 | |
| 5 | LATHAM & WATKINS LLP |
| 6 | DAVID J. SCHINDLER |
| | MANUEL A. ABASCAL |
| 7 | DANIEL MERON |
| 8 | ABID R. QURESHI |
| 9 | |
| 10 | By: /s/ David J. Schindler |
| | David J. Schindler |
| 11 | Attorneys for United Defendants |
| 12 | |
| 13 | BARTLIT BECK LLP |
| 14 | Sean W. Gallagher (appearing *pro hac vice*) |
| | sean.gallagher@bartlitbeck.com |
| 15 | Cindy L. Sobel (appearing *pro hac vice*) |
| | cindy.sobel@bartlitbeck.com |
| 16 | 54 W. Hubbard Street, Suite 300 |
| | Chicago, Illinois 60654-8174 |
| 17 | Telephone: +1.312.494.4400 |
| | Facsimile: +1.312.494.4440 |
| 18 | |
| 19 | BARTLIT BECK LLP |
| | Andrew C. Baak (appearing *pro hac vice*) |
| 20 | andrew.baak@bartlitbeck.com |
| | 1801 Wewatta Street, Suite 1200 |
| 21 | Denver, Colorado 80202-6318 |
| | Telephone: +1.303.592.3100 |
| 22 | Facsimile: +1.303.592.3140 |
| 23 | Attorneys for United Defendants |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |