# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**ORDER GRANTING JOINT STIPULATION [610] TO EXTEND TIME FOR FILING SUMMARY JUDGMENT BRIEFING** |

　　　Upon stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The joint brief of summary judgment motions shall be filed no later than August 6, 2024.
2. The parties shall exchange opposition portions of the joint brief on July 26, 2024.
3. The moving party shall finalize the joint brief no later than August 2, 2024.
4. The opposing party shall sign and return the brief no later than August 5, 2024.
5. The parties shall file supplemental briefs on August 22, 2024.

1  All other deadlines set forth in the Order Granting the Parties' Joint Request for a Continuance of Discovery Cut-Off, Pretrial and Trial Dates, filed January 29, 2024 (Dkt. 586) that are not inconsistent herewith shall remain in effect.

Dated:  July 1, 2024                              _____/s/_____
                                                  HON. FERNANDO M. OLGUIN
                                                  U.S. District Judge