MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
PAUL LA SCALA (CBN 186939)
Assistant United States Attorneys
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-6739; Fax: (213) 894-7819
Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0486; Fax: (202) 307-3852
Email: robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14201
Tel: (716) 843-5830; Fax: (716) 551-3052
Email: david.coriell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,

Plaintiffs,

v.

UNITEDHEALTH GROUP, INC., *et al.*,

Defendants.

No. CV 16-08697 FMO-PVCx

UNITED STATES' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

DATE: September 5, 2024
TIME: 10:00 am
COURT: Hon. Fernando M. Olguin

PLEASE TAKE NOTICE that, on September 5, 2024 at 10:00 am, or as soon thereafter as the matter may be heard, before the Honorable Fernando M. Olguin, United States District Judge, United States Courthouse, Courtroom 6D, 350 W. First Street, Los Angeles, California, the United States of America will and hereby does move for an order of partial summary judgment on the legal issue of whether materiality is an element of the second prong of the reverse false claim provision of the False Claims Act, 31 U.S.C. §3729 (a)(1)(G).

The motion is and will be made pursuant to Rule 56(a), Fed. R. Civ. P., and L.R. 56-1 on the grounds that there is no genuine dispute as to any fact material to this issue and that the United States is entitled to partial judgment as a matter of law.

This motion is based upon the accompanying Memorandum of Points and Authorities and [proposed] Order, the pleadings and other papers on file herein, and such evidence and argument as may be presented in connection with the hearing of this motion.

Dated: August 6, 2024

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS
HUNTER B. THOMSON
PAUL LA SCALA
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Civil Division, Department of Justice

TRINI E. ROSS
United States Attorney

DAVID CORIELL
Assistant United States Attorney

s/*Jessica Krieg*
Jessica E. Krieg

Attorneys for the United States of America