LATHAM & WATKINS LLP
 David J. Schindler (Bar No. 130490)
 david.schindler@lw.com
 Manuel A. Abascal (Bar No. 171301)
 manny.abascal@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
 Daniel Meron (appearing *pro hac vice*)
 daniel.meron@lw.com
 Abid R. Qureshi (appearing *pro hac vice*)
 abid.qureshi@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for United Defendants*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Fernando M. Olguin<br><br>Hearing Date: September 5, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D |


**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, on September 5, 2024 at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 6D of the United States District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Honorable Fernando M. Olguin presiding, UnitedHealth Group Incorporated and its affiliated entities named as Defendants in this action ("United" and "Defendants") will and hereby move this Court for summary judgment in their favor against Plaintiff United States of America ("Plaintiff") and Plaintiff-Relator Benjamin Poehling ("Plaintiff-Relator").

United brings this motion pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56-1 on the grounds that there is no genuine despite as to any material fact on the following issues, and United is entitled to summary judgment:

Plaintiff and Plaintiff-Relator cannot show that United was overpaid.

Plaintiff and Plaintiff-Relator cannot show that United violated any duty to second guess doctor-certified diagnosis codes;

Plaintiff and Plaintiff-Relator cannot show that United's conduct was material to CMS's decision to pay United;

Plaintiff and Plaintiff-Relator cannot show that United concealed or improperly avoided an obligation to return money; and

Plaintiff's and Plaintiff-Relator's common-law claims fail. Plaintiff's and Plaintiff-Relator's unjust enrichment claim is precluded by the existence of an express contract between CMS and United, and Plaintiff's and Plaintiff-Relator's payment by mistake claim fails because Plaintiff and Plaintiff-Relator cannot show that United was paid money to which it was not entitled.

This motion is based upon this notice, the accompanying Joint Brief regarding the Cross Motions for Summary Judgment, Joint Evidentiary Appendix, Statement

1  of Uncontroverted Facts, and Proposed Judgment, all pleadings, records, and other
2  documents on file with the Court in this action, and such oral argument as may be
3  presented at the hearing of this motion.

4  Dated: August 6, 2024                    Respectfully submitted,

5                                           LATHAM & WATKINS LLP
6                                           DAVID J. SCHINDLER
                                            MANUEL A. ABASCAL
7                                           DANIEL MERON
8                                           ABID R. QURESHI

9

10                                          By: /s/ *David J. Schindler*
                                                David J. Schindler
11                                              Attorneys for United Defendants

12
                                            LATHAM & WATKINS LLP
13                                          Daniel Meron (appearing pro hac vice)
                                              daniel.meron@lw.com
14                                          Abid R. Qureshi (appearing pro hac vice)
                                              abid.qureshi@lw.com
15                                          555 Eleventh Street, NW, Suite 1000
                                            Telephone: +1.202.637.2200
16                                          Facsimile: +1.202.637.2201

17                                          BARTLIT BECK LLP
                                            Philip S. Beck (appearing *pro hac vice*)
18                                            philip.beck@bartlitbeck.com
                                            Sean W. Gallagher (appearing *pro hac vice*)
19                                            sean.gallagher@bartlitbeck.com
                                            Cindy L. Sobel (appearing *pro hac vice*)
20                                            cindy.sobel@bartlitbeck.com
                                            Nicolas Martinez (appearing *pro hac vice*)
21                                            nicolas.martinez@bartlitbeck.com
                                            Benjamin R. Montague
22                                            benjamin.montague@bartlitbeck.com
                                            54 W. Hubbard Street, Suite 300
23                                          Chicago, Illinois 60654-8174
                                            Telephone: +1.312.494.4400
24                                          Facsimile: +1.312.494.4440

25                                          BARTLIT BECK LLP
                                            Andrew C. Baak (appearing *pro hac vice*)
26                                            andrew.baak@bartlitbeck.com
                                            Jameson R. Jones (appearing *pro hac vice*)
27                                            jameson.jones@bartlitbeck.com
                                            1801 Wewatta Street, Suite 1200
28                                          Denver, Colorado 80202-6318

1
2  Telephone: +1.303.592.3100
   Facsimile: +1.303.592.3140
3
   Attorneys for United Defendants
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28