LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
   david.schindler@lw.com
  Manuel A. Abascal (Bar No. 171301)
   manny.abascal@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for United Defendants*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-6379; Fax: (213) 894-7819
Email: hunter.thomson@usdoj.gov

*Attorneys for the United States of America*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**JOINT EVIDENTIARY APPENDIX**<br><br>**VOLUME 1 OF 14**<br>**INDEX OF EXHIBITS**<br><br>Hon. Fernando M. Olguin<br><br>Hearing Date: September 5, 2024<br>Hearing Time: 10:00 a.m.<br>Courtroom: 6D |

UnitedHealth Group Incorporated and its affiliated entities named as Defendants in this action (collectively, "United" and "Defendants") and Plaintiff United States of America hereby submit the following Joint Evidentiary Appendix in connection with the Joint Brief regarding the Cross Motions for Summary Judgment consisting of the following:

| Exhibit No. | Description |
|---|---|
| | **DEFENDANTS' EXHIBITS** |
| D-1 | Excerpts from Amended Complaint (Nov. 17, 2017) (ECF 171) |
| D-2 | Answer to Amended Complaint (Mar. 23, 2018) (ECF 223) |
| D-3 | Statement of Genuine Disputes of Material Fact (July 23, 2018) (ECF 250-1) |
| D-4 | Amended Joint Rule 26(f) Report (Apr. 2, 2018) |
| D-5 | Joint Stipulation re United States' Motion to Compel Discovery (Apr. 16, 2021) |
| D-6 | Order Denying Motion to Compel re Rog 14 and RFP 147 (May 28, 2021) |
| D-7 | Defendant UHC Of California's First Interrogatory to the Government (Jan. 3, 2020) |
| D-8 | United States' Responses and Objections to Defendant UHC Of California's Second Set of Interrogatories, No. 5 (Apr. 21, 2021) |
| D-9 | United States' Responses and Objections to Defendant UHC Of California's Request for Admission Nos. 26, 36, 48, 79, 81, 90 (Nov. 4, 2019) |
| D-10 | United States' Responses and Objections to Defendant UHC Of California's Request for Admission No. 117, 147 (Feb. 12, 2020) |
| D-11A | United States' Responses and Objections to Defendant UHC Of California's First Interrogatory (Feb. 3, 2020) |
| D-11B | United States' First Supplemental Responses and Objections to Defendant UHC Of California's First Set of Interrogatories (Aug. 17, 2020) |
| D-12 | United States' Responses and Objections to Defendant UHC of California's Interrogatory No. 12 (June 23, 2022) |
| D-13 | Intentionally Blank |
| D-14 | Excerpts from 73 Fed. Reg. 48434 Aug. 19, 2008) |
| D-15 | Excerpts from 75 Fed. Reg. 19678 (Apr. 15, 2010) |
| D-16 | Excerpts from 79 Fed. Reg. 1918 (Jan. 10, 2014) |
| D-17 | Excerpts from 79 Fed. Reg. 29844 (May 23, 2014) |

| Exhibit No. | Description |
|---|---|
| D-18 | Excerpts from 88 Fed. Reg. 6643 (Feb. 1, 2023) |
| D-19 | Intentionally Blank |
| D-20 | Intentionally Blank |
| D-21 | MARA2152278 |
| D-22 | MARA2157039 |
| D-23 | USBP000498420 |
| D-24 | USBP000548071 |
| D-25 | USBP000674257 |
| D-26 | USBP001354107 |
| D-27 | USBP001354165 |
| D-28 | USBP008083511 |
| D-29 | USBP009417442 |
| D-30 | USBP009417526 |
| D-31 | USBP009417534 |
| D-32 | USBP009417619 |
| D-33 | USBP058101090 |
| D-34 | USBP062135635 |
| D-35 | USBP066819447 |
| D-36 | 2007 Risk Adjustment Data Training for Medicare Advantage Organizations Participant Guide |
| D-37 | Intentionally Blank |
| D-38 | Excerpts from 71 DOJ J. FED. L. & PRAC. 4 (Dec. 2023) |
| D-39 | Advance Notice of Methodological Changes for Calendar Year (CY) 2009 (Feb. 22, 2008) |
| D-40 | Claim Form 1500 (available at: https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1500.pdf) |
| D-41 | CMS, Notice of Final Payment Error Calculation Methodology for Part C Medicare Advantage Risk Adjustment Data Validation Contract-Level Audits (Feb. 24, 2012) |
| D-42 | Gregory C. Pope *et al.*, Risk Adjustment of Medicare Capitation Payments Using the CMS-HCC Model, Health Care Financing Review (Summer 2004) |
| D-43 | Kimberly O'Malley *et al.*, Measuring Diagnoses: ICD Code Accuracy, 40 Health Services Research 1620 (Oct. 2005) |
| D-44 | Medicare Payment Advisory Commission, Issues for Risk Adjustment in Medicare Advantage, in Report to Congress: Medicare and Health Care Delivery System (Chapter 4), Washington, DC (June 2012) |

| Exhibit No. | Description |
|---|---|
| D-45 | OIG Toolkit (Dec. 2023) |
| D-46 | OIG, Medicare Advantage Compliance Audit of Specific Diagnosis Codes that Cigna-HealthSpring Insurance Life & Health Insurance Contract first Health Plan, Inc., (Contract H4513) (Mar. 2023) |
| D-47 | OIG, Medicare Advantage Compliance Audit of Specific Diagnosis Codes that Healthfirst Health Plan, Inc., (Contract H3359) Submitted to CMS (Jan. 2022) |
| D-48 | Richard Kronick & W. Pete Welch, Measuring Coding Intensity in the Medicare Advantage Program, Medicare & Medicaid Research Review (2014) |
| D-49 | Intentionally Blank |
| D-50 | Intentionally Blank |
| D-51 | Intentionally Blank |
| D-52 | Amended Expert Report of Jean Acevedo (Apr. 5, 2024) |
| D-53 | Expert Rebuttal Report of Jean Acevedo (Jan. 29, 2024) |
| D-54 | Expert Report of Barbara Blair (Sept. 29, 2023) |
| D-55 | Intentionally Blank |
| D-56 | Expert Report of Mark Duggan, PhD (Sept. 29, 2023) |
| D-57 | Expert Report of Craig Garthwaite (Sept. 29, 2023) |
| D-58 | Intentionally Blank |
| D-59 | Errata to Expert Report of Craig Garthwaite (Mar. 11, 2024) |
| D-60 | Expert Report of Melvin J. Ingber, PhD (Jan. 29, 2024) |
| D-61 | Expert Report of Daniel Kessler, PhD (Sept. 29, 2023) |
| D-62 | Expert Report of Julia Lambert (Sept. 29, 2023) |
| D-63 | Updated Expert Report of Philip B. Stark (Mar. 28, 2024) |
| D-64 | Updated Expert Report of M. Timothy Renjilian (Dec. 3, 2023) |
| D-65 | Updated Rebuttal Report of M. Timothy Renjilian (Mar. 18, 2024) |
| D-66 | Exhibit 164 to the May 3, 2022 deposition of Jimmy Higgins |
| D-67 | Exhibit 1582 to the March 22, 2024 deposition of Jean Acevedo |
| D-68 | Exhibit 324 to the July 26, 2022 deposition of Steven Nelson |
| D-69 | Exhibit 608 to the May 30, 2023 deposition of 30(b)(6) Designee 3 Katie Baker |
| D-70 | Exhibit 1062 to the February 17, 2022 deposition of Sean Cavanaugh |
| D-71 | Exhibit 1063 to the February 17, 2022 deposition of Sean Cavanaugh |

| Exhibit No. | Description |
|---|---|
| D-72 | Exhibit 1067 to the February 17, 2022 deposition of Sean Cavanaugh |
| D-73 | Exhibit 1133-2 to the April 22, 2022 deposition of Lisa Lara |
| D-74 | Exhibit 1143-1 to the March 21, 2022 deposition of Maricruz Bonfante |
| D-75 | Exhibit 1187-1 to the April 13, 2022 deposition of Rebecca Paul |
| D-76 | Exhibit 1253 to the August 5, 2022 deposition of Jennifer Harlow |
| D-77 | Exhibit 1306 to the August 25, 2022 deposition of Carolyn Kapustij |
| D-78 | Intentionally Blank |
| D-79 | Exhibit 1460 to the May 25, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby |
| D-80 | Exhibit 1497-10 to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij |
| D-81 | Exhibit 1497-18 to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij |
| D-82 | Exhibit 1498 to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij (This exhibit marked Outside Counsel Only) |
| D-83 | Exhibit 1501 to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij |
| D-84 | Exhibit 1521 to the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Exhibit is Excel native file) |
| D-85 | Exhibit 1522 to the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Exhibit is Excel native file) |
| D-86 | Exhibit 1535 to the March 5, 2024 deposition of Richard Kronick |
| D-87 | Excerpts from the March 22, 2024 deposition of Jean Acevedo |
| D-88 | Excerpts from the July 12, 2022 deposition of Katie Baker |
| D-89 | Excerpts from the May 30, 2023 deposition of 30(b)(6) Designee 3 Katie Baker |
| D-90 | Excerpts from the May 31, 2023 deposition of 30(b)(6) Designee 3 Katie Baker |
| D-91 | Excerpts from the June 22, 2023 deposition of 30(b)(6) Designee 2 Jon Bird |
| D-92 | Excerpts from the August 10, 2022 deposition of Jon Bird |
| D-93 | Excerpts from the April 3, 2024 deposition of Barbara Blair |
| D-94 | Excerpts from the May 13, 2022 deposition of Mary Bonner |
| D-95 | Excerpts from the September 12, 2023 deposition of Patricia Brennan |

| Exhibit No. | Description |
|---|---|
| D-96 | Excerpts from the May 31, 2023 deposition of 30(b)(6) Designee 5 Christopher Bresette |
| D-96A | Excerpts from the August 9, 2023 deposition of 30(b)(6) Designee 5 Christopher Bresette |
| D-97 | Excerpts from the February 17, 2022 deposition of Sean Cavanaugh |
| D-98 | Excerpts from the August 10, 2022 deposition of Ilina Chaudhuri |
| D-99 | Excerpts from the March 23, 2022 deposition of Sean Creighton |
| D-100 | Excerpts from the Oct. 4, 2022 deposition of Sean Creighton |
| D-101 | Excerpts from the September 8, 2022 deposition of Joanne Davis |
| D-102 | Excerpts from the May 24, 2022 deposition of Tammy Dickey |
| D-103 | Excerpts from the March 29, 2024 deposition of Mark Duggan |
| D-104 | Excerpts from the August 2, 2022 deposition of Karen Erickson |
| D-105 | Excerpts from the March 18, 2022 deposition of Daniel Farmer |
| D-106 | Excerpts from the July 27, 2022 deposition of Melissa Ferron |
| D-107 | Excerpts from the March 31, 2022 deposition of Richard Foster |
| D-108 | Excerpts from the June 2, 2022 deposition of Janet Fry |
| D-109 | Excerpts from the June 30, 2021 deposition of Stephanie Gardner |
| D-110 | Excerpts from the April 2, 2024 deposition of Craig Garthwaite |
| D-111 | Excerpts from the March 10, 2022 deposition of Ronnie Grower |
| D-112 | Excerpts from the March 30, 2022 deposition of Mary Guy |
| D-113 | Excerpts from the May 3, 2022 deposition of Jimmy Higgins |
| D-114 | Excerpts from the May 18, 2022 deposition of Anne Hornsby |
| D-115 | Excerpts from the May 19, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby |
| D-116 | Excerpts from the May 25, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Attorneys Eyes Only) |
| D-117 | Excerpts from the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby |
| D-118 | Excerpts from the February 4, 2022 deposition of Lateefah Hughes |
| D-119 | Excerpts from the January 26, 2022 deposition of Thomas Hutchinson |
| D-120 | Excerpts from the June 14, 2022 deposition of Melvin Ingber |
| D-121 | Excerpts from the March 14, 2024 deposition of deposition of Melvin Ingber |
| D-122 | Excerpts from the August 25, 2022 deposition of Carolyn Kapustij |

| Exhibit No. | Description |
|---|---|
| D-122A | Excerpts from the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij |
| D-123 | Excerpts from the March 25, 2024 deposition of Daniel Kessler |
| D-124 | Excerpts from the March 10, 2022 deposition of Thomas Kornfield |
| D-125 | Excerpts from the April 5, 2024 deposition of Julia Lambert |
| D-126 | Excerpts from the May 26, 2023 deposition of 30(b)(6) Designee 4 Connie Leonard |
| D-127 | Excerpts from the June 21, 2023 deposition of 30(b)(6) Designee 2 Kirk Limmer |
| D-128 | Excerpts from the August 30, 2022 deposition of John Martinez |
| D-129 | Excerpts from the September 7, 2023 deposition of 30(b)(6) Designee 3 George Mills |
| D-130 | Excerpts from the August 17, 2022 deposition of Jonathan Morse |
| D-131 | Excerpts from the July 26, 2022 deposition of Steven Nelson |
| D-132 | Excerpts from the April 13, 2022 deposition of Rebecca Paul |
| D-133 | Excerpts from the October 18, 2022 deposition of Benjamin Poehling |
| D-134 | Excerpts from the September 28, 2022 deposition of Cynthia Polich |
| D-135 | Excerpts from the March 21, 2024 deposition of M. Timothy Renjilian |
| D-136 | Excerpts from the August 24, 2022 deposition of Jeff Renshaw |
| D-137 | Excerpts from the August 3, 2022 deposition of Cheri Rice |
| D-138 | Excerpts from the September 20, 2022 deposition of Daniel Schumacher |
| D-139 | Excerpts from the June 29, 2023 deposition of 30(b)(6) Designee 1 Melissa Sedor |
| D-140 | Excerpts from the March 20, 2024 deposition of Paul Spitalnic |
| D-141 | Excerpts from the March 12, 2024 deposition of Philip Stark |
| D-142 | Excerpts from the February 28, 2018 deposition of Marilyn Tavenner |
| D-143 | Excerpts from the November 30, 2022 deposition of Gift Tee |
| D-144 | Excerpts from the June 6, 2023 deposition of 30(b)(6) Designee 4 Scott Theisen |
| D-145 | Excerpts from the August 23, 2022 deposition of Cynthia Tudor |
| D-146 | Excerpts from the June 29, 2022 deposition of Julie Uebersax |
| D-147 | Excerpts from the June 7, 2022 deposition of Marybeth Meyer |

| Exhibit No. | Description |
|---|---|
| D-148 | Brief for United States, *United States ex rel. Schutte v. SuperValu Inc.*, 598 U.S. 739 (2023) |
| D-149 | Advance Notice of Methodological Changes for Calendar Year (CY) 2004 Medicare+Choice (M+C) Payment Rules (Mar. 28, 2003) |
| D-150 | MAPL006426592 |
| D-151 | Ex 1124-2 to the March 18, 2022 deposition of Lisa Lara |
| D-152 | AAPC, Risk Adjustment—Predictive Modeling, Documentation & Capture of Diagnosis Code at 19-20 (2014) |
| D-153 | Excerpts from 83 Fed. Reg. 54982 (Nov. 1, 2018) |
| D-154 | Excerpts from the March 1, 2022 deposition of Brian Thompson |
| D-155 | Excerpts from the March 4, 2022 deposition of Jonathan Blum |
| D-156 | Excerpts from the August 5, 2022 deposition of Jennifer Harlow |
| D-157 | Excerpts from the March 21, 2022 deposition of Maricruz Bonfante |
| D-158 | Excerpts from 2010 Call Letter (Mar. 30, 2009) |
| D-159 | USBP060624234 |
| D-160 | Joint Stipulation Re EDI Agreements, MA Contracts, MA-PD Addenda, and Attestations and Related Entities |
| **PLAINTIFF'S EXHIBITS** ||
| Exhibit No. | Description |
| P-1 | Joint Stipulation Re EDI Agreements, MA Contracts, MA-PD Addenda, and Attestations and Related Entities (May 28, 2024) |
| P-1A | USBP009418488, 2017 PY Contract |
| P-1B | MAPL007637301, Optum EDI Agreement |
| P-1C | MAPL008081457, Defendant MAO EDI Agreement |
| P-1D | USBP001354165, 2015 Rice and Nelson Email |
| P-1E | USBP001354107 |
| P-1F | USBP009866579 |
| P-1G | USBP009417433, 2017 PY Attestation |
| P-2 | United 30(b)(6) (Cannon, Jun. 6, 2023) Tr. |
| P-3 | Dep. Ex. 30B, MARA1576299, 2008 Risk Adjustment Data Technical Assistance For Medicare Advantage Organizations Participant Guide |
| P-4 | Dickey Tr. (May 24, 2022) |
| P-5 | United 30(b)(6) (Sedor, Jun. 29, 2023) Tr. |
| P-6 | Renjilian (United Expert) Tr. (Mar. 21, 2024) |

| Exhibit No. | Description |
|---|---|
| P-7 | United 30(b)(6) (Baker, May 30, 2023) Tr. |
| P-8 | Medicare Managed Care Manual, Rev. 118 (Sept. 19, 2014), Ch.7 |
| P-9 | Medicare Managed Care Manual, Ch. 7 (Aug. 13, 2004) |
| P-10 | Rice Tr. (Aug. 3, 2022) |
| P-11 | Dep. Ex. 381, United response to US Interrogatory (Set Six, Jul. 19, 2022) |
| P-12 | Dep. Ex. 265-1, MAPL000814082, Chart Review Policy Document |
| P-13 | Dep. Ex. 33B, MARA1262848, Coding Guide |
| P-14 | Dep. Ex. 34B, MARA1546907, Coding Policy |
| P-15 | United 30(b)(6) (Baker, May 31, 2023) Tr. |
| P-16 | United 30(b)(6) (Bird, Jun. 22, 2023) Tr. |
| P-17 | Dep. Ex. 508A, MAPL005123236, Product Scorecard |
| P-18 | Dep. Ex. 201, MARA2036153, CV Presentation (Mar. 7, 2013) |
| P-19 | CMS 30(b)(6) (Hornsby, May 25, 2023) Tr. |
| P-20 | Cavanaugh Tr. (Feb. 17, 2022) |
| P-21 | CMS 30(b)(6) (Hornsby, Nov. 21, 2023) Tr. |
| P-22 | Hornsby Tr. (May 18, 2022) |
| P-23 | Blum Tr. (Mar. 4, 2022) |
| P-24 | Dep. Ex. 324, MAPL000497870, 2014 Rice and Nelson Email |
| P-25 | Nelson Tr. (Jul. 26, 2022) |
| P-26 | CMS 30(b)(6) (Hornsby, May 19, 2023) Tr. |
| P-27 | Tudor Tr. (Aug. 23, 2022) |
| P-28 | Dep. 317, MARA2156615, Handwritten notes of Daniel Schumacher (Apr. 29, 2024) |
| P-29 | Johnson Tr. (Nov. 17, 2022) |
| P-30 | Acevedo (US expert) Tr. (Mar. 22, 2024) |
| P-31 | Blair (United expert) Tr. (Apr. 3, 2024) |
| P-32 | Declaration of Steven Ferraina (Jul. 12, 2024) |
| P-33 | United 30(b)(6) (Theisen, Jun 6, 2023) Tr. |
| P-34 | Erickson Tr. (Aug. 2, 2022) |
| P-35 | Schumacher Tr. (Sep. 20, 2022) |
| P-36 | Dep. Ex. 331, USBP000619443, 2015 Cavanaugh Email |
| P-37 | Spitalnic (US Expert) Rebuttal Report (Jan. 25, 2024) |
| P-38 | CMS 30(b)(6) (Limmer, Jun. 21, 2023) Tr. |

| Exhibit No. | Description |
|---|---|
| P-39 | About CMS, https://www.cms.gov/about-cms (last visited July 15, 2024) |
| P-40 | Dep. Ex. 327, July 1, 2014 Letter from Latham & Watkins to DOJ re UHG Updates |
| P-41 | 42 U.S. Code § 1395d(d) |
| P-42 | 42 U.S. Code § 1395x(dd)(1) and (3)(B) |
| P-43 | Risk Model Diagnoses for FY 2012, available at https://www.cms.gov/medicare/health-plans/medicareadvtgspecratestats/risk-adjustors-items/risk2012 (last visited July 2, 2024) |
| P-44 | CMS 30(b)(6) (Leonard, May 26, 2023) Tr. |
| P-45 | Redmond Tr. (Jul. 29, 2022) |
| P-46 | Ingber (US expert) Tr. (Mar. 14, 2024) |
| P-47 | Am. Compl. (Dkt. 171) |
| P-48 | Dep. Ex. 1581 ICD-10-CM Official Guidelines for Coding and Reporting |
| P-49 | Dep. Ex. 815, AAPC Article entitled "Medical Record Entries What Is Timely and Reasonable" |
| P-50 | Acevedo (US expert) Amended Rep. (Apr. 5, 2024) |
| P-51 | Fry Tr. (Jun. 2, 2022) |
| P-52 | HHS-OIG 30(b)(6) (Bresette, Aug. 9, 2023) Tr. |
| P-53 | Kornfield Tr. (Mar. 10, 2022) |
| P-54 | Order Re: Objections to Special Master's Order (Dkt. 437), Sept. 10, 2021 |
| P-55 | Rasmussen Tr. (Jul. 22, 2022) |
| P-56 | CMS 30(b)(6) (Kapustij, Aug. 25, 2023) Tr. |
| P-57 | Stark (US Expert) Tr. (Mar. 12, 2024) |
| P-58 | Lara Tr. (Mar. 18, 2022) |
| P-59 | MAPL001126483 |
| P-59A | MAPL001126484 (attachment to MAPL001126483), 2012 Encounter Data Participant Guide |
| P-60 | 42 CFR 422.310 |
| P-61 | Dumcum Tr. (Jul. 28, 2021) |
| P-62 | Martinez Tr. (Aug. 30, 2022) |
| P-63 | MAPL000814082 |

| Exhibit No. | Description |
|---|---|
| P-64 | Gardner Tr. (Jun. 30, 2021) |
| P-65 | Halva Tr. (Feb. 24, 2022) |
| P-66 | USBP0061943 |
| P-67 | Lambert (United Expert) Tr. (Apr. 5, 2024) |
| P-68 | Medicare Advantage & Prescription Drug Plan Fall Conference & Webcast, Conference Guide (September 7, 2017), https://www.cms.gov/outreach-and-education/training/cteo/downloads/2017-fall-conference/cms-ma-pdpconffall2017guidefinalpdf.pdf (last visited July 9, 2024) |
| P-69 | Higgins Tr. (May 3, 2022) |
| P-70 | Paul Tr. (Apr. 13, 2022) |
| P-71 | Bird Tr. (Aug. 10, 2022) |
| P-72 | United 30(b)(6) (Cannon, Jun. 7, 2023) Tr. |
| P-73 | Dep. Ex. 167-1, MAPL008247236 (2004 Presentation) |
| P-74 | Garthwaite (US expert) Tr. (Apr. 2, 2024) |
| P-75 | Dep. Ex. 328, Oct. 22, 2014 Letter from DOJ to Latham & Watkins |
| P-76 | Martin Tr. (Aug. 5, 2022) |
| P-77 | 45 CFR 162.1002(c)(2) and (c)(3) |
| P-78 | Order Denying Without Prejudice Plaintiff's Motion to Compel Re Interrogatories No. 14 and Request for Production 147 (Dkt. 419), May 28, 2021 |
| P-79 | Spitalnic (US Expert) Tr. (Mar. 20, 2024) |
| P-80 | 2013 Call Letter |
| P-81 | Dep. Ex. 309, MAPL009701356 |
| P-82 | Ferron Tr. (Jul. 27, 2022) |
| P-83 | Kapustij Tr. (Aug. 25, 2022) |
| P-84 | Dep. Ex. 712-4, MARA161485 |
| P-85 | Brennan Tr. (Sep. 12, 2023) |
| P-86 | Dep. Ex. 726, Mar. 27, 2016 Letter from Latham & Watkins to DOJ |
| P-87 | Dep. Ex. 727, MARA2160501 |
| P-88 | Baker Tr. (Jul. 12, 2022) |
| P-89 | Dep. Ex. 348, ICODIFY-0170934 |
| P-90 | Meyer Tr. (June 7, 2022) |

| Exhibit No. | Description |
|---|---|
| P-91 | CMS 30(b)(6) (Hornsby, Nov. 21, 2023) Tr. |
| P-92 | Contract Year 2015 Policy and Technical Changes to the Medicare Advantage Program, 79 Fed. Reg. 29,844 (May 23, 2014) (to be codified at 42 C.F.R. pts. 417, 422-24) |
| P-93 | Tudor Tr. (Aug. 23, 2022) |
| P-94 | HHS-OIG 30(b)(6) (Bresette, Aug. 9, 2023) Tr |
| **ATTORNEY DECLARATIONS** | |
| DA-1 | Declaration of David Schindler |
| PA-1 | Declaration of Martha Glover |

Dated: August 06, 2024

Respectfully submitted,

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
MANUEL A. ABASCAL
DANIEL MERON
ABID R. QURESHI

By: /s/ *David J. Schindler*
David J. Schindler

LATHAM & WATKINS LLP
Daniel Meron (appearing pro hac vice)
 daniel.meron@lw.com
Abid R. Qureshi (appearing pro hac vice)
 abid.qureshi@lw.com
555 Eleventh Street, NW, Suite 1000
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

BARTLIT BECK LLP
Philip S. Beck (appearing *pro hac vice*)
 philip.beck@bartlitbeck.com
Sean W. Gallagher (appearing *pro hac vice*)
 sean.gallagher@bartlitbeck.com
Cindy L. Sobel (appearing *pro hac vice*)
 cindy.sobel@bartlitbeck.com
Nicolas Martinez (appearing *pro hac vice*)
 nicolas.martinez@bartlitbeck.com
Benjamin R. Montague (appearing *pro hac vice*)
 benjamin.montague@bartlitbeck.com
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440

BARTLIT BECK LLP
Andrew C. Baak (appearing *pro hac vice*)
 andrew.baak@bartlitbeck.com
Jameson R. Jones (appearing *pro hac vice*)
 jameson.jones@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202-6318
Telephone: +1.303.592.3100
Facsimile: +1.303.592.3140

Attorneys for United Defendants

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney

```
 1   DAVID M. HARRIS
     ROSS M. CUFF
 2   JACK D. ROSS
     HUNTER B. THOMSON
 3   PAUL LA SCALA
     Assistant United States Attorneys
 4
     JAMIE ANN YAVELBERG
 5   ROBERT McAULIFFE
     EDWARD CROOKE
 6   LINDA McMAHON
     JESSICA E. KRIEG
 7   AMY L. LIKOFF
     GREGORY A. MASON
 8   MARTHA N. GLOVER
     WENDY ZUPAC
 9   Civil Division, Department of Justice

10   TRINI E. ROSS
     United States Attorney
11   DAVID CORIELL
     Assistant United States Attorney
12
                  /s/ Linda McMahon
13   _____
     Linda McMahon
14   Attorneys for the United States of America

15   JAMIE ANN YAVELBERG
     ROBERT McAULIFFE
16   EDWARD CROOKE
     LINDA McMAHON
17   JESSICA E. KRIEG
     AMY L. LIKOFF
18   GREGORY A. MASON
     MARTHA N. GLOVER
19   WENDY ZUPAC
     Attorneys, Civil Division, U.S. Department of
20   Justice
     P.O. Box 261, Ben Franklin Station
21   Washington, D.C. 20044
     Tel: (202) 307-0486; Fax: (202) 307-3852
22   Email: robert.mcauliffe@usdoj.gov

23   TRINI E. ROSS
     United States Attorney
24   DAVID CORIELL
     Assistant United States Attorney
25   138 Delaware Avenue
     Buffalo, New York 14201
26   Tel: (716) 843-5830; Fax: (716) 551-3052
     Email: david.coriell@usdoj.gov
27
     Attorneys for the United States of America
28
```

# **ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: August 06, 2024

/s/ David J. Schindler
David J. Schindler