1   LATHAM & WATKINS LLP
       David J. Schindler (Bar No. 130490)
2        *david.schindler@lw.com*
       Manuel A. Abascal (Bar No. 171301)
3        *manny.abascal@lw.com*
     355 South Grand Avenue, Suite 100
4   Los Angeles, California 90071-1560
     Telephone: +1.213.485.1234;
5   Facsimile: +1.213.891.8763

6    *Attorneys for United Defendants*

7   MICHAEL D. GRANSTON
     Deputy Assistant Attorney General, Civil Division
8   E. MARTIN ESTRADA
     United States Attorney
9   DAVID M. HARRIS
     ROSS M. CUFF
10  JACK D. ROSS (CBN 265883)
     HUNTER B. THOMSON (CBN 330533)
11  Assistant United States Attorneys
     300 N. Los Angeles Street, Room 7516
12  Los Angeles, California 90012
     Tel: (213) 894-6379; Fax: (213) 894-7819
13  Email: *hunter.thomson@usdoj.gov*

14   *Attorneys for the United States of America*

15  [Additional Counsel Listed on Next Page]

16               **UNITED STATES DISTRICT COURT**
17               **CENTRAL DISTRICT OF CALIFORNIA**

18  UNITED STATES OF AMERICA *ex rel.*    CASE NO. 2:16-cv-08697-FMO-PVCx
     BENJAMIN POEHLING,
19                                         **JOINT EVIDENTIARY APPENDIX**
                  Plaintiff,
20                                         
          v.                               **VOLUME 14 OF 14**
21                                         **DECLARATIONS IN SUPPORT**
     UNITEDHEALTH GROUP, INC. *et al.*,    **OF JOINT EVIDENTIARY**
22                                         **APPENDIX**
                  Defendants.              **PAGES 5058 THROUGH 5085**
23
24                                         Hon. Fernando M. Olguin
25
26                                         Hearing Date:  September 5, 2024
27                                         Hearing Time:  10:00 a.m.
                                           Courtroom:  6D
28

1  LATHAM & WATKINS LLP
      Daniel Meron (appearing *pro hac vice*)
2        *daniel.meron@lw.com*
      Abid R. Qureshi (appearing *pro hac vice*)
3        *abid.qureshi@lw.com*
   555 Eleventh Street, NW, Suite 1000
4  Washington, DC 20004-1304
   Telephone: +1.202.637.2200
5  Facsimile: +1.202.637.2201

6  BARTLIT BECK LLP
      Philip S. Beck (appearing *pro hac vice*)
7        *philip.beck@bartlitbeck.com*
      Sean W. Gallagher (appearing *pro hac vice*)
8        *sean.gallagher@bartlitbeck.com*
      Cindy L. Sobel (appearing *pro hac vice*)
9        *cindy.sobel@bartlitbeck.com*
      Nicolas Martinez (appearing *pro hac vice*)
10       *nicolas.martinez@bartlitbeck.com*
      Benjamin R. Montague (appearing *pro hac vice*)
11       *benjamin.montague@bartlitbeck.com*
   54 W. Hubbard Street, Suite 300
12 Chicago, Illinois 60654-8174
   Telephone: +1.312.494.4400
13 Facsimile: +1.312.494.4440

14 BARTLIT BECK LLP
      Andrew C. Baak (appearing *pro hac vice*)
15       *andrew.baak@bartlitbeck.com*
      Jameson R. Jones (appearing *pro hac vice*)
16       *jameson.jones@bartlitbeck.com*
   1801 Wewatta Street, Suite 1200
17 Denver, Colorado 80202-6318
   Telephone: +1.303.592.3100
18 Facsimile: +1.303.592.3140

19 *Attorneys for United Defendants*

20
   JAMIE ANN YAVELBERG
21 ROBERT McAULIFFE
   EDWARD CROOKE
22 LINDA McMAHON
   JESSICA E. KRIEG
23 AMY L. LIKOFF
   GREGORY A. MASON
24 MARTHA N. GLOVER
   WENDY ZUPAC
25 Attorneys, Civil Division, U.S. Department of Justice
         P.O. Box 261, Ben Franklin Station
26       Washington, D.C. 20044
         Tel: (202) 307-0486; Fax: (202) 307-3852
27       Email:  robert.mcauliffe@usdoj.gov
   TRINI E. ROSS
28 United States Attorney

1    DAVID CORIELL
     Assistant United States Attorney
2            138 Delaware Avenue
             Buffalo, New York 14201
3            Tel: (716) 843-5830; Fax: (716) 551-3052
             Email:  david.coriell@usdoj.gov
4
     *Attorneys for the United States of America*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION DA-1**

LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
  *david.schindler@lw.com*
  Manuel A. Abascal (Bar No. 171301*)*
  *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
  Daniel Meron (appearing *pro hac vice*)
  *daniel.meron@lw.com*
  Abid R. Qureshi (appearing *pro hac vice*)
  *abid.qureshi@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for United Defendants*

[Additional Counsel Listed on Next Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC. *et al.*, <br><br> Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx <br><br> **DECLARATION OF DAVID J. SCHINDLER IN SUPPORT OF UNITED'S MOTION FOR SUMMARY JUDGMENT** <br><br> Hon. Fernando M. Olguin <br><br> Hearing Date:  September 5, 2024 <br> Hearing Time:  10:00 a.m. <br> Courtroom:  6D |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1 | BARTLIT BECK LLP
    Philip S. Beck (appearing *pro hac vice*)
2 |     philip.beck@bartlitbeck.com
    Sean W. Gallagher (appearing *pro hac vice*)
3 |     sean.gallagher@bartlitbeck.com
    Cindy L. Sobel (appearing *pro hac vice*)
4 |     cindy.sobel@bartlitbeck.com
    Nicolas Martinez (appearing *pro hac vice*)
5 |     nicolas.martinez@bartlitbeck.com
    Benjamin R. Montague (appearing *pro hac vice*)
6 |     benjamin.montague@bartlitbeck.com
    54 W. Hubbard Street, Suite 300
7 | Chicago, Illinois 60654-8174
    Telephone: +1.312.494.4400
8 | Facsimile: +1.312.494.4440

9 | BARTLIT BECK LLP
    Andrew C. Baak (appearing *pro hac vice*)
10 |     andrew.baak@bartlitbeck.com
    Jameson R. Jones (appearing *pro hac vice*)
11 |     jameson.jones@bartlitbeck.com
    1801 Wewatta Street, Suite 1200
12 | Denver, Colorado 80202-6318
    Telephone: +1.303.592.3100
13 | Facsimile: +1.303.592.3140

14 | *Attorneys for United Defendants*

5060

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

# DECLARATION OF DAVID J. SCHINDLER

I, David J. Schindler, hereby declare as follows:

I am an attorney at Latham & Watkins LLP, the law firm which represents Defendant UnitedHealth Group Incorporated and its affiliated entities named as Defendants in this action (collectively, "United"). I submit this Declaration in support of the Joint Brief regarding the Cross Motions for Summary Judgment, and in particular, United's Motion for Summary Judgment and United's Opposition to Plaintiff United States' Motion for Partial Summary Judgment. I have personal knowledge, information, or belief of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

1. Attached as **Exhibit D-1** is a true and correct copy of excerpts from the Amended Complaint dated November 17, 2017 (ECF 171).

2. Attached as **Exhibit D-2** is a true and correct copy of United's Answer to Amended Complaint dated March 23, 2018 (ECF 223).

3. Attached as **Exhibit D-3** is a true and correct copy of the Statement of Genuine Disputes of Material Fact dated July 23, 2018 (ECF 250-1).

4. Attached as **Exhibit D-4** is a true and correct copy of the Amended Joint Rule 26(f) Report dated April 2, 2018.

5. Attached as **Exhibit D-5** is a true and correct copy of the Joint Stipulation re United States' Motion to Compel Discovery dated April. 16, 2021.

6. Attached as **Exhibit D-6** is a true and correct copy of the Order Denying Motion to Compel re Rog 14 and RFP 147 dated May 28, 2021.

7. Attached as **Exhibit D-7** is a true and correct copy of Defendant UHC Of California's First Interrogatory to the Government dated January 3, 2020.

8. Attached as **Exhibit D-8** is a true and correct copy of United States' Responses and Objections to Defendant UHC Of California's Second Set of Interrogatories, No. 5  dated April 21, 2021.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

5061

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1    9.    Attached as **Exhibit D-9** is a true and correct copy of United States'
2    Responses and Objections to Defendant UHC Of California's Request for
3    Admission Nos. 26, 36, 48, 79, 81, 90 dated November, 4, 2019.

4    10.    Attached as **Exhibit D-10** is a true and correct copy of United States'
5    Responses and Objections to Defendant UHC Of California's Request for
6    Admission No. 117, 147 dated February 12, 2020.

7    11.    Attached as **Exhibit D-11A** is a true and correct copy of United States'
8    Responses and Objections to Defendant UHC of California's First Interrogatory
9    dated February 3, 2020.

10    12.    Attached as **Exhibit D-11B** is a true and correct copy of United States'
11    First Supplemental Responses and Objections to Defendant UHC Of California's
12    First Set of Interrogatories dated August 17, 2020.

13    13.    Attached as **Exhibit D-12** is a true and correct copy of United States'
14    Responses and Objections to Defendant UHC of California's Interrogatory No. 12
15    dated June 23, 2022.

16    14.    Attached as **Exhibit D-14** is a true and correct copy of excerpts from
17    73 Fed. Reg. 48434 (Aug. 19, 2008).

18    15.    Attached as **Exhibit D-15** is a true and correct copy of excerpts from
19    75 Fed. Reg. 19678 (Apr. 15, 2010).

20    16.    Attached as **Exhibit D-16** is a true and correct copy of excerpts from
21    79 Fed. Reg. 1918 (Jan. 10, 2014).

22    17.    Attached as **Exhibit D-17** is a true and correct copy of excerpts from
23    79 Fed. Reg. 29844 (May 23, 2014).

24    18.    Attached as **Exhibit D-18** is a true and correct copy of excerpts from
25    88 Fed. Reg. 6643 (Feb. 1, 2023).

26    19.    Attached as **Exhibit D-21** is a true and correct copy of the document
27    bates numbered MARA2152278.

28

5062

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1    20.    Attached as **Exhibit D-22** is a true and correct copy of the document
2    bates numbered MARA2157039.

3    21.    Attached as **Exhibit D-23** is a true and correct copy of the document
4    bates numbered USBP000498420.

5    22.    Attached as **Exhibit D-24** is a true and correct copy of the document
6    bates numbered USBP000548071.

7    23.    Attached as Exhibit **D-25** is a true and correct copy of document bates
8    numbered USBP000674257.

9    24.    Attached as Exhibit **D-26** is a true and correct copy of the document
10   bates numbered USBP001354107.

11   25.    Attached as **Exhibit D-27** is a true and correct copy of the document
12   bates numbered USBP001354165.

13   26.    Attached as **Exhibit D-28** is a true and correct copy of the document
14   bates numbered USBP008083511.

15   27.    Attached as **Exhibit D-29** is a true and correct copy of the document
16   bates numbered USBP009417442.

17   28.    Attached as **Exhibit D-30** is a true and correct copy of the document
18   bates numbered USBP009417526.

19   29.    Attached as **Exhibit D-31** is a true and correct copy of the document
20   bates numbered USBP009417534.

21   30.    Attached as **Exhibit D-32** is a true and correct copy of the document
22   bates numbered USBP009417619.

23   31.    Attached as **Exhibit D-33** is a true and correct copy of the document
24   bates numbered USBP058101090.

25   32.    Attached as **Exhibit D-34** is a true and correct copy of the document
26   bates numbered USBP062135635.

27   33.    Attached as **Exhibit D-35** is a true and correct copy of the document
28   bates numbered USBP066819447.

5063

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

34.     Attached as **Exhibit D-36** is a true and correct copy of the 2007 Risk Adjustment Data Training for Medicare Advantage Organizations Participant Guide.

35.     Attached as **Exhibit D-38** is a true and correct copy of Excerpts from 71 DOJ J. FED. L. & PRAC. 4 (Dec. 2023).

36.     Attached as **Exhibit D-39** is a true and correct copy of the Advance Notice of Methodological Changes for Calendar Year (CY) 2009 dated February 22, 2008.

37.     Attached as **Exhibit D-40** is a true and correct copy of a Claim Form 1500 (available at: https://www.cms.gov/Medicare/CMS-Forms/CMS-Forms/downloads/cms1500.pdf.

38.     Attached as **Exhibit D-41** is a true and correct copy of CMS, Notice of Final Payment Error Calculation Methodology for Part C Medicare Advantage Risk Adjustment Data Validation Contract-Level Audits dated February 24, 2012.

39.     Attached as **Exhibit D-42** is a true and correct copy of Gregory C. Pope et al., Risk Adjustment of Medicare Capitation Payments Using the CMS-HCC Model, Health Care Financing Review (Summer 2004).

40.     Attached as **Exhibit D-43** is a true and correct copy of Kimberly O'Malley et al., Measuring Diagnoses: ICD Code Accuracy, 40 Health Services Research 1620 dated October 2005.

41.     Attached as **Exhibit D-44** is a true and correct copy of Medicare Payment Advisory Commission, Issues for Risk Adjustment in Medicare Advantage, in Report to Congress: Medicare and Health Care Delivery System (Chapter 4), Washington, DC dated June 2012.

42.     Attached as **Exhibit D-45** is a true and correct copy of an OIG Toolkit dated December 2023.

43.     Attached as **Exhibit D-46** is a true and correct copy of OIG, Medicare Advantage Compliance Audit of Specific Diagnosis Codes that Cigna-HealthSpring

1   Insurance Life & Health Insurance Contract first Health Plan, Inc., (Contract H4513)

2   dated March 2023.

3      44.      Attached as **Exhibit D-47** is a true and correct copy of OIG, Medicare

4   Advantage Compliance Audit of Specific Diagnosis Codes that Healthfirst Health

5   Plan, Inc., (Contract H3359) Submitted to CMS in January 2022.

6      45.      Attached as **Exhibit D-48** is a true and correct copy of Richard Kronick

7   & W. Pete Welch, Measuring Coding Intensity in the Medicare Advantage Program,

8   Medicare & Medicaid Research Review (2014).

9      46.      Attached as **Exhibit D-52** is a true and correct copy of the Amended

10   Expert Report of Jean Acevedo dated April 5, 2024.

11      47.      Attached as **Exhibit D-53** is a true and correct copy of the Expert

12   Rebuttal Report of Jean Acevedo dated January 29, 2024.

13      48.      Attached as **Exhibit D-54** is a true and correct copy of the Expert

14   Report of Barbara Blair dated September 29, 2023.

15      49.      Attached as **Exhibit D-56** is a true and correct copy of the Expert

16   Report of Mark Duggan, PhD dated September 29, 2023.

17      50.      Attached as **Exhibit D-57** is a true and correct copy of the Expert

18   Report of Craig Garthwaite dated September 29, 2023.

19      51.      Attached as **Exhibit D-59** is a true and correct copy of the Errata to

20   Expert Report of Craig Garthwaite dated March 11, 2024.

21      52.      Attached as **Exhibit D-60** is a true and correct copy of the Expert

22   Report of Melvin J. Ingber, PhD dated January 29, 2024.

23      53.      Attached as **Exhibit D-61** is a true and correct copy of the Expert

24   Report of Daniel Kessler, PhD dated September 29, 2023.

25      54.      Attached as **Exhibit D-62** is a true and correct copy of the Expert

26   Report of Julia Lambert dated September 29, 2023.

27      55.      Attached as **Exhibit D-63** is a true and correct copy of the Updated

28   Expert Report of Philip B. Stark dated March 28, 2024.

5065

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

7

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

56.    Attached as **Exhibit D-64** is a true and correct copy of the Updated Expert Report of M. Timothy Renjilian dated December 3, 2024.

57.    Attached as **Exhibit D-65** is a true and correct copy of the Updated Rebuttal Report of M. Timothy Renjilian dated March 18, 2024.

58.    Attached as **Exhibit D-66** is a true and correct copy of Exhibit 164 to the May 3, 2022 deposition of Jimmy Higgins.

59.    Attached as **Exhibit D-67** is a true and correct copy of Exhibit 1582 to the March 22, 2024 deposition of Jean Acevedo.

60.    Attached as **Exhibit D-68** is a true and correct copy of Exhibit 324 to the July 26, 2022 deposition of Steven Nelson.

61.    Attached as **Exhibit D-69** is a true and correct copy of Exhibit 608 to the May 30, 2023 deposition of 30(b)(6) Designee 3 Katie Baker.

62.    Attached as **Exhibit D-70** is a true and correct copy of Exhibit 1062 to the February 17, 2022 deposition of Sean Cavanaugh.

63.    Attached as **Exhibit D-71** is a true and correct copy of Exhibit 1063 to the February 17, 2022 deposition of Sean Cavanaugh.

64.    Attached as **Exhibit D-72** is a true and correct copy of Exhibit 1067 to the February 17, 2022 deposition of Sean Cavanaugh.

65.    Attached as **Exhibit D-73** is a true and correct copy of Exhibit 1133-2 to the April 22, 2022 deposition of Lisa Lara.

66.    Attached as **Exhibit D-74** is a true and correct copy of Exhibit 1143-1 to the March 21, 2022 deposition of Maricruz Bonfante.

67.    Attached as **Exhibit D-75** is a true and correct copy of Exhibit 1187-1 to the April 13, 2022 deposition of Rebecca Paul.

68.    Attached as **Exhibit D-76** is a true and correct copy of Exhibit 1253 to the August 5, 2022 deposition of Jennifer Harlow.

69.    Attached as **Exhibit D-77** is a true and correct copy of Exhibit 1306 to the August 25, 2022 deposition of Carolyn Kapustij.

5066

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

8

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1      70.     Attached as **Exhibit D-79** is a true and correct copy of Exhibit 1460 to

2   the May 25, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby.

3      71.     Attached as **Exhibit D-80** is a true and correct copy of Exhibit 1497-10

4   to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij.

5      72.     Attached as **Exhibit D-81**is a true and correct copy of Exhibit 1497-18

6   to the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij.

7      73.     Attached as **Exhibit D-82** is a true and correct copy of Exhibit 1498 to

8   the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij .

9      74.     Attached as **Exhibit D-83** is a true and correct copy of Exhibit 1501 to

10   the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij.

11      75.     Attached as **Exhibit D-84** is a true and correct copy of Exhibit 1521 to

12   the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Exhibit

13   is Excel native file, lodged separately).

14      76.     Attached as **Exhibit D-85** is a true and correct copy of Exhibit 1522 to

15   the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Exhibit

16   is Excel native file, lodged separately).

17      77.     Attached as **Exhibit D-86** is a true and correct copy of Exhibit 1535 to

18   the March 5, 2024 deposition of Richard Kronick.

19      78.     Attached as **Exhibit D-87** is a true and correct copy of excerpts from

20   the March 22, 2024 deposition of Jean Acevedo.

21      79.     Attached as **Exhibit D-88** is a true and correct copy of excerpts from

22   the July 12, 2022 deposition of Katie Baker.

23      80.     Attached as **Exhibit D-89** is a true and correct copy of excerpts from

24   the May 30, 2023 deposition of 30(b)(6) Designee 3 Katie Baker.

25      81.     Attached as **Exhibit D-90** is a true and correct copy of excerpts from

26   the May 31, 2023 deposition of 30(b)(6) Designee 3 Katie Baker.

27      82.     Attached as **Exhibit D-91** is a true and correct copy of excerpts from

28   the June 22, 2023 deposition of 30(b)(6) Designee 2 Jon Bird.

5067

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

9

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1    83.    Attached as **Exhibit D-92** is a true and correct copy of excerpts from

2    the August 10, 2022 deposition of Jon Bird.

3    84.    Attached as **Exhibit D-93** is a true and correct copy of excerpts from

4    the April 3, 2024 deposition of Barbara Blair.

5    85.    Attached as **Exhibit D-94** is a true and correct copy of excerpts from

6    the May 13, 2022 deposition of Mary Bonner.

7    86.    Attached as **Exhibit D-95** is a true and correct copy of excerpts from

8    the September 12, 2023 deposition of Patricia Brennan.

9    87.    Attached as **Exhibit D-96** is a true and correct copy of excerpts from

10   the May 31, 2023 deposition of 30(b)(6) Designee 5 Christopher Bresette.

11   88.    Attached as **Exhibit D-96-A** is a true and correct copy of excerpts from

12   the August 9, 2023 deposition of 30(b)(6) Designee 5 Christopher Bresette.

13   89.    Attached as **Exhibit D-97** is a true and correct copy of excerpts from

14   the February 17, 2022 deposition of Sean Cavanaugh.

15   90.    Attached as **Exhibit D-98** is a true and correct copy of excerpts from

16   the August 10, 2022 deposition of Ilina Chaudhuri.

17   91.    Attached as **Exhibit D-99** is a true and correct copy of excerpts from

18   the March 23, 2022 deposition of Sean Creighton.

19   92.    Attached as **Exhibit D-100** is a true and correct copy of excerpts from

20   the Oct. 4, 2022 deposition of Sean Creighton.

21   93.    Attached as **Exhibit D-101** is a true and correct copy of excerpts from

22   the September 8, 2022 deposition of Joanne Davis.

23   94.    Attached as **Exhibit D-102** is a true and correct copy of excerpts from

24   the May 24, 2022 deposition of Tammy Dickey.

25   95.    Attached as **Exhibit D-103** is a true and correct copy of excerpts from

26   the March 29, 2024 deposition of Mark Duggan.

27   96.    Attached as **Exhibit D-104** is a true and correct copy of excerpts from

28   the August 2, 2022 deposition of Karen Erickson.

5068

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

10

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

97.     Attached as **Exhibit D-105** is a true and correct copy of excerpts from the March 18, 2022 deposition of Daniel Farmer.

98.     Attached as **Exhibit D-106** is a true and correct copy of excerpts from the July 27, 2022 deposition of Melissa Ferron.

99.     Attached as **Exhibit D-107** is a true and correct copy of excerpts from the March 31, 2022 deposition of Richard Foster.

100.     Attached as **Exhibit D-108** is a true and correct copy of excerpts from the June 2, 2022 deposition of Janet Fry.

101.     Attached as **Exhibit D-109** is a true and correct copy of excerpts from the June 30, 2021 deposition of Stephanie Gardner.

102.     Attached as **Exhibit D-110** is a true and correct copy of excerpts from the April 2, 2024 deposition of Craig Garthwaite.

103.     Attached as **Exhibit D-111** is a true and correct copy of excerpts from the March 10, 2022 deposition of Ronnie Grower.

104.     Attached as **Exhibit D-112** is a true and correct copy of excerpts from the March 30, 2022 deposition of Mary Guy.

105.     Attached as **Exhibit D-113** is a true and correct copy of excerpts from the May 3, 2022 deposition of Jimmy Higgins.

106.     Attached as **Exhibit D-114** is a true and correct copy of excerpts from the May 18, 2022 deposition of Anne Hornsby.

107.     Attached as **Exhibit D-115** is a true and correct copy of excerpts from the May 19, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby.

108.     Attached as **Exhibit D-116** is a true and correct copy of excerpts from the May 25, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby (Attorneys Eyes Only).

109.     Attached as **Exhibit D-117** is a true and correct copy of excerpts from the November 21, 2023 deposition of 30(b)(6) Designee 1 Anne Hornsby.

5069

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

11

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

110.    Attached as **Exhibit D-118** is a true and correct copy of excerpts from the February 4, 2022 deposition of Lateefah Hughes.

111.    Attached as **Exhibit D-119** is a true and correct copy of excerpts from the January 26, 2022 deposition of Thomas Hutchinson.

112.    Attached as **Exhibit D-120** is a true and correct copy of excerpts from the June 14, 2022 deposition of Melvin Ingber.

113.    Attached as **Exhibit D-121** is a true and correct copy of excerpts from the March 14, 2024 deposition of deposition of Melvin Ingber.

114.    Attached as **Exhibit D-122** is a true and correct copy of excerpts from the August 25, 2022 deposition of Carolyn Kapustij.

115.    Attached as **Exhibit D-122A** is a true and correct copy of excerpts from the August 25, 2023 deposition of 30(b)(6) Designee 6 Carolyn Kapustij.

116.    Attached as **Exhibit D-123** is a true and correct copy of excerpts from the March 25, 2024 deposition of Daniel Kessler.

117.    Attached as **Exhibit D-124** is a true and correct copy of excerpts from the March 10, 2022 deposition of Thomas Kornfield.

118.    Attached as **Exhibit D-125** is a true and correct copy of excerpts from the April 5, 2024 deposition of Julia Lambert.

119.    Attached as **Exhibit D-126** is a true and correct copy of excerpts from the May 26, 2023 deposition of 30(b)(6) Designee 4 Connie Leonard.

120.    Attached as **Exhibit D-127** is a true and correct copy of excerpts from the June 21, 2023 deposition of 30(b)(6) Designee 2 Kirk Limmer.

121.    Attached as **Exhibit D-128** is a true and correct copy of excerpts from the August 30, 2022 deposition of John Martinez.

122.    Attached as **Exhibit D-129** is a true and correct copy of excerpts from the September 7, 2023 deposition of 30(b)(6) Designee 3 George Mills.

123.    Attached as **Exhibit D-130** is a true and correct copy of excerpts from the August 17, 2022 deposition of Jonathan Morse.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

12

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

5070

124.    Attached as **Exhibit D-131** is a true and correct copy of excerpts from the July 26, 2022 deposition of Steven Nelson.

125.    Attached as **Exhibit D-132** is a true and correct copy of excerpts from the April 13, 2022 deposition of Rebecca Paul.

126.    Attached as **Exhibit D-133** is a true and correct copy of excerpts from the October 18, 2022 deposition of Benjamin Poehling.

127.    Attached as **Exhibit D-134** is a true and correct copy of excerpts from the September 28, 2022 deposition of Cynthia Polich.

128.    Attached as **Exhibit D-135** is a true and correct copy of excerpts from the March 21, 2024 deposition of M. Timothy Renjilian.

129.    Attached as **Exhibit D-136** is a true and correct copy of excerpts from the August 24, 2022 deposition of Jeff Renshaw.

130.    Attached as **Exhibit D-137** is a true and correct copy of excerpts from the August 3, 2022 deposition of Cheri Rice.

131.    Attached as **Exhibit D-138** is a true and correct copy of excerpts from the September 20, 2022 deposition of Daniel Schumacher.

132.    Attached as **Exhibit D-139** is a true and correct copy of excerpts from the June 29, 2023 deposition of 30(b)(6) Designee 1 Melissa Sedor.

133.    Attached as **Exhibit D-140** is a true and correct copy of excerpts from the March 20, 2024 deposition of Paul Spitalnic.

134.    Attached as **Exhibit D-141** is a true and correct copy of excerpts from the March 12, 2024 deposition of Philip Stark.

135.    Attached as **Exhibit D-142** is a true and correct copy of excerpts from the February 28, 2018 deposition of Marilyn Tavenner.

136.    Attached as **Exhibit D-143** is a true and correct copy of excerpts from the November 30, 2022 deposition of Gift Tee.

137.    Attached as **Exhibit D-144** is a true and correct copy of excerpts from the June 6, 2023 deposition of 30(b)(6) Designee 4 Scott Theisen.

5071

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

13

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1    138.    Attached as **Exhibit D-145** is a true and correct copy of excerpts from

2    the August 23, 2022 deposition of Cynthia Tudor.

3    139.    Attached as **Exhibit D-146** is a true and correct copy of excerpts from

4    the June 29, 2022 deposition of Julie Uebersax.

5    140.    Attached as **Exhibit D-147** is a true and correct copy of excerpts from

6    the June 7, 2022 deposition of Marybeth Meyer.

7    141.    Attached as **Exhibit D-148** is a true and correct copy of the Brief for

8    United States, *United States ex rel. Schutte v. SuperValu Inc*., 598 U.S. 739 (2023).

9    142.    Attached as **Exhibit D-149** is a true and correct copy of the Advance

10   Notice of Methodological Changes for Calendar Year (CY) 2004 Medicare+Choice

11   (M+C) Payment Rules dated March 28, 2003.

12   143.    Attached as **Exhibit D-150** is a true and correct copy of the document

13   bates numbered MAPL006426592.

14   144.    Attached as **Exhibit D-151** is a true and correct copy of Exhibit 1124-

15   2 to the March 18, 2022 deposition of Lisa Lara.

16   145.    Attached as **Exhibit D-152** is a true and correct copy of AAPC, Risk

17   Adjustment—Predictive Modeling, Documentation & Capture of Diagnosis Code at

18   19-20 (2014).

19   146.    Attached as **Exhibit D-153** is a true and correct copy of excerpts from

20   83 Fed. Reg. 54982 (Nov. 1, 2018).

21   147.    Attached as **Exhibit D-154** is a true and correct copy of excerpts from

22   the March 1, 2022 deposition of Brian Thompson.

23   148.    Attached as **Exhibit D-155** is a true and correct copy of excerpts from

24   the March 4, 2022 deposition of Jonathan Blum.

25   149.    Attached as **Exhibit D-156** is a true and correct copy of excerpts from

26   the August 5, 2022 deposition of Jennifer Harlow.

27   150.    Attached as **Exhibit D-157** is a true and correct copy of excerpts from

28   the March 21, 2022 deposition of Maricruz Bonfante.

5072

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

14

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

1    151.    Attached as **Exhibit D-158** is a true and correct copy of excerpts from

2    2010 Call Letter dated March 30, 2009.

3    152.    Attached as **Exhibit D-159** is a true and correct copy of the document

4    bates numbered USBP060624234.

5    153.    Attached as **Exhibit D-160** is a true and correct copy of the Joint

6    Stipulation Re EDI Agreements, MA Contracts, MA-PD Addenda, and Attestations

7    and Related Entities.

8

9    I declare under penalty of perjury under the laws of the United States that

10    the foregoing is true and correct.

11

12    Executed: August 6, 2024, at Los Angeles, California.

13

14    By:    /s/ David J. Schindler
15    David J. Schindler
      Attorney for United Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

5073

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

15

DECLARATION OF DAVID J. SCHINDLER ISO
UNITED'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 2:16-cv-08697-FMO-PVCx

**DECLARATION PA-1**

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
Tel: (213) 894-6379; Fax: (213) 894-7819
Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 307-0486; Fax: (202) 307-3852
        Email:  robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
        138 Delaware Avenue
        Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
        Email:  david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., *et al.,* <br><br> Defendants. | No. CV 16-08697 FMO-PVCx <br><br> DECLARATION OF MARTHA N. GLOVER |

I, MARTHA N. GLOVER, hereby declare and state as follows:

1.    I am a trial attorney at the Department of Justice, Civil Division, Commercial Litigation Branch, Fraud Section. I represent the United States in the above-captioned matter. I submit this Declaration in support of the United States' opposition to United's Motion for Summary Judgment.  I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto.

2.    Attached as Exhibit P-1 is a true and correct copy of the parties' Joint Stipulation Re EDI Agreements, MA Contracts, MA-PD Addenda, and Attestations and Related Entities dated May 28, 2024.

3.    Attached as Exhibit P-1A is a true and correct copy of USBP009418488, an exemplar of a 2017 Payment Year (PY) Contract between CMS and an MAO Defendant, which is cited to in Exhibit P-1.

4.    Attached as Exhibit P-1B is a true and correct copy of MAPL007637301, an exemplar of an EDI Agreement signed by Optum, Inc., which is cited to in Exhibit P-1.

5.    Attached as Exhibit P-1C is a true and correct copy of MAPL008081457, an exemplar of an EDI Agreement signed by an MAO Defendants, which is cited to in Exhibit P-1.

6.    Attached as Exhibit P-1D is a true and correct copy of USBP001354165, which is cited to in Exhibit P-1.

7.    Attached as Exhibit P-1E is a true and correct copy of USBP001354107, which is cited to in Exhibit P-1.

8.    Attached as Exhibit P-1F is a true and correct copy of USBP009866579, which is cited to in Exhibit P-1.

9.    Attached as Exhibit P-1G is a true and correct copy of USBP009417433, an exemplar of a 2017 PY Attestation signed by a Defendant MAO, which is cited to in Exhibit P-1.

10.    Attached as Exhibit P-2 is a true and correct copy of relevant excerpts of the transcript of the June 6, 2023 deposition of Biggs Cannon taken pursuant to Federal Rule

1

5076

1    of Civil Procedure (FRCP) 30(b)(6).

2        11.    Attached as Exhibit P-3 is a true and correct copy of relevant excerpts of

3    2008 Risk Adjustment Data Technical Assistance For Medicare Advantage

4    Organizations Participant Guide, Deposition Exhibit 30B and Bates-stamped

5    MARA1576299.

6        12.    Attached as Exhibit P-4 is a true and correct copy of relevant excerpts of the

7    transcript of the May 24, 2022 deposition of Tammy Dickey.

8        13.    Attached as Exhibit P-5 is a true and correct copy of relevant excerpts of the

9    transcript of the June 29, 2023 deposition of Melissa Sedor taken pursuant to FRCP

10   30(b)(6).

11       14.    Attached as Exhibit P-6 is a true and correct copy of relevant excerpts of the

12   transcript of the March 21, 2024 deposition of Timothy Renjilian, an expert retained by

13   United.

14       15.    Attached as Exhibit P-7 is a true and correct copy of relevant excerpts of the

15   transcript of the May 30, 2023 deposition of Kathleen Baker taken pursuant to FRCP

16   30(b)(6).

17       16.    Attached as Exhibit P-8 is a true and correct copy of relevant excerpts of

18   Chapter 7 of the Medicare Managed Care Manual (Rev. 118, September 19, 2014).

19       17.    Attached as Exhibit P-9 is a true and correct copy of relevant excerpts of

20   Chapter 7 of the Medicare Managed Care Manual (August 13, 2004).

21       18.    Attached as Exhibit P-10 is a true and correct copy of relevant excerpts of

22   the transcript of the August 3, 2022 deposition of Cheri Rice.

23       19.    Attached as Exhibit P-11 is a true and correct copy of relevant excerpts of

24   Deposition Exhibit 381, containing United's Responses and Objections to the United

25   States' Sixth Set of Interrogatories, dated July 19, 2022.

26       20.    Attached as Exhibit P-12 is a true and correct copy of Deposition Exhibit

27   265-1, which is a document Bates-Stamped MAPL000814082.

28       21.    Attached as Exhibit P-13 is a true and correct copy of relevant excerpts of

2

Deposition Exhibit 33B, which is a document Bates-Stamped MARA1262848.

22.    Attached as Exhibit P-14 is a true and correct copy of relevant excerpts of Deposition Exhibit 34B, which is a document Bates-Stamped MARA1546907.

23.    Attached as Exhibit P-15 is a true and correct copy of relevant excerpts of the transcript of the May 31, 2023 deposition of Kathleen Baker taken pursuant to FRCP 30(b)(6).

24.    Attached as Exhibit P-16 is a true and correct copy of relevant excerpts of the transcript of the June 22, 2023 deposition of Jon Bird taken pursuant to FRCP 30(b)(6).

25.    Attached as Exhibit P-17 is a true and correct copy of relevant excerpts of Deposition Exhibit 508A, which is a document Bates-Stamped MAPL005123236.

26.    Attached as Exhibit P-18 is a true and correct copy of relevant excerpts of Deposition Exhibit 201, which is a document Bates-Stamped MARA2036153.

27.    Attached as Exhibit P-19 is a true and correct copy of relevant excerpts of the transcript of the May 25, 2023 deposition of Anne Hornsby taken pursuant to FRCP 30(b)(6).

28.    Attached as Exhibit P-20 is a true and correct copy of relevant excerpts of the transcript of the February 17, 2022 deposition of Sean Cavanaugh.

29.    Attached as Exhibit P-21 is a true and correct copy of relevant excerpts of the transcript of the November 21, 2023 deposition of Anne Hornsby taken pursuant to FRCP 30(b)(6).

30.    Attached as Exhibit P-22 is a true and correct copy of relevant excerpts of the transcript of the May 18, 2022 deposition of Anne Hornsby.

31.    Attached as Exhibit P-23 is a true and correct copy of relevant excerpts of the transcript of the March 4, 2022 deposition of Jon Blum.

32.    Attached as Exhibit P-24 is a true and correct copy of Deposition Exhibit 324, which is Bates-Stamped as MAPL000497870.

33.    Attached as Exhibit P-25 is a true and correct copy of relevant excerpts of

3

1    the transcript of the July 26, 2022 deposition of Steve Nelson.

2        34.    Attached as Exhibit P-26 is a true and correct copy of relevant excerpts of

3    the transcript of the May 19, 2023 deposition of Anne Hornsby taken pursuant to FRCP

4    30(b)(6).

5        35.    Attached as Exhibit P-27 is a true and correct copy of relevant excerpts of

6    the transcript of the August 23, 2022 deposition of Cynthia Tudor.

7        36.    Attached as Exhibit P-28 is a true and correct copy of Deposition Exhibit

8    317, a document Bates-stamped MARA2156615.

9        37.    Attached as Exhibit P-29 is a true and correct copy of relevant excerpts of

10   the transcript of the November 17, 2022 deposition of Thad Johnson.

11       38.    Attached as Exhibit P-30 is a true and correct copy of relevant excerpts of

12   the transcript of the March 22, 2024 deposition of Jean Acevedo, an expert retained by

13   the United States.

14       39.    Attached as Exhibit P-31 is a true and correct copy of relevant excerpts of

15   the transcript of the April 3, 2024 deposition of Barbara Blair, an expert retained by

16   United.

17       40.    Attached as Exhibit P-32 is a true and correct copy of the Declaration of

18   Steven Ferraina, signed July 12, 2024.

19       41.    Attached as Exhibit P-33 is a true and correct copy of relevant excerpts of

20   the transcript of the June 6, 2023 deposition of Scott Theisen taken pursuant to FRCP

21   30(b)(6).

22       42.    Attached as Exhibit P-34 is a true and correct copy of relevant excerpts of

23   the transcript of the August 2, 2022 deposition of Karen Erickson.

24       43.    Attached as Exhibit P-35 is a true and correct copy of relevant excerpts of

25   the transcript of the September 20, 2022 deposition of Daniel Schumacher.

26       44.    Attached as Exhibit P-36 is a true and correct copy of Deposition Exhibit

27   331, a document Bates-stamped USBP000619443.

28       45.    Attached as Exhibit P-37 is a true and correct copy of the Rebuttal Report

4

1    of Paul Spitalnic (signed January 25, 2024), an expert for the United States.

2        46.    Attached as Exhibit P-38 is a true and correct copy of relevant excerpts of

3    the transcript of the June 21, 2023 deposition of Kirk Limmer taken pursuant to FRCP

4    30(b)(6).

5        47.    Attached as Exhibit P-39 is a true and correct copy of a printout of "About

6    CMS," available at:  https://www.cms.gov/about-cms (last visited July 15, 2024).

7        48.    Attached as Exhibit P-40 is a true and correct copy of Deposition Exhibit

8    327, a Letter from counsel at Latham & Watkins to counsel at the Department of Justice,

9    dated July 1, 2014.

10        49.    Attached as Exhibit P-41 is a true and correct copy of 42 U.S. Code §

11    1395d.

12        50.    Attached as Exhibit P-42 is a true and correct copy of relevant excerpts of

13    42 U.S. Code § 1395x.

14        51.    Attached as Exhibit P-43 is a true and correct copy of P-43, a PDF copy of

15    an Excel titled "Risk Model Diagnoses for FY 2012," available at:

16    https://www.cms.gov/medicare/health-plans/medicareadvtgspecratestats/risk-adjustors-

17    items/risk2012 (last visited July 2, 2024).

18        52.    Attached as Exhibit P-44 is a true and correct copy of relevant excerpts of

19    the transcript of the May 26, 2023 deposition of Connie Leonard taken pursuant to FRCP

20    30(b)(6).

21        53.    Attached as Exhibit P-45 is a true and correct copy of relevant excerpts of

22    the transcript of the July 29, 2022 deposition of Janice Redmond.

23        54.    Attached as Exhibit P-46 is a true and correct copy of relevant excerpts of

24    the transcript of the March 14, 2024 deposition of Melvin Ingber, an expert retained by

25    the United States.

26        55.    Attached as Exhibit P-47 is a true and correct copy of the United States'

27    Amended Complaint in this matter (Dkt. 171).

28        56.    Attached as Exhibit P-48 is a true and correct copy of relevant excerpts of

5080

1    Deposition Exhibit 1581, ICD-10-CM Official Guidelines for Coding and Reporting.

2    57.    Attached as Exhibit P-49 is a true and correct copy of Deposition Exhibit

3    815, an AAPC Article entitled "Medical Record Entries What Is Timely and

4    Reasonable."

5    58.    Attached as Exhibit P-50 is a true and correct copy of the Amended Report

6    of Jean Acevedo (signed April 5, 2024), an expert retained by the United States.

7    59.    Attached as Exhibit P-51 is a true and correct copy of relevant excerpts of

8    the transcript of the June 2, 2022 deposition of Janet Fry.

9    60.    Attached as Exhibit P-52 is a true and correct copy of relevant excerpts of

10   the transcript of the August 9, 2023 deposition of Chris Bresette taken pursuant to FRCP

11   30(b)(6).

12   61.    Attached as Exhibit P-53 is a true and correct copy of relevant excerpts of

13   the transcript of the March 10, 2022 deposition of Thomas Kornfield.

14   62.    Attached as Exhibit P-54 is a true and correct copy of the Court's Order re

15   Objections to Special Master's Order (Dkt. 437), dated September 10, 2021.

16   63.    Attached as Exhibit P-55 is a true and correct copy of relevant exceprts of

17   the transcript of the July 22, 2022 deposition of Pat Rasmussen.

18   64.    Attached as Exhibit P-56 is a true and correct copy of relevant excerpts of

19   the transcript of the August 25, 2023 deposition of Carolyn Kapustij taken pursuant to

20   FRCP 30(b)(6).

21   65.    Attached as Exhibit P-57 is a true and correct copy of relevant excerpts of

22   the transcript of the March 12, 2024 deposition of Philip Stark, an expert retained by the

23   United States.

24   66.    Attached as Exhibit P-58 is a true and correct copy of relevant excerpts of

25   the transcript of the March 18, 2022 deposition of Lisa Lara.

26   67.    Attached as Exhibit P-59 is a true and correct copy of a document Bates-

27   stamped MAPL001126483.

28   68.    Attached as Exhibit P-59A is a true and correct copy of excerpts of the

5081

1    2012 Encounter Data Participant Guide, an attachment to

2    MAPL001126483 Bates-stamped MAPL001126484 .

3          69.    Attached as Exhibit P-60 is a true and correct copy of 42 C.F.R. 422.310.

4          70.    Attached as Exhibit P-61 is a true and correct copy of relevant excerpts of

5    the transcript of the July 28, 2021 deposition of Jeff Dumcum.

6          71.    Attached as Exhibit P-62 is a true and correct copy of relevant excerpts of

7    the transcript of the August 30, 2022 deposition of John Martinez.

8          72.    Attached as Exhibit P-63 is a true and correct copy of a document Bates-

9    stamped MAPL000814082.

10          73.    Attached as Exhibit P-64 is a true and correct copy of relevant excerpts of

11    the June 30, 2021 deposition of Stephanie Gardner.

12          74.    Attached as Exhibit P-65 is a true and correct copy of relevant excerpts of

13    the February 24, 2022 deposition of Kimberly Halva.

14          75.    Attached as Exhibit P-66 is a true and correct copy of a document Bates-

15    stamped USBP0061943.

16          76.    Attached as Exhibit P-67 is a true and correct copy of relevant excerpts of

17    the transcript of the April 5, 2024 deposition of Julia Lambert, an expert retained by

18    United.

19          77.    Attached as Exhibit P-68 is a true and correct copy of relevant excerpts of

20    the Medicare Advantage & Prescription Drug Plan Fall Conference & Webcast,

21    Conference Guide (Sept. 7, 2017), available at:  https://www.cms.gov/outreach-and-

22    education/training/cteo/downloads/2017-fall-conference/cms-ma-

23    pdpconffall2017guidefinalpdf.pdf (last visited July 9, 2024).

24          78.    Attached as Exhibit P-69 is a true and correct copy of relevant excerpts of

25    the transcript of the May 3, 2022 deposition of Jimmy Higgins.

26          79.    Attached as Exhibit P-70 is a true and correct copy of relevant excerpts of

27    the transcript of the April 13, 2022 deposition of Rebecca Paul.

28          80.    Attached as Exhibit P-71 is a true and correct copy of relevant excerpts of

7

5082

1  the transcript of the August 10, 2022 deposition of Jon Bird.

2      81.    Attached as Exhibit P-72 is a true and correct copy of relevant excerpts of

3  the transcript of the June 7, 2023 deposition of Biggs Cannon taken pursuant to FRCP

4  30(b)(6).

5      82.    Attached as Exhibit 73 is a true and correct copy of Deposition Exhibit 167-

6  1, Bates-stamped MAPL008247236.

7      83.    Attached as Exhibit P-74 is a true and correct copy of relevant excerpts of

8  the transcript of the April 2, 2024 deposition of Craig Garthwaite, an expert retained by

9  the United States.

10      84.    Attached as Exhibit P-75 is a true and correct copy of Deposition Exhibit

11  328, an October 22, 2014 Letter from counsel from the Department of Justice to counsel

12  from Latham & Watkins.

13      85.    Attached as Exhibit P-76 is a true and correct copy of relevant excerpts of

14  the transcript of the August 5, 2022 deposition of Rebecca Martin.

15      86.    Attached as Exhibit P-77 is a true and correct copy of 45 C.F.R. 162.1002.

16      87.    Attached as Exhibit P-78 is a true and correct copy of an Order Denying

17  Without Prejudice Plaintiff's Motion to Compel Re Interrogatory 14 and Request For

18  Production 147 (Dkt. 419), dated May 28, 2021.

19      88.    Attached as Exhibit P-79 is a true and correct copy of relevant excerpts of

20  the transcript of the March 20, 2024 deposition of Paul Spitalnic, an expert for the

21  United States.

22      89.    Attached as Exhibit P-80 is a true and correct copy of relevant excerpts of

23  the 2013 Call Letter, available at:  https://www.cms.gov/medicare/health-

24  plans/healthplansgeninfo/downloads/2013-call-letter.pdf (last visited July 25, 2024).

25      90.    Attached as Exhibit P-81 is a true and correct copy of relevant excerpts of

26  Deposition Exhibit 309, Bates-stamped MAPL009701356.

27      91.    Attached as Exhibit P-82 is a true and correct copy of relevant excerpts of

28  the transcript of the July 27, 2022 deposition of Melissa Ferron.

5083

92.    Attached as Exhibit P-83 is a true and correct copy of relevant excerpts of the transcript of the August 25, 2022 deposition of Carolyn Kapustij.

93.    Attached as Exhibit P-84 is a true and correct copy of relevant excerpts of Deposition Exhibit 712-4, Bates-stamped MARA161485.

94.    Attached as Exhibit P-85 is a true and correct copy of relevant excerpts of the September 12, 2023 deposition of Patricia Brennan.

95.    Attached as Exhibit P-86 is a true and correct copy of Deposition Exhibit 726, a March 27, 2016 Letter from counsel from Latham & Watkins to counsel from the Department of Justice.

96.    Attached as Exhibit P-87 is a true and correct copy of relevant excerpts of Deposition Exhibit 727, Bates-stamped MARA2160501.

97.    Attached as Exhibit P-88 is a true and correct copy of relevant excerpts of the July 12, 2022 deposition of Kathleen Baker.

98.    Attached as Exhibit P-89 is a true and correct copy of Deposition Exhibit 348, Bates-stamped ICODIFY-0170934.

99.    Attached as Exhibit P-90 is a true and correct copy of relevant excerpts of the transcript of the June 7, 2022 deposition of MaryBeth Meyer.

100.   Attached as Exhibit P-91 is a true and correct copy of relevant excerpts of the transcript of the November 21, 2023 deposition of Anne Hornsby taken pursuant to FRCP 30(b)(6).

101.  Attached as Exhibit P-92 is a true and correct copy of relevant excerpts of Contract Year 2015 Policy and Technical Changes to the Medicare Advantage Program, 79 Fed. Reg. 29,844 (May 23, 2014) (to be codified at 42 C.F.R. pts. 417, 422-24).

102.  Attached as Exhibit P-93 is a true and correct copy of relevant excerpts of the transcript of the August 23, 2022 deposition of Cynthia Tudor.

103.  Attached as Exhibit P-94 is a true and correct copy of relevant excerpts of the transcript of the August 9, 2023 deposition of Chris Bresette taken pursuant to

1  FRCP 30(b)(6).

2

3          I declare under penalty of perjury that the foregoing is true and correct.

4          Executed this 31st day of July, 2024

5

6

7                                    _____

8                                    Martha N. Glover

9                                    Attorney for the United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    10

5085