1  LATHAM & WATKINS LLP
       David J. Schindler (Bar No. 130490)
2       *david.schindler@lw.com*
       Manuel A. Abascal (Bar No. 171301)
3       *manny.abascal@lw.com*
   355 South Grand Avenue, Suite 100
4  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  LATHAM & WATKINS LLP
       Daniel Meron (appearing *pro hac vice*)
7       *daniel.meron@lw.com*
       Abid R. Qureshi (appearing *pro hac vice*)
8       *abid.qureshi@lw.com*
   555 Eleventh Street, NW, Suite 1000
9  Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
10

11  BARTLIT BECK LLP
       Philip S. Beck (appearing *pro hac vice*)
12       *philip.beck@bartlitbeck.com*
       Sean W. Gallagher (appearing *pro hac vice*)
13       *sean.gallagher@bartlitbeck.com*
       Cindy L. Sobel (appearing *pro hac vice*)
14       *cindy.sobel@bartlitbeck.com*
       Nicolas Martinez (appearing *pro hac vice*)
15       *nicolas.martinez@bartlitbeck.com*
       Benjamin R. Montague
16       *benjamin.montague@bartlitbeck.com*
   54 W. Hubbard Street, Suite 300
17  Chicago, Illinois 60654-8174
   Telephone: +1.312.494.4400
18  Facsimile: +1.312.494.4440

19  BARTLIT BECK LLP
       Andrew C. Baak (appearing *pro hac vice*)
20       *andrew.baak@bartlitbeck.com*
       Jameson R. Jones (appearing *pro hac vice*)
21       *jameson.jones@bartlitbeck.com*
   1801 Wewatta Street, Suite 1200
22  Denver, Colorado 80202-6318
   Telephone: +1.303.592.3100
23  Facsimile: +1.303.592.3140

   Attorneys for United Defendants
24

25  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General, Civil Division
26

27  E. MARTIN ESTRADA
   United States Attorney
   DAVID M. HARRIS
28  ROSS M. CUFF

JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov

TRINI E. ROSS
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br>    Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br>    Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**JOINT UNOPPOSED APPLICATIONS OF PLAINTIFF UNITED STATES AND DEFENDANT UNITED TO FILE EXHIBITS TO JOINT EVIDENTIARY APPENDIX UNDER SEAL** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Revised Stipulated Protective Order Governing the Treatment of Protected Information ("Protective Order"), Dkt. 572, filed in this case and Local Rule 79-5, Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Inc., United Healthcare Insurance Company, UHIC Holdings, Inc., Ovations, Inc., Optum, Inc., and OptumInsight, Inc. (collectively "United Defendants") and Plaintiff the United States of America, by and through their attorneys, respectfully submit unopposed joint applications to this Court for an Order permitting certain materials to be filed under seal with this Court.

Specifically, Plaintiff the United States of America requests an Order permitting portions of the following materials to be filed under seal with this Court:

- Exhibit P-87
- Exhibit D-75
- Exhibit D-81
- Exhibit D-82
- Exhibit D-122A
- Exhibit D-129

The United Defendants request an Order permitting the following materials to be filed under seal with this Court:

- Exhibit P-87
- Exhibit D-25
- Exhibit D-34
- Exhibit D-150

The aforementioned documents are included as exhibits to the parties' Joint Brief Regarding Cross Motions for Summary Judgment and are contained in the parties' Joint Evidentiary Appendix. Pursuant to the Protective Order and Local

Rule 79-5, the parties are submitting these documents, included in the full Joint Evidentiary Appendix, under seal.

Additionally, the parties respectfully request that they be permitted to file both (1) a redacted version of these documents as part of the Joint Evidentiary Appendix publicly and (2) an un-redacted and sealed version of the above listed documents in the Joint Evidentiary Appendix in order to avoid disclosure of information sought to be protected by this application.

Declarations in support of these applications and an unredacted version of the parties' Joint Evidentiary Appendix containing these exhibits are being submitted concurrently herewith, under seal. The bases for sealing are included in the parties' supporting Declarations. A proposed order is also lodged herewith.

Dated: August 6, 2024                Respectfully submitted,

                                     LATHAM & WATKINS LLP
                                     DAVID J. SCHINDLER
                                     MANUEL A. ABASCAL
                                     DANIEL MERON
                                     ABID R. QURESHI


                                     By: /s/ David J. Schindler
                                        David J. Schindler
                                        Attorneys for United Defendants


                                     BARTLIT BECK LLP
                                     Philip S. Beck (appearing *pro hac vice*)
                                        philip.beck@bartlitbeck.com
                                     Sean W. Gallagher (appearing *pro hac vice*)
                                        sean.gallagher@bartlitbeck.com
                                     Cindy L. Sobel (appearing *pro hac vice*)
                                        cindy.sobel@bartlitbeck.com
                                     Nicolas Martinez (appearing *pro hac vice*)
                                        nicolas.martinez@bartlitbeck.com
                                     Benjamin R. Montague
                                        benjamin.montague@bartlitbeck.com
                                     54 W. Hubbard Street, Suite 300

|   |   |
|---|---|
| 1 | Chicago, Illinois 60654-8174 |
| 2 | Telephone: +1.312.494.4400<br>Facsimile: +1.312.494.4440 |
| 3 | BARTLIT BECK LLP |
| 4 | Andrew C. Baak (appearing *pro hac vice*)<br>  andrew.baak@bartlitbeck.com |
| 5 | Jameson R. Jones (appearing *pro hac vice*)<br>  jameson.jones@bartlitbeck.com |
| 6 | 1801 Wewatta Street, Suite 1200<br>Denver, Colorado 80202-6318 |
| 7 | Telephone: +1.303.592.3100<br>Facsimile: +1.303.592.3140 |
| 8 | Attorneys for United Defendants |
| 9 |  |
| 10 | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General, Civil Division |
| 11 | E. MARTIN ESTRADA<br>United States Attorney |
| 12 | DAVID M. HARRIS<br>ROSS M. CUFF |
| 13 | HUNTER B. THOMSON<br>Assistant United States Attorneys |
| 14 |  |
| 15 | JAMIE ANN YAVELBERG<br>ROBERT McAULIFFE |
| 16 | EDWARD CROOKE<br>LINDA McMAHON |
| 17 | JESSICA E. KRIEG<br>AMY L. LIKOFF |
| 18 | GREGORY A. MASON<br>MARTHA N. GLOVER |
| 19 | WENDY ZUPAC<br>Civil Division, Department of Justice |
| 20 | TRINI E. ROSS |
| 21 | United States Attorney<br>DAVID CORIELL |
| 22 | Assistant United States Attorney |
| 23 | */s/ Martha Glover*<br>_____ |
| 24 | Martha N. Glover<br>Trial Attorney, Department of Justice |
| 25 | Attorneys for the United States of America |
| 26 |  |
| 27 |  |
| 28 |  |

**JOINT APPLICATIONS FOR SEALING ORDER**
4   CASE NO. 2-16-CV-08697-FMO-PVCx