1  LATHAM & WATKINS LLP
    David J. Schindler (Bar No. 130490)
2     *david.schindler@lw.com*
    Manuel A. Abascal (Bar No. 171301)
3     *manny.abascal@lw.com*
   355 South Grand Avenue, Suite 100
4  Los Angeles, California 90071-1560
   Telephone: +1.213.485.1234;
5  Facsimile: +1.213.891.8763

6  *Attorneys for United Defendants*

7  MICHAEL D. GRANSTON
   Deputy Assistant Attorney General, Civil Division
8  E. MARTIN ESTRADA
   United States Attorney
9  DAVID M. HARRIS
   ROSS M. CUFF
10 JACK D. ROSS (CBN 265883)
   HUNTER B. THOMSON (CBN 330533)
11 Assistant United States Attorneys
   300 N. Los Angeles Street, Room 7516
12 Los Angeles, California 90012
   Tel: (213) 894-6379; Fax: (213) 894-7819
13 Email: *hunter.thomson@usdoj.gov*

14 *Attorneys for the United States of America*

15 [Additional Counsel Listed on Next Page]

16            **UNITED STATES DISTRICT COURT**
17            **CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| 18  UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, | CASE NO. 2:16-cv-08697-FMO-PVCx |
| 19                    Plaintiff, | **JOINT EVIDENTIARY APPENDIX** |
| 20      v. | **VOLUME 4 OF 14** |
| 21  UNITEDHEALTH GROUP, INC. *et al.*, | **EXHIBITS D-26 THROUGH D-34** **PAGES 0708 THROUGH 0757** |
| 22                    Defendants. | |
| 23 | Hon. Fernando M. Olguin |
| 24 | |
| 25 | Hearing Date:  September 5, 2024 Hearing Time:  10:00 a.m. |
| 26 | Courtroom:  6D |

27        **REDACTED VERSION OF DOCUMENT PROPOSED TO BE**
28                    **FILED UNDER SEAL**

LATHAM & WATKINS LLP
    Daniel Meron (appearing *pro hac vice*)
     *daniel.meron@lw.com*
    Abid R. Qureshi (appearing *pro hac vice*)
     *abid.qureshi@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

BARTLIT BECK LLP
    Philip S. Beck (appearing *pro hac vice*)
     *philip.beck@bartlitbeck.com*
    Sean W. Gallagher (appearing *pro hac vice*)
     *sean.gallagher@bartlitbeck.com*
    Cindy L. Sobel (appearing *pro hac vice*)
     *cindy.sobel@bartlitbeck.com*
    Nicolas Martinez (appearing *pro hac vice*)
     *nicolas.martinez@bartlitbeck.com*
    Benjamin R. Montague (appearing *pro hac vice*)
     *benjamin.montague@bartlitbeck.com*
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440

BARTLIT BECK LLP
    Andrew C. Baak (appearing *pro hac vice*)
     *andrew.baak@bartlitbeck.com*
    Jameson R. Jones (appearing *pro hac vice*)
     *jameson.jones@bartlitbeck.com*
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202-6318
Telephone: +1.303.592.3100
Facsimile: +1.303.592.3140

*Attorneys for United Defendants*


JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
GREGORY A. MASON
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
        P.O. Box 261, Ben Franklin Station
        Washington, D.C. 20044
        Tel: (202) 307-0486; Fax: (202) 307-3852
        Email:  robert.mcauliffe@usdoj.gov
TRINI E. ROSS
United States Attorney

DAVID CORIELL
Assistant United States Attorney
138 Delaware Avenue
Buffalo, New York 14201
Tel: (716) 843-5830; Fax: (716) 551-3052
Email: david.coriell@usdoj.gov

*Attorneys for the United States of America*

**EXHIBIT D-26**

Message

| | |
|---|---|
| **Sent**: | 8/22/2016 1:54:59 AM |
| **To**: | Nelson, Steve H [steve_nelson@uhc.com] |
| **BCC**: | Harlow, Jennifer A. (CMS/CM) [/O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=jennifer.harlow.cms20728073]; Chaudhuri, Ilina (CMS/CM) [/O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Ilina.Chaudhuri.CMS]; Reed-Asante, Monica (CMS/CM) [/O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=Monica.Reed.CMS]; Paul, Rebecca (CMS/CM) [/O=HHS EES/OU=First Administrative Group/cn=Recipients/cn=rebecca.paul.cms55708697]; Simons, Kellie M. (CMS/CM) [/O=HHS EES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Kellie.Gombeski.CMS]; Kreisel, Johanna (OS/OGC) [/O=HHS EES/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=b191e47b8d7d42b8a6a6460de4a4eabb]; Burke, Sherry Lynn (HHS/OGC) [/O=HHS EES/OU=EXTernal (FYDIBOHF25SPDLT)/cn=Recipients/cn=65433f2bbb034833b76096f08ab6184f] |
| **Subject**: | RE: 2014 CMS RAF Attestation |

Steve,

With this email, we are acknowledging receipt of your email dated 6/7/16. However, neither the receipt of your email nor any acknowledgment of such receipt should be interpreted as acquiescence by the Government to any purported modification to the Attestations of Risk Adjustment Data submitted by United or to any of the arrangements described in or statements made in your email, or as a release of any of United's present or future liability to the Government. As you know, both regulation and the MA organizations' contracts with CMS prescribe the specific language of this Attestation, and the MA organizations' execution and submission of the Attestation as specified is a condition of payment by the Medicare Program.

With respect to your fifth point, as we noted last year in response to a similar email from you, there are laws and contractual provisions that impose standards, requirements and responsibilities on MA organizations in connection with federal payments, including risk adjustment payments, they receive from the Medicare Program. We cannot provide legal advice to United about whether its current or proposed courses of action are compliant with such laws and obligations, but we do wish to remind you that MA organizations are required to implement effective compliance programs that prevent, detect and correct non-compliance with CMS program requirements, to exercise reasonable diligence in identifying overpayments, and to report and return such overpayments to the Medicare Program within 60 days. MA organizations cannot delegate these legal obligations to others.

Cheri Rice
Director, Medicare Plan Payment Group
Centers for Medicare and Medicaid Services

---

**From:** Nelson, Steve H [mailto:steve_nelson@uhc.com]
**Sent:** Tuesday, June 7, 2016 10:21 AM
**To:** Rice, Cheri M. (CMS/CM) <Cheri.Rice@cms.hhs.gov>
**Subject:** 2014 CMS RAF Attestation

Cheri,

USBP001354107

As we have done the past several years, we are reaching out to you, to reiterate our approach to the electronic annual risk adjustment certifications. As you know, annual risk adjustment data certifications before 2014 were submitted on paper, enabling companies to add notes explaining their understanding of these certifications (including any remediation efforts). As we discussed with you in the past, because the certifications are now electronic, companies are unable to include explanatory notes. As such, we informed you in writing regarding our understanding of these certifications.

Because the certifications remain electronic with no ability to add explanatory notes, we feel it would again be helpful, and appropriate, to capture our prior discussion and understanding regarding the certifications.

- As with our past certifications, the 2014 certifications are based on facts reasonably available or made available to us as of the date of the certifications. As we receive additional information, we may be required to modify the data to which the certifications relate
- The certifications use the phrase "best knowledge, information, and belief," which is based on our ordinary business practices.
- The certifications only cover risk adjustment data for 2014 dates of service that were submitted to CMS and not subsequently deleted prior to the date of the certifications.
- As we have mentioned to you previously, we are continuously engaged in the ongoing review of our risk adjustment processes and submission system. This review has identified areas for improvement and, as a result, we will be deleting all risk adjustment data for 2014 dates of service that we ultimately determine should be deleted consistent with this email.
- CMS issued a proposed rule two years ago that would have required MA plans to design any medical record reviews to determine the accuracy of risk adjustment diagnoses associated with those records. In May 2014, CMS withdrew the proposed rule. During our conversations before the proposed rule was withdrawn, CMS confirmed to us that the proposed requirements would not apply until the effective date of the rule, and that MA plans were thus not required to design their medical record reviews to determine the accuracy of risk adjustment diagnoses. As we discussed at that time, we previously had a process through which we reviewed certain medical records to determine the accuracy of risk adjustment diagnoses and submitted appropriate deletes. Based on our conversations with CMS two years ago, CMS's withdrawal of the proposed rule, and CMS's announced plans to use a FFS Adjuster to address diagnoses not supported by a medical record in the context of RADV, we ended this process and informed you of that decision at the time. That decision remains operative for 2014 dates of service. In particular, we did not use our previous process to determine whether diagnosis codes submitted through claims are unsupported in the medical record. We do have a quality assurance process that deletes codes initially identified during chart review and that are later determined to be unsupported.

The certifications we submit this year are made subject to these clarifications. Please let me know if you have any questions. As always, we appreciate your time and attention on this matter.

Steve Nelson
Chief Executive Officer
UnitedHealthcare Medicare & Retirement

USBP001354108

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

USBP001354109

**EXHIBIT D-27**

Message

---

| | |
|---|---|
| **From:** | Rice, Cheri M. (CMS/CM) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=CHERI.RICE.CMS59728027] |
| **Sent:** | 7/30/2015 9:56:36 PM |
| **To:** | steve_nelson@uhc.com |
| **Subject:** | RE: 2013 CMS RAF Attestation |

Steve,

With this email, we are acknowledging receipt of your email dated 6/26/15. However, neither the receipt of your email nor any acknowledgment of such receipt should be interpreted as acquiescence by the Government to any purported modification to the Attestations of Risk Adjustment Data submitted by United or to any of the arrangements described in or statements made in your email, or as a release of any of United's present or future liability to the Government. As you know, both regulation and the MA organizations' contracts with CMS prescribe the specific language of this Attestation, and the MA organizations' execution and submission of the Attestation as specified is a condition of payment by the Medicare Program.

With respect to your fifth point, as we noted last year in response to a similar email from you, there are laws and contractual provisions that impose standards, requirements and responsibilities on MA organizations in connection with federal payments, including risk adjustment payments, they receive from the Medicare Program. We cannot provide legal advice to United about whether its current or proposed courses of action are compliant with such laws and obligations, but we do wish to remind you that MA organizations are required to implement effective compliance programs that prevent, detect and correct non-compliance with CMS program requirements, to exercise reasonable diligence in identifying overpayments, and to report and return such overpayments to the Medicare Program within 60 days. MA organizations cannot delegate these legal obligations to others.

Cheri Rice
Director, Medicare Plan Payment Group
Centers for Medicare and Medicaid Services

---

**From:** Nelson, Steve H [mailto:steve_nelson@uhc.com]
**Sent:** Friday, June 26, 2015 12:42 PM
**To:** Rice, Cheri M. (CMS/CM)
**Subject:** 2013 CMS RAF Attestation

Cheri,

Similar to last year, we are reaching out to you, to reiterate our approach to the electronic annual risk adjustment certifications. As you know, annual risk adjustment data certifications before 2014 were submitted on paper, enabling companies to add notes explaining their understanding of these certifications (including any remediation efforts). As we discussed with you last year, because the certifications are now electronic, companies are unable to include explanatory notes. As such, we informed you in writing our understanding of these certifications.

USBP001354165

Because the certifications remain electronic with no ability to add explanatory notes, we feel it would again be helpful, and appropriate, to capture our discussion and understanding regarding the certifications.

- As with our past certifications, the 2013 certifications are based on facts reasonably available or made available to us as of the date of the certifications.  As we receive additional information, we may be required to modify the data to which the certifications relate
- The certifications use the phrase "best knowledge, information, and belief," which is based on our ordinary business practices.
- The certifications only cover risk adjustment data for 2013 dates of service that were submitted to CMS and not subsequently deleted prior to the date of the certifications.
- As we have mentioned to you previously, we are engaged in an ongoing review of our risk adjustment processes and submission system.  This review has identified areas for improvement and, as a result, we will be deleting all risk adjustment data for 2013 dates of service that we ultimately determine should be deleted consistent with this email.
- CMS issued a proposed rule last year that would have required MA plans to design any medical record reviews to determine the accuracy of risk adjustment diagnoses associated with those records.  In May 2014, CMS withdrew the proposed rule.  During our conversations last year before the proposed rule was withdrawn, CMS confirmed to us that the proposed requirements would not apply until the effective date of the rule, and that MA plans were thus not required to design their medical record reviews to determine the accuracy of risk adjustment diagnoses. As we discussed last year, we previously had a process through which we reviewed certain medical records to determine the accuracy of risk adjustment diagnoses and submitted appropriate deletes.  Based on our conversations with CMS last year, CMS's withdrawal of the proposed rule, and CMS's ongoing consideration of a FFS Adjuster to address diagnoses not supported by a medical record in the context of RADV, we ended this process and informed you of that decision.  That decision remains operative for 2013 dates of service.  In particular, we did not use our previous process to determine whether diagnosis codes submitted through claims are unsupported in the medical record.  We do have a quality assurance process that deletes codes initially identified during chart review and that are later determined to be unsupported.

The certifications we submit this year are made subject to these clarifications.  Please let me know if you have any questions.  As always, we appreciate your time and attention on this matter.

Steve Nelson
Chief Executive Officer
UnitedHealthcare Medicare & Retirement

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

USBP001354166

**EXHIBIT D-28**

## ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION

Pursuant to the contracts between the Centers for Medicare & Medicaid Services (CMS) and the UnitedHealth Group affiliate listed in Attachment 1, hereafter referred to as the MA Organization, governing the operation of the Medicare Advantage and Medicare Advantage-Prescription Drug plans listed in Attachment 1, the MA Organization hereby requests payment under the contract and, in doing so, makes the following attestation concerning CMS payments to the MA Organization.* The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentations to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2009 to December 31, 2009 all risk adjustment data for 2009 dates of service available to the MA Organization as of December 31, 2009, with respect to the MA and MA-PD plans listed in Attachment 1. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in such report and not subsequently deleted prior to the date hereof is accurate, complete, and truthful.

NAME: John Larsen
TITLE: Chief Financial Officer,
 Public & Senior Markets Group
On behalf of the UnitedHealth Group
entities listed in Attachment 1

3/26/10

DATE

* This Certification is based on facts reasonably available or made available to the MA Organization as of the date of this Certification and is not to be construed as a representation by the entities listed in Attachment 1, their affiliates, officers, representatives, or agents that the data to which the Certification relate may not require subsequent modification should additional information become available. Best knowledge, information, and belief means based on normal business practices. In addition, the scope of this Certification does not include risk adjustment data related to "long-term institutionalized" or "community," which the MA Organization is not required to report to or otherwise verify for CMS. Such designations are made by CMS based on a CMS data source and are subject to reconciliation by CMS in accordance with Section 91.4.2 of Chapter 7 of the Medicare Managed Care Manual. As previously communicated to CMS, we believe these designations are materially inaccurate. However, we acknowledge CMS' position that such designations are generally accurate.

Annual Risk Adjustment Attestation/United Medicare

USBP008083511

Attachment 1
Page 1 of 2

| Contract | Contracting Party |
|----------|-------------------|
| H0151 | United HealthCare of Alabama, Inc. |
| H0251 | United HealthCare Plan of the River Valley, Inc. |
| H0303 | PacifiCare of Arizona, Inc |
| H0316 | United HealthCare of Arizona Inc |
| H0321 | Arizona Physicians IPA, Inc. |
| H0401 | United HealthCare of Arkansas, Inc. |
| H0408 | United HealthCare Insurance Company |
| H0410 | United HealthCare Insurance Company |
| H0543 | PacifiCare of California |
| H0609 | PacifiCare of Colorado, Inc. |
| H0620 | United HealthCare Insurance Company |
| H0624 | United HealthCare Insurance Company |
| H0710 | United HealthCare Insurance Company |
| H0752 | Oxford Health Plans (CT), Inc. |
| H1080 | United HealthCare of Florida, Inc. |
| H1108 | United HealthCare Insurance Company |
| H1111 | United Healthcare of Georgia, Inc. |
| H1286 | United HealthCare Insurance Company |
| H1303 | United HealthCare Insurance Company |
| H1509 | United HealthCare Insurance Company |
| H1717 | United HealthCare Insurance Company |
| H1944 | United HealthCare Insurance Company |
| H2001 | United HealthCare Insurance Company |
| H2003 | United HealthCare Insurance Company |
| H2011 | United HealthCare Insurance Company |
| H2182 | United HealthCare Insurance Company |
| H2226 | United HealthCare Insurance Company |
| H2228 | United HealthCare Insurance Company |
| H2406 | United HealthCare Insurance Company |
| H2654 | United HealthCare of the Midwest, Inc. |
| H2802 | United HealthCare of the Midlands, Inc. |
| H2803 | United HealthCare Insurance Company |
| H2905 | Sierra Health and Life Insurance Company, Inc. |
| H2931 | Health Plan Of Nevada, Inc |
| H2961 | Health Plan of Nevada, Inc. |
| H3107 | Oxford Health Plans (NJ), Inc. |
| H3113 | Oxford Health Plans (NJ), Inc. |
| H3164 | AmeriChoice Of New Jersey, Inc. |
| H3209 | United HealthCare Insurance Company |
| H3307 | Oxford Health Plans (NY) Inc. |
| H3379 | United HealthCare of New York, Inc. |
| H3387 | United HealthCare of New York, Inc. |
| H3456 | United HealthCare of North Carolina, Inc. |

Annual Risk Adjustment Attestation/United Medicare

USBP008083512

Attachment 1
Page 2 of 2

| Contract | Contracting Party |
|----------|-------------------|
| H3659 | United HealthCare of Ohio, Inc. |
| H3749 | PacifiCare of Oklahoma, Inc. |
| H3805 | PacifiCare of Oregon, Inc. |
| H3812 | United HealthCare Insurance Company |
| H3887 | United HealthCare Insurance Company |
| H3912 | United HealthCare Insurance Company |
| H3921 | United HealthCare Insurance Company |
| H4102 | United HealthCare of New England, Inc. |
| H4106 | United HealthCare Insurance Company |
| H4406 | United HealthCare of Tennessee, Inc. |
| H4449 | Sierra Health and Life Insurance Company, Inc. |
| H4514 | Evercare of Texas, LLC |
| H4456 | United HealthCare Plan of the River Valley, Inc. |
| H4522 | United HealthCare Insurance Company |
| H4590 | PacifiCare of Texas, Inc. |
| H4604 | United HealthCare of Utah |
| H4720 | United HealthCare Insurance Company of New York |
| H4837 | United HealthCare of Wisconsin |
| H4971 | United HealthCare Insurance Company |
| H5005 | PacifiCare of Washington, Inc. |
| H5008 | United HealthCare Insurance Company |
| H5253 | United HealthCare of Wisconsin, Inc |
| H5417 | United HealthCare Insurance Company |
| H5424 | United HealthCare Insurance Company |
| H5435 | PacifiCare Life & Health Insurance Company |
| H5440 | United HealthCare Insurance Company |
| H5507 | United HealthCare Insurance Company |
| H5516 | United HealthCare Insurance Company |
| H5532 | United HealthCare Insurance Company |
| H5678 | United HealthCare Insurance Company |
| H5697 | United HealthCare Insurance Company |
| H5749 | United HealthCare Insurance Company |
| H5754 | United HealthCare Insurance Company |
| H5918 | United HealthCare Insurance Company |
| H6228 | United HealthCare Insurance Company |
| H6793 | United HealthCare Insurance Company |
| H6952 | Great Lakes Health Plan, Inc. |
| H7187 | United HealthCare Insurance Company |
| H7949 | PacifiCare Of Nevada, Inc. |
| H8748 | United HealthCare Insurance Company |
| H9011 | United HealthCare of Florida Inc. |
| H9149 | United HealthCare Insurance Company |
| R3175 | United HealthCare Insurance Company |

0718

USBP008083513

Attachment 1
Page 3 of 2

| Contract | Contracting Party |
|----------|-------------------|
| R5287 | United HealthCare Insurance Company |
| R5342 | United HealthCare Insurance Company of New York |
| R5674 | Sierra Health and Life Insurance Company, Inc. |
| R7444 | United HealthCare Insurance Company |

USBP008083514

**EXHIBIT D-29**

Case 2:16-cv-08697-FMO-PVC   Document 608-3   Filed 08/06/24   Page 17 of 27   Page ID #:23958

# Risk Adjustment Certification Reports - Payment Year 2017 (Dates of Service 2016)

**Confirmation #:** 409

**ATTACHMENT B**

**ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION, MEDICARE MEDICAID PLAN OR PACE ORGANIZATION**

Pursuant to the contract(s) between the Centers for Medicare & Medicaid Services (CMS) and UNITEDHEALTHCARE INSURANCE COMPANY (H0624), hereafter referred to as the MA Organization, governing the operation of the following Medicare Advantage and Medicare Advantage-Prescription Drug plans 001, the MA Organization hereby requests payment under the contract, and in doing so, makes the following attestation concerning CMS payments to the MA Organization. The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentation to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2016, to December 31, 2016, all risk adjustment data (*inpatient hospital, outpatient hospital, and physician*) available to the MA Organization, Medicare Medicaid Plan or PACE Organization as of the applicable deadline(s), with respect to the above-stated MA, MMP, and MA-PD plans. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in this report is accurate, complete, and truthful.

TIMOTHY NOEL on behalf of

UNITEDHEALTHCARE INSURANCE COMPANY (H0624)

10/12/2018

Close

CONFIDENTIAL        USBP009417442

**EXHIBIT D-30**

# Risk Adjustment Certification Reports - Payment Year 2016 (Dates of Service 2015)

**Confirmation #:** 401

**ATTACHMENT B**

**ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION, MEDICARE MEDICAID PLAN OR PACE ORGANIZATION**

Pursuant to the contract(s) between the Centers for Medicare & Medicaid Services (CMS) and UNITEDHEALTHCARE INSURANCE COMPANY (H0319), hereafter referred to as the MA Organization, governing the operation of the following Medicare Advantage and Medicare Advantage-Prescription Drug plans 001, the MA Organization hereby requests payment under the contract, and in doing so, makes the following attestation concerning CMS payments to the MA Organization. The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentation to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2015, to December 31, 2015, all risk adjustment data (*inpatient hospital, outpatient hospital, and physician*) available to the MA Organization, Medicare Medicaid Plan or PACE Organization as of the applicable deadline(s), with respect to the above-stated MA, MMP, and MA-PD plans. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in this report is accurate, complete, and truthful.

TIMOTHY NOEL on behalf of

UNITEDHEALTHCARE INSURANCE COMPANY (H0319)

10/12/2018

Close

CONFIDENTIAL    USBP009417526

**EXHIBIT D-31**

Case 2:16-cv-08697-FMO-PVC   Document 608-3   Filed 08/06/24   Page 21 of 27   Page ID #:23962

**Health Plan Management System**

Home

# Risk Adjustment Certification Reports - Payment Year 2015 (Dates of Service 2014)

**Confirmation #:** 909

**ATTACHMENT B**

**ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION, MEDICARE MEDICAID PLAN OR PACE ORGANIZATION**

Pursuant to the contract(s) between the Centers for Medicare & Medicaid Services (CMS) and UNITEDHEALTHCARE INSURANCE COMPANY (R7444), hereafter referred to as the MA Organization, governing the operation of the following Medicare Advantage and Medicare Advantage-Prescription Drug plans 001, the MA Organization hereby requests payment under the contract, and in doing so, makes the following attestation concerning CMS payments to the MA Organization. The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentation to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2014, to December 31, 2014, all risk adjustment data (*inpatient hospital, outpatient hospital, and physician*) available to the MA Organization, Medicare Medicaid Plan or PACE Organization as of the applicable deadline(s), with respect to the above-stated MA, MMP, and MA-PD plans. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in this report is accurate, complete, and truthful.

BRIAN THOMPSON on behalf of

UNITEDHEALTHCARE INSURANCE COMPANY (R7444)

6/7/2016

Close

0725

CONFIDENTIAL                    USBP009417534

**EXHIBIT D-32**

# Risk Adjustment Certification Reports - Payment Year 2014 (Dates of Service 2013)

**Confirmation #:** 1150

**ATTACHMENT B**

**ATTESTATION OF RISK ADJUSTMENT DATA INFORMATION RELATING TO CMS PAYMENT TO A MEDICARE ADVANTAGE ORGANIZATION**

Pursuant to the contract(s) between the Centers for Medicare & Medicaid Services (CMS) and UNITEDHEALTHCARE INSURANCE COMPANY (R7444), hereafter referred to as the MA Organization, governing the operation of the following Medicare Advantage and Medicare Advantage-Prescription Drug plans 001, the MA Organization hereby requests payment under the contract, and in doing so, makes the following attestation concerning CMS payments to the MA Organization. The MA Organization acknowledges that the information described below directly affects the calculation of CMS payments to the MA Organization or additional benefit obligations of the MA Organization and that misrepresentation to CMS about the accuracy of such information may result in Federal civil action and/or criminal prosecution.

The MA Organization has reported to CMS for the period of January 1, 2013, to December 31, 2013, all risk adjustment data (INPATIENT HOSPITAL, OUTPATIENT HOSPITAL, AND PHYSICIAN) available to the MA Organization as of January 31, 2015, with respect to the above-stated MA and MA-PD plans. Based on best knowledge, information, and belief as of the date indicated below, all information submitted to CMS in this report is accurate, complete, and truthful.

BRIAN THOMPSON on behalf of

UNITEDHEALTHCARE INSURANCE COMPANY (R7444)

6/26/2015

Close

0727

CONFIDENTIAL    USBP009417619

**EXHIBIT D-33**

**From:**  Thompson, Brian R (CEO UHC M&R) [brian_r_thompson@uhc.com]
**Sent:**  Friday, October 12, 2018 6:34:45 PM
**To:**  Rice, Cheri M. (CMS/CM)
**CC:**  Korinko, Anna L; Harlow, Jennifer A. (CMS/CM)
**Subject:**  PY2016 and PY2017 RAF Attestations

Cheri,

As we have done the past several years, we are reaching out to you to reiterate our approach to the electronic annual risk adjustment certifications. As you know, annual risk adjustment data certifications before 2014 were submitted on paper, enabling companies to add notes explaining their understanding of these certifications (including any remediation efforts). As we discussed with you in the past, because the certifications are now electronic, companies are unable to include explanatory notes. As such, we informed you in writing regarding our understanding of these certifications.

Because the certifications remain electronic with no ability to add explanatory notes, we feel it would again be helpful, and appropriate, to capture our prior discussion and understanding regarding the certifications.

- As with our past certifications, the 2016 and 2017 certifications are based on facts reasonably available or made available to us as of the date of the certifications. As we receive additional information, we may modify the data to which the certifications relate.
- The certifications use the phrase "best knowledge, information, and belief," which is based on our ordinary business practices.
- The certifications only cover risk adjustment data for 2015 and 2016 dates of service that were submitted to CMS and not subsequently deleted before the date of the certifications.
- As we have mentioned to you previously, we are continuously engaged in the ongoing review of our risk adjustment processes and submission system. This review has identified areas for improvement and, as a result, we will be deleting all risk adjustment data for 2015 and 2016 dates of service that we ultimately determine should be deleted consistent with this email.
- CMS issued a proposed rule in 2014 that would have required MA plans to design any medical record reviews to determine the accuracy of risk adjustment diagnoses associated with those records. In May 2014, CMS withdrew the proposed rule. During the conversations between United and CMS before the proposed rule was withdrawn, CMS confirmed to United that the proposed requirements would not apply until the effective date of the rule, and that MA plans were thus not required to design their medical record reviews to determine the accuracy of risk adjustment diagnoses. As was discussed at that time, we previously had a process through which we reviewed certain medical records to determine the accuracy of risk adjustment diagnoses and submitted appropriate deletes. Based on the conversations with CMS in 2014, CMS's withdrawal of the proposed rule, and CMS's announced plans to use a FFS Adjuster to address diagnoses not supported by a medical record in the context of RADV, we ended this process and informed you of that decision at the time.
- As you know, United subsequently filed suit under the Administrative Procedures Act (APA) against the Department alleging that the final overpayment rule adopted by CMS in 2014 violates the Medicare Act because it purports to require MA plans to delete unsupported diagnosis codes even though CMS does not delete similar diagnosis codes from the data used to calibrate risk adjustment payments. In September 2018, the District Court granted United's motion for summary judgment.
- In 2017, the Department of Justice filed Complaints in Intervention in two False Claims Act (FCA) cases indicating that it has a broader view of the significance of this certification. The allegations in these complaints related to this certification have now been dismissed.
- Our decision to discontinue our prior process remains operative for 2015 and 2016 dates of service. In particular, we did not use our previous process to determine whether diagnosis codes submitted through claims are unsupported in the medical record. We do have a quality assurance process that deletes codes initially identified during chart review and that are later determined to be unsupported.
- Notwithstanding the Justice Department's allegations regarding the requirements related to risk adjustment data and the meaning of our certification, we are not certifying that we have validated

0729

USBP058101090

diagnostic codes submitted through claims or that we have deleted such codes based on our review of
medical records during chart review.

The certifications we submit this year are made subject to these clarifications.  Please let me know if you have
any questions.  As always, we appreciate your time and attention on this matter.


Brian Thompson
Chief Executive Officer
UnitedHealthcare Medicare &amp; Retirement


This e-mail, including attachments, may include confidential and/or
proprietary information, and may be used only by the person or entity
to which it is addressed. If the reader of this e-mail is not the intended
recipient or his or her authorized agent, the reader is hereby notified
that any dissemination, distribution or copying of this e-mail is
prohibited. If you have received this e-mail in error, please notify the
sender by replying to this message and delete this e-mail immediately.

0730

USBP058101091

**EXHIBIT D-34**

**FILED UNDER SEAL IN ITS ENTIRETY**