LATHAM & WATKINS LLP
David J. Schindler (Bar No. 130490)
david.schindler@lw.com
Manuel A. Abascal (Bar No. 171301)
manny.abascal@lw.com
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

*Attorneys for United Defendants*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General, Civil Division
E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
Assistant United States Attorneys
300 N. Los Angeles Street, Room 7516
Los Angeles, California 90012
(Tel: (213) 894-6379; Fax: (213) 894-7819
Email: *hunter.thomson@usdoj.gov*

*Attorneys for the United States of America*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., *et al.*, <br><br> Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx <br><br> **JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |

On January 29, 2024, the Court entered an Order Granting the Parties' Joint Request for a Continuance of Discovery Cut-Off, Pretrial, and Trial Dates (Dkt. 586). On August 30, 2024, the parties completed briefing on cross-motions for summary judgment (Dkts. 614, 615, 622, and 623), which remain pending. Given the need to resolve these motions and any motions for review prior to preparation for trial, the parties now request that the scheduled dates in this case be modified as follows:

| Event | Date |
|---|---|
| Deadline for parties to exchange jury instructions/verdict forms | April 3, 2025 |
| Deadline for Movant to serve letter requesting conference re Motion in Limine | April 17, 2025 |
| Deadline for Objections to jury instructions/verdict forms | April 24, 2025 |
| Deadline to Meet and Confer re Motions in Limine | May 1, 2025 |
| Deadline to Meet and Confer between lead counsel in CA to reach agreement on jury instructions/verdict forms | May 15, 2025 |
| Deadline for Movant to e-mail its portion of the Joint Motion in Limine | June 5, 2025 |
| Deadline for Nonmoving party to provide integrated Joint Motion in Limine to movant | July 10, 2025 |
| Deadline for Moving party to provide Reply Memoranda to Motions in Limine to non-moving party | July 31, 2025 |
| Deadline to Meet and Confer re Exhibit Stipulations | August 14, 2025 |
| Deadline to File, Memo of Contentions of Fact and Law, Witness lists, Pretrial Exhibit Stipulation and Joint Motions in Limine | August 28, 2025 |
| Deadline for Parties to Lodge [Proposed] Pretrial Conference and | September 11, 2025 |

| | |
|---|---|
| File, Joint Jury Instructions, Disputed Jury Instructions, Joint Proposed Verdict Form, Joint Statement of The Case, Proposed Additional Voir Dire Questions, if Desired, Reply Memoranda to Motions in Limine | |
| Final Pre-trial Conference | September 26, 2025 |
| Trial | October 21, 2025 |

All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

| | | |
|---|---|---|
| 1 | Dated: November 26, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP<br>DAVID J. SCHINDLER |
| 4 | | MANUEL A. ABASCAL<br>DANIEL MERON |
| 5 | | ABID R. QURESHI |
| 6 | | |
| 7 | | By /s/ *David J. Schindler*<br>David J. Schindler |
| 8 | | Attorneys for United Defendants |
| 9 | | LATHAM & WATKINS LLP |
| 10 | | Daniel Meron (appearing *pro hac vice*)<br>daniel.meron@lw.com |
| 11 | | Abid R. Qureshi (appearing *pro hac vice*)<br>abid.qureshi@lw.com |
| 12 | | 555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304 |
| 13 | | Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201 |
| 14 | | |
| 15 | | BARTLIT BECK LLP<br>Philip S. Beck (appearing *pro hac vice*) |
| 16 | | philip.beck@bartlitbeck.com<br>Sean W. Gallagher (appearing *pro hac vice*) |
| 17 | | sean.gallagher@bartlitbeck.com |
| 18 | | Cindy L. Sobel (appearing *pro hac vice*)<br>cindy.sobel@bartlitbeck.com |
| 19 | | Nicolas Martinez (appearing *pro hac vice*)<br>nicolas.martinez@bartlitbeck.con |
| 20 | | Benjamin R. Montague (appearing *pro hac vice)* |
| 21 | | benjamin.montague@bartlibeck.com<br>54 W. Hubbard Street, Suite 300 |
| 22 | | Chicago, Illinois 60654-8174 |
| 23 | | Telephone: +1.312.494.4400<br>Facsimile: +1.312.494.4440 |
| 24 | | |
| 25 | | BARTLIT BECK LLP<br>Andrew C. Baak (appearing *pro hac vice*) |
| 26 | | andrew.baak@bartlitbeck.com<br>Jameson R. Jones (appearing pro hac vice) |
| 27 | | jameson.jones@bartlitbeck.com<br>1801 Wewatta Street, Suite 1200 |
| 28 | | Denver, Colorado 80202-6318<br>Telephone: +1.303.592.3100 |

|    |                           |                                                  |
|----|---------------------------|--------------------------------------------------|
| 1  |                           | Facsimile: +1.303.592.3140                       |
| 2  |                           | Attorneys for United Defendants                  |
| 3  | Dated: November 26, 2024  | MICHAEL D. GRANSTON                              |
| 4  |                           | Deputy Assistant Attorney General, Civil Division |
| 5  |                           | E. MARTIN ESTRADA                                |
| 6  |                           | United States Attorney                           |
|    |                           | DAVID M. HARRIS                                  |
| 7  |                           | ROSS M. CUFF                                     |
| 8  |                           | JACK D. ROSS                                     |
|    |                           | HUNTER B. THOMSON                                |
| 9  |                           | PAUL LA SCALA                                    |
| 10 |                           | Assistant United States Attorneys                |
| 11 |                           | JAMIE ANN YAVELBERG                              |
| 12 |                           | ROBERT McAULIFFE                                 |
|    |                           | EDWARD CROOKE                                    |
| 13 |                           | LINDA McMAHON                                    |
| 14 |                           | JESSICA E. KRIEG                                 |
|    |                           | AMY L. LIKOFF                                    |
| 15 |                           | MARTHA N. GLOVER                                 |
| 16 |                           | WENDY ZUPAC                                      |
| 17 |                           | Civil Division, Department of Justice            |
| 18 |                           | TRINI E. ROSS                                    |
|    |                           | United States Attorney                           |
| 19 |                           | DAVID CORIELL                                    |
| 20 |                           | Assistant United States Attorney                 |
| 21 |                           | By: /s/ *Hunter B. Thomson*                      |
| 22 |                           | Hunter B. Thomson                                |
|    |                           | Attorneys for the United States of America       |

<u>Attestation</u>

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 26, 2024

By: /s/ David J. Schindler
David J. Schindler