1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al.*,<br><br>Defendant. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES** |

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as set out below:

| Event | Date |
|---|---|
| Deadline for parties to exchange jury instructions/verdict forms | April 3, 2025 |
| Deadline for Movant to serve letter requesting conference re Motion in Limine | April 17, 2025 |
| Deadline for Objections to jury instructions/verdict forms | April 24, 2025 |
| Deadline to Meet and Confer re Motions in Limine | May 1, 2025 |
| Deadline to Meet and Confer between lead counsel in CA to reach agreement on jury instructions/verdict forms | May 15, 2025 |
| Deadline for Movant to e-mail its portion of the Joint Motion in Limine | June 5, 2025 |
| Deadline for Nonmoving party to provide integrated Joint Motion in Limine to movant | July 10, 2025 |
| Deadline for Moving party to provide Reply Memoranda To Motions In Limine to non-moving party | July 31, 2025 |
| Deadline to Meet and Confer re Exhibit Stipulations | August 14, 2025 |
| Deadline to File Memo of Contentions of Fact and Law, Witness lists, Pretrial Exhibit | August 28, 2025 |

| Stipulation and Joint Motions in Limine | |
|---|---|
| Deadline for Parties to Lodge [Proposed] Pretrial Conference and File, Joint Jury Instructions, Disputed Jury Instructions, Joint Proposed Verdict Form, Joint Statement of The Case, Proposed Additional Voir Dire Questions, if Desired, Reply Memoranda to Motions in Limine | September 11, 2025 |
| Final Pre-trial Conference | September 26, 2025 |
| Trial | October 21, 2025 |

All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

Dated: _____

                                                                _____
                                                                The Hon. Fernando M. Olguin
                                                                United States District Judge