Name and address:
Amanda Barnett
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BENJAMIN POEHLING<br><br>PLAINTIFF(S)<br>v.<br>UNITEDHEALTH GROUP, INC., et al.<br><br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:16-cv-08697-FMO-SS<br><br><br>**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it <u>currently</u> appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Amanda Barnett                                     CA Bar Number: 319046

Firm or agency: Latham & Watkins LLP

Address: 355 South Grand Avenue, Suite 100

Telephone Number: 213.485.1234                 Fax Number: 213. 891.8763

Email: amanda.barnett@lw.com

Counsel of record for the following party or parties: United Defendants *See Attachment 1

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____ .

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice*.

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____. The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below. The attorney listed above is:*

☐ USAO    ☐ FPDO    ☐ CJA Appointment    ☐ Pro Bono    ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

***Notices of Electronic Filing will be terminated***. *Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☒ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: January 24, 2025

Signature: /s/ Amanda Barnett

Name: Amanda Barnett

**Attachment 1 to Notice of Appearance of Amanda Barnett**

Counsel of record for the following party or parties: Defendants Americhoice of New Jersey Inc, Arizona Physicians IPA Inc, Care Improvement Plus South Central Insurance Co., Care Improvement Plus Wisconsin Insurance Company, Care Improvement Plus of Maryland, Care Improvement Plus of Texas Insurance Company, Citrus Health Care Inc., Health Plan of Nevada Inc, Medica Healthcare Plans, Inc., Optum, Inc., OptumInsight, Inc., Ovations, Inc., Oxford Health Plans (CT), Inc., Oxford Health Plans (NJ), Inc., Oxford Health Plans (NY), Inc., Pacificare Life and Health Insurance Company, Pacificare of Arizona Inc, Pacificare of Colorado Inc, Pacificare of Nevada Inc, Physicians Health Choice of Texas, LLC, Preferred Care Partners, Inc., Rocky Mountain Health Maintenance Organization, Inc., Sierra Health and Life Insurance Company Inc, Symphonix Health Insurance, Inc., UHC of California, Unison Health Plan of Tennessee Inc., United HealthCare Services, Inc., United HealthCare, Inc., UnitedHealth Group Inc, UnitedHealthCare Benefits of Texas Inc., UnitedHealthCare Insurance Company, UnitedHealthcare Community Plan Inc., UnitedHealthcare Community Plan of Ohio Inc., UnitedHealthcare Community Plan of Texas L.L.C., UnitedHealthcare Plan of the River Valley Inc., UnitedHealthcare of Alabama Inc., UnitedHealthcare of Arizona Inc., UnitedHealthcare of Arkansas Inc., UnitedHealthcare of Florida Inc., UnitedHealthcare of Georgia Inc., UnitedHealthcare of New England Inc., UnitedHealthcare of New York Inc., UnitedHealthcare of Ohio Inc., UnitedHealthcare of Oklahoma Inc., UnitedHealthcare of Oregon Inc., UnitedHealthcare of Pennsylvania Inc., UnitedHealthcare of Tennessee Inc., UnitedHealthcare of Utah Inc., UnitedHealthcare of Washington Inc., UnitedHealthcare of Wisconsin Inc., UnitedHealthcare of the Midlands Inc., UnitedHealthcare of the Midwest Inc., Unitedhealthcare Insurance Company of New York, Unitedhealthcare of North Carolina Inc.