```
 1 │ LATHAM & WATKINS LLP
   │     David J. Schindler (Bar No. 130490)
 2 │     david.schindler@lw.com
   │     Manuel A. Abascal (Bar No. 171301)
 3 │     manny.abascal@lw.com
   │ 355 South Grand Avenue, Suite 100
 4 │ Los Angeles, California 90071-1560
   │ Telephone: +1.213.485.1234
 5 │ Facsimile: +1.213.891.8763
   │
 6 │ LATHAM & WATKINS LLP
   │     Daniel Meron (appearing pro hac vice)
 7 │     daniel.meron@lw.com
   │     Abid R. Qureshi (appearing pro hac vice)
 8 │     abid.qureshi@lw.com
   │ 555 Eleventh Street, NW, Suite 1000
 9 │ Telephone: +1.202.637.2200
   │ Facsimile: +1.202.637.2201
10 │
   │ BARTLIT BECK LLP
11 │     Sean W. Gallagher (appearing pro hac vice)
   │     sean.gallagher@bartlitbeck.com
12 │     Cindy L. Sobel (appearing pro hac vice)
   │     cindy.sobel@bartlitbeck.com
13 │ 54 W. Hubbard Street, Suite 300
   │ Chicago, Illinois 60654-8174
14 │ Telephone: +1.312.494.4400
   │ Facsimile: +1.312.494.4440
15 │
   │ BARTLIT BECK LLP
16 │     Andrew C. Baak (appearing pro hac vice)
   │     andrew.baak@bartlitbeck.com
17 │ 1801 Wewatta Street, Suite 1200
   │ Denver, Colorado 80202-6318
18 │ Telephone: +1.303.592.3100
   │ Facsimile: +1.303.592.3140
19 │
   │ Attorneys for United Defendants
20 │
   │
21 │ YAAKOV M. ROTH
   │ Acting Assistant Attorney General, Civil Division
22 │
   │ JOSEPH T. MCNALLY
23 │ Acting United States Attorney
   │ DAVID M. HARRIS
24 │ ROSS M. CUFF
   │ JACK D. ROSS (CBN 265883)
25 │ HUNTER B. THOMSON (CBN 330533)
   │ PAUL LA SCALA (CBN 186939)
26 │ Assistant United States Attorneys
   │     300 N. Los Angeles Street, Room 7516
27 │     Los Angeles, California 90012
   │     Tel: (213) 894-6739; Fax: (213) 894-7819
28 │     Email: hunter.thomson@usdoj.gov
```

```
 1  JAMIE ANN YAVELBERG
    ROBERT McAULIFFE
 2  EDWARD CROOKE
    LINDA McMAHON
 3  JESSICA E. KRIEG
    AMY L. LIKOFF
 4  MARTHA N. GLOVER
    WENDY ZUPAC
 5  Attorneys, Civil Division, U.S. Department of
    Justice
 6       P.O. Box 261, Ben Franklin Station
         Washington, D.C. 20044
 7       Tel: (202) 307-0486; Fax: (202) 307-3852
         Email: robert.mcauliffe@usdoj.gov
 8  MICHAEL DIGIACOMO
    United States Attorney
 9  DAVID CORIELL
    Assistant United States Attorney
10       138 Delaware Avenue
         Buffalo, New York 14201
11       Tel: (716) 843-5830; Fax: (716) 551-3052
         Email: david.coriell@usdoj.gov
12  Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING, <br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC. *et al.*, <br> Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx <br><br> **JOINT STIPULATION TO EXTEND TIME FOR FILING OBJECTION BRIEFING AND TO EXTEND ALL PRE-TRIAL DEADLINES AND UNITED STATES' UNOPPOSED REQUEST TO SET PAGE LIMITATION** |

  Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United Healthcare Inc., United Healthcare Insurance Company, UHIC Holdings, Inc., Ovations, Inc., Optum, Inc., and OptumInsight, Inc. (collectively "United Defendants") and the United States of America jointly stipulate to a proposed briefing schedule relating to the Special Master's recent Report and Recommendation (Dkt.

631) (the "R&R") and an extension of all pre-trial and trial deadlines. The United States also requests the Court set certain page limits for briefing.

## I. Background

WHEREAS, on May 16, 2017, the United States filed a complaint-in partial-intervention in this case (Dkt. 114) and amended the complaint on November 17, 2017 (Dkt. 171);

WHEREAS, fact discovery closed on October 5, 2022 and expert discovery closed on April 5, 2024;

WHEREAS, the parties engaged in extensive discovery over this period, including the production of millions of documents by each side, responding to hundreds of written discovery requests, and a combined total of more than ninety (90) fact witness depositions, fourteen (14) corporate 30(b)(6) depositions, and thirteen (13) expert depositions;

WHEREAS, on August 8, 2024, the Court found that the United States' Motion for Partial Summary Judgment (Dkt. 614), and defendants' Motion for Summary Judgment (Dkt. 615), should be referred to the Special Master;

WHEREAS, on March 3, 2025, the Special Master entered a final Report and Recommendation Regarding Motion for Summary Judgment and Motion for Partial Summary Judgment (Dkt. 631);

WHEREAS, the Special Master's R&R provides for fourteen (14) days within which either party may file Objections to the R&R (Dkt. 631);

WHEREAS, the United States intends to file an Objection to the R&R and, by this stipulation, believes that providing the parties additional pages in which to address the R&R will assist the Court in resolving the motions for summary judgment. Further, both parties believe additional time for the briefing than the time allotted under the Special Master's R&R will also assist the Court in resolving the motions;

WHEREAS, this is an extraordinarily large False Claims Act action spanning more than a decade of conduct;

WHEREAS, the parties' previous requests for continuances were granted by the Court;

**II.    Briefing and Pre-trial/Trial Schedules**

WHEREAS, the parties have met and conferred and jointly request an extension to the time to file briefing in connection with the United States' Objection as follows:

April 2, 2025:  United States' Objection to the R&R.

May 2, 2025:  UnitedHealth's Response to the Objection.

May 19, 2025:  United States' Reply.

WHEREAS, to allow time for the Court to review briefing and resolve the Motions for Summary Judgment, the parties also jointly request an extension to all pre-trial deadlines as follows:

| Event | Date |
| --- | --- |
| Deadline for parties to exchange jury instructions/verdict forms | Nov. 19, 2025 |
| Deadline for Movant to serve letter requesting conference re Motion in Limine | Dec. 10, 2025 |
| Deadline for Objection to jury instructions/verdict forms | Dec. 17, 2025 |
| Deadline to Meet and Confer re Motions in Limine | Jan. 8, 2026 |
| Deadline to Meet and Confer between lead counsel in CA to reach agreement on jury instructions/verdict forms | Jan. 22, 2026 |
| Deadline for Movant to e-mail its portion of the Joint Motion in Limine | Feb. 12, 2026 |
| Deadline for Nonmoving party to provide integrated Joint Motion in Limine to movant | Mar. 19, 2026 |

| | |
|---|---|
| Deadline for Moving party to provide Reply Memoranda To Motions In Limine to non-moving party | Apr. 9, 2026 |
| Deadline to Meet and Confer re Exhibit Stipulations | Apr. 23. 2026 |
| Deadline to File Memo of Contentions of Fact and Law, Witness lists, Pretrial Exhibit Stipulation and Joint Motions in Limine | May 7, 2026 |
| Deadline for Parties to File [Proposed] Pretrial Conference Order, Joint Jury Instructions, Disputed Jury Instructions, Joint Proposed Verdict Form, Joint Statement of The Case, Proposed Additional Voir Dire Questions and, if Desired, Reply Memoranda to Motions in Limine | May 21, 2026 |
| Final Pre-trial Conference | June 5, 2026 |
| Trial | July 7, 2026 |

### III.    Page Limits

WHEREAS, the United States further requests the Court set the page limit for briefing the Objection to (i) no more than forty (40) pages for the United States' Objection; (ii) no more than forty (40) pages for Defendants' Response; and (iii) no more than twenty (20) pages for the United States' Reply.  Defendants do not oppose this page limit proposal.

Accordingly, the parties respectfully request that the Court enter the Proposed Order submitted with this Joint Stipulation.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | DAVID J. SCHINDLER |
| | | MANUEL A. ABASCAL |
| 5 | | DANIEL MERON |
| 6 | | ABID R. QURESHI |
| 7 | | |
| 8 | | By: /s/ David J. Schindler |
| | | David J. Schindler |
| 9 | | Attorneys for United Defendants |
| 10 | | |
| 11 | | BARTLIT BECK LLP |
| 12 | | Sean W. Gallagher (appearing *pro hac vice*) |
| | | sean.gallagher@bartlitbeck.com |
| 13 | | Cindy L. Sobel (appearing *pro hac vice*) |
| | | cindy.sobel@bartlitbeck.com |
| 14 | | 54 W. Hubbard Street, Suite 300 |
| | | Chicago, Illinois 60654-8174 |
| 15 | | Telephone: +1.312.494.4400 |
| | | Facsimile: +1.312.494.4440 |
| 16 | | |
| 17 | | BARTLIT BECK LLP |
| | | Andrew C. Baak (appearing *pro hac vice*) |
| 18 | | andrew.baak@bartlitbeck.com |
| | | 1801 Wewatta Street, Suite 1200 |
| 19 | | Denver, Colorado 80202-6318 |
| | | Telephone: +1.303.592.3100 |
| 20 | | Facsimile: +1.303.592.3140 |
| 21 | | Attorneys for United Defendants |
| 22 | | |
| | | YAAKOV M. ROTH |
| 23 | | Acting Assistant Attorney General, Civil Division |
| 24 | | JOSEPH T. MCNALLY |
| | | Acting United States Attorney |
| 25 | | DAVID M. HARRIS |
| | | ROSS M. CUFF |
| 26 | | JACK D. ROSS |
| | | HUNTER B. THOMSON |
| 27 | | PAUL LA SCALA |
| | | Assistant United States Attorneys |
| 28 | | JAMIE ANN YAVELBERG |

| | |
|---|---|
| 1 | ROBERT McAULIFFE |
| 2 | EDWARD CROOKE |
|   | LINDA McMAHON |
| 3 | JESSICA E. KRIEG |
|   | AMY L. LIKOFF |
| 4 | MARTHA N. GLOVER |
|   | WENDY ZUPAC |
| 5 | Civil Division, Department of Justice |

ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
MARTHA N. GLOVER
WENDY ZUPAC
Civil Division, Department of Justice

MICHAEL DIGIACOMO
United States Attorney
DAVID CORIELL
Assistant United States Attorney

/s/ Martha N. Glover
Martha N. Glover
Trial Attorney, Department of Justice

Attorneys for the United States of America

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that all parties have concurred in the filing of this Stipulation.

Dated: March 7, 2025

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
ROSS M. CUFF
JACK D. ROSS
HUNTER B. THOMSON
Assistant United States Attorneys

By: /s/ Paul B. La Scala
   Paul B. La Scala

Assistant United States Attorney