UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8697 FMO (PVCx) | Date | March 13, 2025 |
|---|---|---|---|
| Title | United States of America, ex rel. Benjamin Poehling v. United Health Group, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):         Attorney Present for Defendant(s):
None Present                              None Present

**Proceedings:**  (In Chambers) Order Re: Further Proceedings

Having reviewed and considered the parties' Joint Stipulation to Extend Time for Filing Objection Briefing and to Extend All Pre-Trial Deadlines and United States' Unopposed Request to Set Page Limitation (Dkt. 632, "Stipulation"), IT IS ORDERED THAT:

1. The Stipulation (**Document No. 632**) is **granted** as set forth in this Order.

2. The United States shall file its Motion for Review of the Special Master's Report and Recommendation ("R&R") by **April 2, 2025**. UnitedHealth shall file its Opposition to the Motion for Review by **May 2, 2025**. The United States shall file its Reply by **May 19, 2025**. Unless the court orders otherwise, oral argument on the Motion shall be held on **June 5, 2025**, at **10:00 a.m.** in Courtroom 6D of the First Street Courthouse.

3. The Motion and Opposition shall not exceed 35 pages, and the Reply shall not exceed 15 pages. **The parties shall not include – and the court will not consider – any evidence, argument, or authority that was not presented to the Special Master.**

4. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **September 25, 2025**.

5. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine no later than **October 2, 2025**.

The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 16-8697 FMO (PVCx)** | Date | **March 13, 2025** |
|---|---|---|---|
| Title | **United States of America, ex rel. Benjamin Poehling v. United Health Group, Inc., et al.** | | |

    6.  The final pretrial conference and hearing on motions in limine is scheduled for **October 16, 2025**, at 10:00 a.m.

    7.  The trial is scheduled to begin on **Tuesday, November 3, 2025**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |