| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | David J. Schindler (Bar No. 130490)<br>*david.schindler@lw.com* |
| 3 | Manuel A. Abascal (Bar No. 171301)<br>*manny.abascal@lw.com* |
| 4 | 355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560 |
| 5 | Telephone: +1.213.485.1234<br>Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
| 7 | Daniel Meron (appearing *pro hac vice*)<br>*daniel.meron@lw.com* |
| 8 | Abid R. Qureshi (appearing *pro hac vice*)<br>*abid.qureshi@lw.com* |
| 9 | 555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004-1304 |
| 10 | Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201 |

*Attorneys for United Defendants*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. BENJAMIN POEHLING,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., *et al*.,<br>Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**NOTICE OF LODGING OF TRANSCRIPT OF PROCEEDINGS BEFORE SPECIAL MASTER SEGAL REGARDING GOVERNMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND UNITED'S MOTION FOR SUMMARY JUDGMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 15, 2025, the Honorable Suzanne Segal (Ret.), Special Master in this Action, heard oral argument on the Government's Motion for Partial Summary Judgment and United's Motion for Summary Judgment. Special Master Segal instructed the parties to file the Transcript of Proceedings with the Court.

A true and correct copy of the January 15, 2025 Transcript of Proceedings is attached hereto as **EXHIBIT A**.

Dated: March 19, 2025

LATHAM & WATKINS LLP
  DAVID J. SCHINDLER
  MANUEL A. ABASCAL
  DANIEL MERON
  ABID R. QURESHI

By /s/ *David J. Schindler*
  David J. Schindler
 Attorneys for United Defendants

BARTLIT BECK LLP
Philip S. Beck (appearing *pro hac vice*)
*philip.beck@bartlitbeck.com*
Sean W. Gallagher (appearing *pro hac vice*)
*sean.gallagher@bartlitbeck.com*
Cindy L. Sobel (appearing *pro hac vice*)
*cindy.sobel@bartlitbeck.com*
Nicolas Martinez (appearing *pro hac vice*)
*nicolas.martinez@bartlitbeck.con*
Benjamin R.Montague (appearing *pro hac vice)*
*benjamin.montague@bartlibeck.com*
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440

| | |
|---|---|
| 1 | |
| 2 | BARTLIT BECK LLP |
| | Andrew C. Baak (appearing *pro hac vice*) |
| | andrew.baak@bartlitbeck.com |
| 3 | Jameson R. Jones (appearing pro hac vice) |
| | jameson.jones@bartlitbeck.com |
| 4 | 1801 Wewatta Street, Suite 1200 |
| | Denver, Colorado 80202-6318 |
| 5 | Telephone: +1.303.592.3100 |
| | Facsimile: +1.303.592.3140 |
| 6 | |
| 7 | Attorneys for United Defendants |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |