```
 1  LATHAM & WATKINS LLP
       David J. Schindler (Bar No. 130490)
 2     david.schindler@lw.com
       Manuel A. Abascal (Bar No. 171301)
 3     manny.abascal@lw.com
    355 South Grand Avenue, Suite 100
 4  Los Angeles, California 90071-1560
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Daniel Meron (appearing pro hac vice)
 7     daniel.meron@lw.com
       Abid R. Qureshi (appearing pro hac vice)
 8     abid.qureshi@lw.com
    555 Eleventh Street, NW, Suite 1000
 9  Telephone: +1.202.637.2200
    Facsimile: +1.202.637.2201
10
    BARTLIT BECK LLP
11     Sean W. Gallagher (appearing pro hac vice)
       sean.gallagher@bartlitbeck.com
12     Cindy L. Sobel (appearing pro hac vice)
       cindy.sobel@bartlitbeck.com
13  54 W. Hubbard Street, Suite 300
    Chicago, Illinois 60654-8174
14  Telephone: +1.312.494.4400
    Facsimile: +1.312.494.4440
15
    BARTLIT BECK LLP
16     Andrew C. Baak (appearing pro hac vice)
       andrew.baak@bartlitbeck.com
17  1801 Wewatta Street, Suite 1200
    Denver, Colorado 80202-6318
18  Telephone: +1.303.592.3100
    Facsimile: +1.303.592.3140
19
    Attorneys for United Defendants
20

21  YAAKOV M. ROTH
    Acting Assistant Attorney General, Civil Division
22
    BILAL A. ESSAYLI
23  United States Attorney
    DAVID M. HARRIS
24  JACK D. ROSS (CBN 265883)
    HUNTER B. THOMSON (CBN 330533)
25  PAUL LA SCALA (CBN 186939)
    Assistant United States Attorneys
26      300 N. Los Angeles Street, Room 7516
        Los Angeles, California 90012
27      Tel: (213) 894-6739; Fax: (213) 894-7819
        Email: hunter.thomson@usdoj.gov
28  JAMIE ANN YAVELBERG
```

1  ROBERT McAULIFFE
   EDWARD CROOKE
2  LINDA McMAHON
   JESSICA E. KRIEG
3  AMY L. LIKOFF
   MARTHA N. GLOVER
4  WENDY ZUPAC
   Attorneys, Civil Division, U.S. Department of
5  Justice
        P.O. Box 261, Ben Franklin Station
6       Washington, D.C. 20044
        Tel: (202) 307-0486; Fax: (202) 307-3852
7       Email: robert.mcauliffe@usdoj.gov
   MICHAEL DiGIACOMO
8  United States Attorney
   DAVID CORIELL
9  Assistant United States Attorney
        138 Delaware Avenue
10      Buffalo, New York 14201
        Tel: (716) 843-5830; Fax: (716) 551-3052
11      Email: david.coriell@usdoj.gov
   Attorneys for the United States of America

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| 16 | UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, | CASE NO. 2:16-cv-08697-FMO-PVCx |
|---|---|---|
| 17 | Plaintiff, | **JOINT STIPULATION REGARDING PRE-TRIAL DEADLINES AND REQUEST FOR ENLARGEMENT OF MOTIONS IN LIMINE** |
| 18 | v. | |
| 19 | UNITEDHEALTH GROUP, INC. *et al.*, Defendants. | |
| 20 | | |
| 21 | | |

22       Defendants UnitedHealth Group, Inc., United Healthcare Services, Inc., United

23  Healthcare Inc., United Healthcare Insurance Company, UHIC Holdings, Inc.,

24  Ovations, Inc., Optum, Inc., and OptumInsight, Inc. (collectively "United

25  Defendants") and the United States of America jointly stipulate to a proposed schedule

26  regarding pre-trial deadlines. The United Defendants and the United States also

27  jointly request an enlargement in the number of motions in limine.

28

                                        1

I. **Background**

WHEREAS, on May 16, 2017, the United States filed a complaint-in partial-intervention in this case (Dkt. 114) and amended the complaint on November 17, 2017 (Dkt. 171);

WHEREAS, fact discovery closed on October 5, 2022 and expert discovery closed on April 5, 2024;

WHEREAS, the parties engaged in extensive discovery over this period, including the production of millions of documents by each side, responding to hundreds of written discovery requests, and a combined total of more than ninety (90) fact witness depositions, fourteen (14) corporate 30(b)(6) depositions, and thirteen (13) expert depositions;

WHEREAS, on June 5, 2019, the Court issued a Case Management Order providing each party with a maximum of three motions in limine (Dkt. 364);

WHEREAS, on March 13, 2025, the Court issued an order setting forth certain deadlines for pre-trial submissions to the Court and setting a trial date of November 3, 2025 (Dkt. 633);

WHEREAS, the United Defendants and the United States have agreed upon certain dates for the exchange of pre-trial filings, and believe that it is beneficial to make certain that the Court is aware of these dates;

WHEREAS, the parties proposal does not alter any of the deadlines set forth in the Court's March 13, 2025 Order (Dkt. 633);

WHEREAS, this is an extraordinarily large False Claims Act action spanning more than a decade of conduct.

II. **Schedule of Deadlines**

WHEREAS, to ensure clarity between the parties and the Court, the parties jointly request the following schedule for all pre-trial deadlines:

| Event | Date |
|---|---|
| Deadline for parties to make initial deposition designations | May 29, 2025 |

| Deadline for Movant to serve letter requesting conference re Motions in Limine | July 2, 2025 |
|---|---|
| Deadline for parties to make counter deposition designations and objections | July 10, 2025 |
| Deadline to Meet and Confer re Motions in Limine | July 17, 2025 |
| Deadline for parties to exchange initial exhibit lists with exhibits identified by bates number or bates number range, or provided by PDF, if no bates number is available | July 24, 2025 |
| Deadline for Movant to e-mail its portion of the Joint Motion in Limine | Aug. 7, 2025 |
| Deadline for parties to make counters to counter deposition designations and objections to counter designations | Aug.14, 2025 |
| Deadline for parties to exchange proposed jury instructions/verdict forms | Aug. 14, 2025 |
| Deadline to Meet and Confer between lead counsel in CA to reach agreement on jury instructions/verdict forms | Sept. 4, 2025 |
| Deadline for parties to hold Local Rule 16-2 Meeting of Counsel before Final Pretrial Conference | Sept. 5, 2025 |
| Deadline for Nonmoving party to provide integrated Joint Motion in Limine to movant | Sept. 9, 2025 |
| Deadline for Objections to jury instructions/verdict forms | Sept. 11, 2025 |
| Deadline to Meet and Confer re Exhibit Stipulations | Sept. 11, 2025 |
| Deadline to File Memo of Contentions of Fact and Law, Witness lists, Pretrial Exhibit Stipulation and Joint Motions in Limine | Sept. 25, 2025 |
| Deadline for Parties to File [Proposed] Pretrial Conference Order, Joint Jury Instructions, Disputed Jury Instructions, Joint | Oct. 2, 2025 |

| | |
|---|---|
| Proposed Verdict Form, Joint Statement of The Case, Proposed Additional Voir Dire Questions, if Desired, and Reply Memoranda to Motions in Limine | |
| Final Pre-trial Conference | Oct. 16, 2025 |
| Deadline to file Trial Briefs | Oct. 27, 2025 |
| Deadline to request a Special Verdict or a General Verdict accompanied by Answers to Interrogatories | Oct. 27, 2025 |
| Deadline to submit to Courtroom Deputy Trial Exhibit Binders & all deposition transcripts to be used as substantive evidence at Trial with all objections noted in margins | Nov. 3, 2025 |
| Trial | Nov. 3, 2025 |

### III.    Motions in Limine

WHEREAS, the United Defendants and the United States jointly believe that this case necessitates additional motions in limine, the parties request that the Court enlarge the maximum number of motions in limine to eight per party with (i) a maximum of 10 pages per motion; (ii) 10 pages for the opposition per motion; and (iii) a reply limited to 5 pages.

Accordingly, the parties respectfully request that the Court enter the Proposed Order submitted with this Joint Stipulation.

4

Dated: April 1, 2025          Respectfully submitted,

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
MANUEL A. ABASCAL
DANIEL MERON
ABID R. QURESHI

By: /s/ David J. Schindler
David J. Schindler
Attorneys for United Defendants

BARTLIT BECK LLP
Sean W. Gallagher (appearing *pro hac vice*)
sean.gallagher@bartlitbeck.com
Cindy L. Sobel (appearing *pro hac vice*)
cindy.sobel@bartlitbeck.com
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654-8174
Telephone: +1.312.494.4400
Facsimile: +1.312.494.4440

BARTLIT BECK LLP
Andrew C. Baak (appearing *pro hac vice*)
andrew.baak@bartlitbeck.com
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202-6318
Telephone: +1.303.592.3100
Facsimile: +1.303.592.3140

Attorneys for United Defendants

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
JACK D. ROSS
HUNTER B. THOMSON
PAUL LA SCALA
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE

5

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | EDWARD CROOKE                                                   |
| 2  | LINDA McMAHON                                                   |
|    | JESSICA E. KRIEG                                                |
| 3  | AMY L. LIKOFF                                                   |
|    | MARTHA N. GLOVER                                                |
| 4  | WENDY ZUPAC                                                     |
|    | Civil Division, Department of Justice                           |
| 5  | MICHAEL DIGIACOMO                                               |
|    | United States Attorney                                          |
| 6  | DAVID CORIELL                                                   |
|    | Assistant United States Attorney                                |

/s/ Amy L. Likoff
Amy L. Likoff
Senior Trial Counsel, Department of Justice

Attorneys for the United States of America

### Attestation

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: April 2, 2025

/s/ Amy L. Likoff
Amy L. Likoff