1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9         FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11  | UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, | CASE NO. 2:16-cv-08697-FMO-PVCx
12  | Plaintiffs, | [PROPOSED] ORDER GRANTING THE PARTIES' JOINT REQUEST REGARDING PRE-TRIAL DEADLINES AND REQUEST FOR ENLARGEMENT OF MOTIONS IN LIMINE
13  | v. |
14  | UNITEDHEALTH GROUP, INC., *et al.*, |
15  | Defendants. |
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows:

1. Pre-Trial deadlines shall be as follows:

| Event | Date |
|---|---|
| Deadline for parties to make initial deposition designations | May 29, 2025 |
| Deadline for Movant to serve letter requesting conference re Motions in Limine | July 2, 2025 |
| Deadline for parties to make counter deposition designations and objections | July 10, 2025 |
| Deadline to Meet and Confer re Motions in Limine | July 17, 2025 |
| Deadline for parties to exchange initial exhibit lists with exhibits identified by bates number or bates number range, or provided by PDF, if no bates number is available | July 24, 2025 |
| Deadline for Movant to e-mail its portion of the Joint Motion in Limine | Aug. 7, 2025 |
| Deadline for parties to make counters to counter deposition designations and objections to counter designations | Aug.14, 2025 |
| Deadline for parties to exchange proposed jury instructions/verdict forms | Aug. 14, 2025 |
| Deadline to Meet and Confer between lead counsel in CA to reach agreement on jury instructions/verdict forms | Sept. 4, 2025 |
| Deadline for parties to hold Local Rule 16-2 Meeting of Counsel before Final Pretrial Conference | Sept. 5, 2025 |
| Deadline for Nonmoving party to provide integrated Joint Motion in Limine to movant | Sept. 9, 2025 |
| Deadline for Objections to jury instructions/verdict forms | Sept. 11, 2025 |
| Deadline to Meet and Confer re Exhibit Stipulations | Sept. 11, 2025 |

| | |
|---|---|
| Deadline to File Memo of Contentions of Fact and Law, Witness lists, Pretrial Exhibit Stipulation and Joint Motions in Limine | Sept. 25, 2025 |
| Deadline for Parties to File [Proposed] Pretrial Conference Order, Joint Jury Instructions, Disputed Jury Instructions, Joint Proposed Verdict Form, Joint Statement of The Case, Proposed Additional Voir Dire Questions, if Desired, and Reply Memoranda to Motions in Limine | Oct. 2, 2025 |
| Final Pre-trial Conference | Oct. 16, 2025 |
| Deadline to file Trial Briefs | Oct. 27, 2025 |
| Deadline to request a Special Verdict or a General Verdict accompanied by Answers to Interrogatories | Oct. 27, 2025 |
| Deadline to submit to Courtroom Deputy Trial Exhibit Binders & all deposition transcripts to be used as substantive evidence at Trial with all objections noted in margins | Nov. 3, 2025 |
| Trial | Nov. 3, 2025 |

2. All other terms in the Scheduling and Case Management Order re: Jury Trial, filed June 5, 2019 (Dkt. 364), that are not inconsistent herewith shall remain in effect.

IT IS FURTHER ORDERED that, based on request of the parties and good cause appearing, each party is allowed a maximum of eight motions in limine with (i) a maximum of 10 pages per motion; (ii) 10 pages for the opposition per motion; and (iii) a reply limited to 5 pages.

//
//
//

2

1      IT IS SO ORDERED.

Dated:_____       _____
                                                             FERNANDO M. OLGUIN
                                                             United States District Judge