YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
JACK D. ROSS (CBN 265883)
HUNTER B. THOMSON (CBN 330533)
PAUL LA SCALA (CBN 186939)
Assistant United States Attorneys
    300 N. Los Angeles Street, Room 7516
    Los Angeles, California 90012
    Tel: (213) 894-6739; Fax: (213) 894-7819
    Email: hunter.thomson@usdoj.gov
JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA McMAHON
JESSICA E. KRIEG
AMY L. LIKOFF
MARTHA N. GLOVER
WENDY ZUPAC
Attorneys, Civil Division, U.S. Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0486; Fax: (202) 307-3852
    Email: robert.mcauliffe@usdoj.gov
MICHAEL DIGIACOMO
United States Attorney
DAVID CORIELL
Assistant United States Attorney
    138 Delaware Avenue
    Buffalo, New York 14201
    Tel: (716) 843-5830; Fax: (716) 551-3052
    Email: david.coriell@usdoj.gov
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., *et al.*, <br><br> Defendants. | Case No. 2:16-cv-08697-FMO-PVCx <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATION** <br><br> Hearing Date: June 5, 2025 <br> Hearing Time: 10:00 a.m. <br> Ctrm: 350 W. First Street St. Crtrm 6D, Los Angeles, CA 90012 <br> Hon. Fernando M. Olguin |

## NOTICE OF MOTION AND MOTION FOR REVIEW

PLEASE TAKE NOTICE that, on June 5, 2025 at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff United States of America will, and hereby does, move this Court for review of the Special Master's Report and Recommendation (ECF No. 631). This motion will be made in the First Street Federal Courthouse before the Honorable Fernando Olguin, United States District Judge, located at 350 W. 1st Street, Los Angeles, CA 90012.

Plaintiff's motion is made pursuant to Federal Rule of Civil Procedure 53(f) and is made upon this Notice, the attached Memorandum of Points and Authorities, the Joint Brief on Summary Judgment, the Supplemental Brief of the United States of America, the Statements of Undisputed Facts and Opposition thereto, and the Combined Evidentiary Appendix, and all pleadings, records, and other documents on file with the Court in this action, and upon such oral argument as may be presented at the hearing of this motion.

| | |
|---|---|
| Dated: April 2, 2025 | Respectfully submitted, |
| | YAAKOV M. ROTH<br>Acting Assistant Attorney General, Civil Division<br>BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS<br>JACK D. ROSS<br>HUNTER B. THOMSON<br>PAUL LA SCALA<br>Assistant United States Attorneys |
| | JAMIE ANN YAVELBERG<br>ROBERT McAULIFFE<br>EDWARD CROOKE<br>LINDA McMAHON<br>JESSICA E. KRIEG<br>AMY L. LIKOFF<br>MARTHA N. GLOVER<br>WENDY ZUPAC<br>Civil Division, Department of Justice |
| | MICHAEL DIGIACOMO<br>United States Attorney<br>DAVID CORIELL<br>Assistant United States Attorney |
| | /s/ Linda McMahon<br>LINDA McMAHON<br>Senior Trial Counsel, Department of Justice |
| | Attorneys for the United States of America |