# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-08697-FMO-PVCx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

    Upon consideration of Plaintiff United States of America's Motion for Review of Special Master's Report and Recommendation; Defendants' opposition thereto; all of the papers submitted and arguments made in support of and in opposition to the motion; and the files and records in this case, and good cause shown:

    IT IS HEREBY ORDERED that Plaintiff's motion is granted. The Court declines to adopt the Special Master's Report and Recommendation (ECF No. 631) to grant summary judgment to United. The Court further declines to adopt any factual findings made in the Special Master's Report and Recommendation.

    IT IS FURTHER ORDERED that, upon *de novo* review of Defendants' Motion for Summary Judgment (ECF No. 615), Defendants' motion is denied.

Dated: _____          _____

                                            HON. FERNANDO M. OLGUIN
                                            U.S. District Court Judge