# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-8697 FMO (PVCx) | Date | April 4, 2025 |
|---|---|---|---|
| Title | United States of America, ex rel. Benjamin Poehling v. United Health Group, Inc., et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   **(In Chambers) Order Re: Further Proceedings**

Having reviewed and considered the parties' Joint Stipulation Regarding Pre-trial Deadlines and Request for Enlargement of Motions In Limine (Dkt. 635, "Stipulation"), IT IS ORDERED THAT the trial date, the pretrial conference, and all other pretrial deadlines, are hereby **vacated** pending resolution of the pending Motion for Review of Special Master's Report and Recommendation (Dkt. 636).

00 : 00

Initials of Preparer   vdr