## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-8697 FMO (PVCx) | Date | May 20, 2025 |
|---|---|---|---|
| Title | United States of America, ex rel. Benjamin Poehling v. United Health Group, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):                Attorney Present for Defendant(s):

None Present                                      None Present

**Proceedings:**        **(In Chambers) Order Re: Motion to File Amicus Brief**

Having reviewed and considered all the briefing filed with respect to the Motion for Leave to File Amicus Brief in Support of Plaintiff's Motion for Review (Dkt. 640, ("Motion") filed by Certain Members of Congress ("amici"), the court finds that oral argument is not necessary to resolve the Motion, see Fed. R. Civ. P. 78(b); Local Rule 7-15; Willis v. Pac. Mar. Ass'n, 244 F.3d 675, 684 n. 2 (9th Cir. 2001), and concludes as follows. Although amici's Motion was untimely filed, the court will nevertheless exercise its discretion to grant it. See United States v. State Water Res. Control Bd., 2020 WL 9144006, *3 (C.D. Cal. 2020) ("The Federal Rules of Civil Procedure do not set forth the manner and circumstances in which an amicus brief may be filed in district courts. District courts therefore rely on Federal Rule of Appellate Procedure 29 ('Rule 29') in addressing such requests."); Fed. R. App. P. 29(a)(6) (setting standard deadlines but giving courts the authority to grant leave for a party's later filing). Accordingly, IT IS ORDERED THAT:

1.  Amici's Motion for Leave to File Amicus Brief (**Document 640**) is **granted**.

2.  UnitedHealth Group Inc shall file its response to the Amicus Brief no later than **May 30, 2025**. No other response or reply briefs are necessary or allowed. See Fed. R. App. P. 29(a)(6)-(7).

3.  The hearing set for June 5, 2025, on the Motion for Review of Special Master's Report and Recommendation (**Document 636**) is continued to **June 12, 2025**, at **10:00 a.m.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |