ERIC HAVIAN (CA Bar No. 102295)
eric@whistleblower.law
HALLIE NOECKER (CA Bar No. 307918)
hallie@whistleblower.law
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 707-6855

MAX VOLDMAN (*Pro Hac Vice*)
max@whistleblower.law
1101 Connecticut Avenue NW, Suite 450
Washington, DC 20036
Tel: (202) 935-6076

ELIZABETH SOLTAN (*Pro Hac Vice*)
liz@whistleblower.law
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (646) 503-1246

WHISTLEBLOWER PARTNERS LLP

*Attorneys for Qui Tam Plaintiff-Relator*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING, <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., et al., <br> Defendants. | Case No.: 2:16-cv-08697-FMO-PVCx <br><br> **JOINT STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFFS' MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATION** <br><br> Hearing Date: June 12, 2025 <br> Hearing Time: 10:00 a.m. <br><br> Ctrm: 350 W. First Street St. <br> Crtrm 6D, Los Angeles, CA 90012 <br> Hon. Fernando M. Olguin |

WHEREAS, on May 20, 2025, the Court issued an Order (Doc. No. 643) moving the hearing date from June 5, 2025 to June 12, 2025 on Plaintiffs' Motion for Review of Special Master's Report and Recommendations ("Motion for Review") (Doc. No. 636);

WHEREAS, Eric Havian, Counsel for Relator who argued at the hearing before the Special Master, will be out of the country from June 6 to June 15 on a long-planned vacation that cannot be changed, and thus is unable to attend the June 12 hearing;

WHEREAS, Counsel for Relator conferred with Counsel for the United States and Counsel for UnitedHealth on May 22, 2025 and all parties are amenable to moving the hearing date from June 12, 2025 to July 3, 2025, which is the first available hearing date on the Court's calendar after June 12.

WHEREAS, on May 22, 2025, Counsel for UnitedHealth met and conferred with Counsel for the United States regarding UnitedHealth's intention to file a Motion to Strike portions of Plaintiffs' Reply Brief;

WHEREAS UnitedHealth intends to file its Motion to Strike on June 5, which, under applicable rules, would set the hearing date for that Motion as July 3; and

WHEREAS, continuing the hearing date for the Motion for Review from June 12 to July 3 will resolve Mr. Havian's conflict, and will likewise allow the Motion to Strike to be heard at the same time as the Motion for Review.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

The hearing on Plaintiffs' Motion for Review of Special Master's Report and Recommendations shall be continued to July 3, 2025 at 10:00 am.

Dated: May 30, 2025

LATHAM & WATKINS LLP
DAVID J. SCHINDLER
MANUEL A. ABASCAL
DANIEL MERON
ABID R. QURESHI

|   |   |
|---|---|
|   | By /s/ David J. Schindler |
|   | David J. Schindler |
|   | Attorneys for Defendants |

Dated: May 30, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
JACK D. ROSS
HUNTER B. THOMSON
PAUL LA SCALA
Assistant United States Attorneys

JAMIE ANN YAVELBERG
ROBERT McAULIFFE
EDWARD CROOKE
LINDA M. McMAHON
AMY L. LIKOFF
MARTHA N. GLOVER
WENDY ZUPAC
Civil Division, Department of Justice

MICHAEL DIGIACOMO
United States Attorney
DAVID CORIELL
Assistant United States Attorney


/s/ Linda M. McMahon
Linda M. McMahon
Trial Attorney, Department of Justice

Attorneys for the United States of America

Dated: May 30, 2025

ERIC HAVIAN
MAX VOLDMAN
HALLIE NOECKER
ELIZABETH SOLTAN
Whistleblower Partners LLP

STEPHEN HASEGAWA
Phillips & Cohen LLP

WILLIAM CHRISTOPHER CARMODY

ARUN SUBRAMANIAN  
WILLIAM R.H. MERRILL  
CHANLER A. LANGHAM  
GENG CHEN  
Susman Godfrey LLP

/s/ Eric R. Havian  
ERIC R. HAVIAN  
Attorneys for Relator Benjamin Poehling

Attestation

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 30, 2025                   By /s/ David J. Schindler  
                                                   David J. Schindler  
                                                 Attorneys for Defendants