LATHAM & WATKINS LLP
  David J. Schindler (Bar No. 130490)
    *david.schindler@lw.com*
  Manuel A. Abascal (Bar No. 171301*)*
    *manny.abascal@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

LATHAM & WATKINS LLP
  Daniel Meron (appearing *pro hac vice*)
    *daniel.meron@lw.com*
  Abid R. Qureshi (appearing *pro hac vice*)
    *abid.qureshi@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

*Attorneys for United Defendants*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BENJAMIN POEHLING,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC. *et al.*,<br><br>Defendants. | CASE NO. 2:16-cv-08697-FMO-PVCx<br><br>**UNITED'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR REVIEW OF SPECIAL MASTER'S REPORT AND RECOMMENDATION**<br><br>Hon. Fernando M. Olguin<br><br>Hearing Date: July 3, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 350 W. First Street<br>  Courtroom 6D, Los Angeles, CA 90012 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on July 3, 2025 at 10:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 6D of the United States District Court, Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Honorable Fernando M. Olguin presiding, UnitedHealth Group Incorporated and its affiliated entities named as Defendants in this action (United) will, and hereby do, move this Court to strike portions of Plaintiff's Reply in Support of Motion for Review of Special Master's Report and Recommendation, Dkt. 642 (Reply), specifically page 4:20 through page 6:9 of the Reply.

The motion will be made on the grounds that:

First, the Reply violates this Court's standing order on summary judgment briefing by raising new arguments that were not pressed in the joint brief. *See* Dkt. 365.

Second, the Reply violates this Court's order regarding motions for review by raising new arguments that were not pressed before the Special Master. *See* Dkt. 633; Dkt. 395.

Third, the Reply violates basic waiver rules and bedrock principles of procedural fairness by pressing new arguments for the first time in a reply brief.

This motion is made following the conference of the parties' counsel on May 22, 2025. The parties met and conferred via videoconference but were unable to reach a resolution that would eliminate the necessity of filing the motion.

This motion is based upon this notice, the accompanying brief regarding the motion to strike, the accompanying declaration, the accompanying proposed judgment, the Special Master's Report and Recommendation, the parties' briefing on summary judgment, the parties' briefing on the Motion for Review of Special Master's Report and Recommendation, all pleadings and the full record on file with the Court in this action, and such oral argument as may be presented at the hearing of this motion.

| | |
|---|---|
| Dated: June 5, 2025 | Respectfully submitted, |
| | LATHAM & WATKINS LLP<br>DAVID J. SCHINDLER<br>MANUEL A. ABASCAL<br>DANIEL MERON<br>ABID R. QURESHI |
| | By: /s/ David J. Schindler<br>    David J. Schindler<br>    Attorneys for United Defendants |
| | BARTLIT BECK LLP<br>Philip S. Beck (appearing *pro hac vice*)<br> philip.beck@bartlitbeck.com<br>Sean W. Gallagher (appearing *pro hac vice*)<br> sean.gallagher@bartlitbeck.com<br>Cindy L. Sobel (appearing *pro hac vice*)<br> cindy.sobel@bartlitbeck.com<br>Nicolas Martinez (appearing *pro hac vice*)<br> nicolas.martinez@bartlitbeck.com<br>Benjamin R. Montague (appearing *pro hac vice*)<br> benjamin.montague@bartlitbeck.com<br>54 W. Hubbard Street, Suite 300<br>Chicago, Illinois 60654-8174<br>Telephone: +1.312.494.4400<br>Facsimile: +1.312.494.4440 |
| | BARTLIT BECK LLP<br>Andrew C. Baak (appearing *pro hac vice*)<br> andrew.baak@bartlitbeck.com<br>Jameson R. Jones (appearing *pro hac vice*)<br> jameson.jones@bartlitbeck.com<br>1801 Wewatta Street, Suite 1200<br>Denver, Colorado 80202-6318<br>Telephone: +1.303.592.3100<br>Facsimile: +1.303.592.3140 |
| | *Attorneys for United Defendants* |