# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-8697 FMO (PVCx) | Date | November 19, 2025 |
|---|---|---|---|
| Title | United States of America, ex rel. Benjamin Poehling v. United Health Group, Inc., et al. | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Paul LaScala, AUSA | David Schindler |
| Linda McMahon, DOJ | Daniel Meron |
| Wendy Zupac, DOJ | Andrew Baak |
| Eric R. Havian | Jameson Jones |
| Stephen Hasegawa | |

**Proceedings:** **Motion for Review of Special Master's Report and Recommendation [636]; Motion to Strike Portions of Plaintiff's Reply [650] (Held and Completed)**

    The court hears argument on Plaintiff's Motion for Review of Special Master's Report and Recommendation (Dkt. 636) and Defendants' Motion to Strike Portions of Plaintiff's Reply (Dkt. 650). The motions are taken under submission. An order with the court's rulings will issue.

|  | 1 : 12 |
|---|---|
| Initials of Preparer | vdr |