# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ex rel. Benjamin Poehling<br><br>Plaintiff(s)<br>v.<br>United Health Group, Inc., et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:16-cv-08697-FMO-PVC<br><br>**ORDER ON REQUEST [671] FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

_____   ☐ Plaintiff  ☐ Defendant  ☐ Other _____
Name of Party

☐ to substitute _____ who is
☐ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

_____
Street Address

_____     _____
City, State, Zip                                    E-Mail Address

_____     _____     _____
Telephone Number          Fax Number           State Bar Number

As attorney of record instead of _____
List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of:  Anne H. Hartman, Morgan Verkamp LLC
List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for  Benjamin Poehling

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **December 11, 2025**

/s/ Fernando M. Olguin
U.S. District Judge